**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE CITY OF WAUKEGAN, an Illinois municipal corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company | ) ) ) ) ) ) ) ) | |

```
FILED: MAY 08, 2008
08CV2657      AEE
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ
```

## **COMPLAINT**

Now comes Plaintiff, the CITY OF WAUKEGAN (the "City" or "Waukegan"), by its

attorneys, and for its Complaint against Defendants, JAVED ARSHED, SHAHNAZ

ARSHED ("Arsheds"), d/b/a J & S Enterprises (collectively "J & S Enterprises"); SHELL

OIL COMPANY ("Shell Oil"); EQUILON ENTERPRISES LLC, d/b/a Shell Oil Products

US ("Equilon"); and SHELL OIL PRODUCTS COMPANY LLC, a/k/a Shell Oil Products

Company ("Shell Oil Products");  states:

### **ALLEGATIONS COMMON TO ALL COUNTS**

### **Nature of the Action**

1.      This is a civil action for declaratory and injunctive relief and cost recovery

pursuant to §7002(a)(1)(B) of the Resource Conservation and Recovery Act, ("RCRA"),

42 U.S.C. 6972(a)(1)(B) and the Illinois common law of public nuisance.

2.      This action arises from the storage, disposal and release of hazardous substances resulting from one or more leaking underground storage tanks ("LUSTs") from a former gasoline service station located at 2159 N. Lewis Avenue, Waukegan, Illinois (the "Subject Property"). The Subject Property is more specifically described as including all land identified by the following parcel index number ("PIN"): 08-08-401-012-0000, and shown on the Tax Map attached hereto as Exhibit A.

3.      Waukegan seeks, among other things, injunctive relief requiring the Defendants to investigate and remediate any releases or threatened releases of hazardous substances into the environment at or from the Subject Property. Waukegan further seeks to recover all damages resulting from any releases or threatened releases of hazardous substances from the Subject Property.

### The Parties

4.      Waukegan is a Home Rule municipal corporation existing under the laws of the State of Illinois and located in Lake County, Illinois.

5.      Waukegan is informed and believes that the Arsheds are citizens of the State of Illinois and residents of North Aurora, Kane County, Illinois.

6.      Waukegan is informed and believes that the Arsheds, doing business as J & S Enterprises, currently own the Subject Property. Waukegan is further informed and believes that J & S Enterprises is not itself a corporation.

7.      Waukegan is informed and believes that Shell Oil is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Houston, Texas. Waukegan is informed and believes that, at times

material hereto, Shell Oil owned and operated the Subject Property as a gasoline service station.

8.    Waukegan is informed and believes that Equilon is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Houston, Texas. Waukegan is informed and believes that, at times material hereto, Equilon, also known as Shell Oil Products US, owned and operated as many as four underground storage tanks ("USTs") used for the storage of petroleum products located on the Subject Property.

9.    Waukegan is informed and believes that Shell Oil Products is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Houston, Texas. Waukegan is informed and believes that, at times material hereto, Shell Oil Products owned and operated as many as four USTs used for the storage of petroleum products located on the Subject Property.

## **Jurisdiction and Venue**

10.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1331 and 42 U.S.C. 6972(a), because this case arises under the laws of the United States and the claims in Count I are predicated upon and seek relief under RCRA, as amended.

11.    This Court has supplemental jurisdiction pursuant to 28 U.S.C. 1367 over the State law claims herein, all of which are so related to the claims in Count I that they form part of the same case or controversy.  The claim in Count II is predicated upon the common law of public nuisance.

12.　　Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b) and 42 U.S.C. 6972(a) because the damages and claims arose in this judicial district.

**Factual Background**

13.　　From approximately 1988 to 1997, Shell Oil owned the Subject Property and utilized the Subject Property as a gasoline service station.

14.　　From approximately 1988 to 1990, Equilon and/or Shell Oil Products owned and operated four USTs used for the storage of petroleum products in connection with the gasoline service station on the Subject Property.

15.　　On December 29, 1989, the Illinois Environmental Protection Agency ("IEPA") issued a Notice of Release letter to Shell Oil regarding a release of petroleum products from the USTs located on the Subject Property. The release is more specifically identified as Illinois Emergency Management Agency ("IEMA") LUST Incident Number 892683 and LPC Number 0971905105. A copy of IEPA's notice of release letter is attached hereto as Exhibit B.

16.　　From approximately 1990 to 1997, Shell Oil and Shell Oil Products conducted various environmental investigations at the Subject Property. The environmental investigations revealed that soils and groundwater beneath the Subject Property have been contaminated by petroleum products, including Benzene, Toluene, Ethylbenzene, and Xylenes. Copies of Shell Oil's Corrective Action Form and Shell Oil Product's Groundwater Monitoring Report are attached hereto as Exhibits C and D, respectively.

17.　　In approximately 1997, the Arsheds, doing business as J & S Enterprises, purchased the Subject Property from Shell Oil.

18.    On September 9, 1999, the Arsheds, doing business as J & S Enterprises, reported a release of petroleum products at the Subject Property to the IEMA and IEPA (the "1999 Release"). The 1999 Release is more specifically identified as IEMA LUST Incident Number 992089 and LPC Number 0971905105. A copy of IEMA's field report of the release is attached hereto as Exhibit E.

19.    Prior to the 1999 Release, the Arsheds, doing business as J & S Enterprises, collected soil samples from the Subject Property and analyzed them for the presence of various contaminates associated with petroleum products. Petroleum products were detected in the soil samples at levels exceeding IEPA remedial objectives. A copy of the laboratory report for the soil samples collected at the Subject Property is attached hereto as Exhibit F.

20.    As a result of the releases of petroleum products from the USTs located on the Subject Property, the soils and groundwater beneath the Subject Property have been contaminated by, or are threatened to be contaminated by, hazardous substances, including Benzene, and other hazardous substances commonly found in petroleum products.  Benzene is a known carcinogen. Long term exposure to benzene causes harmful effects on bone marrow and can cause a decrease in red blood cells leading to anemia.

21.    The Subject Property is substantially and significantly contaminated with petroleum products which have migrated, or have the potential to migrate, from the Subject Property and may present an imminent and substantial endangerment to human health or the environment.

22.    One or all of the Defendants have contributed or is contributing to the past or present handling, storage, disposal or transport of solid wastes and hazardous substances which have been released to the soils and groundwater beneath the Subject Property.

## COUNT I
## RCRA, 42 U.S.C. § 6972(a)(1)(B)

1-22.    Waukegan adopts and realleges paragraphs 1 through 22 of the Allegations Common to All Counts as paragraphs 1 through 22 of this Count I.

23.    This Court has jurisdiction over this matter pursuant to the notice requirements for citizen suits under RCRA, 42 U.S.C. 6972(b)(2)(A).  A Notice of Intent to Sue was served upon each of the Defendants, the Administrator of the U.S. Environmental Protection Agency ("USEPA"), the USEPA Regional Administrator, the Attorney General and the Director of the IEPA more than 90 days prior to the filing of this Complaint.  A copy of the Notice of Intent to Sue served upon each of the Defendants, with proofs of service, is attached hereto as Exhibit G.  A copy of the Notice of Intent to Sue served upon the Administrator of USEPA, the USEPA Regional Administrator, the Attorney General, and the Director of the IEPA, with proofs of service, is attached hereto as Exhibit H.

24.    Each of the Defendants are "persons" as defined in §1004(15) of RCRA, 42 U.S.C. 6903(15).

25.    Since approximately 1988 and continuing to the present, the Defendants, at various times, have contributed to the past or present handling, treatment, storage or disposal at the Subject Property of substances which are "solid waste" or "hazardous

waste" within the meaning of RCRA, 42 U.S.C. 6901, *et seq.* (hereafter referred to collectively as the "management" of solid waste or hazardous waste).

26.    The aforesaid management activities have caused, and continue to cause, the release of solid wastes to soils, subsurface soils, sediments, and groundwater at the Subject Property, which presents an imminent and substantial endangerment to health or the environment, within the meaning of 42 U.S.C. §6972(a)(1)(B).

27.    Each of the Defendants are subject to suit pursuant to §7002(a)(1)(B) of RCRA, 42 U.S.C. 6972(a)(1)(B).

28.    This Court has jurisdiction pursuant to §7002(a) of RCRA, 42 U.S.C. 6972(a), to order the Defendants to take any actions necessary to abate the conditions which present an imminent and substantial endangerment to health or the environment and to refrain from taking actions in violation of RCRA and the regulations promulgated pursuant thereto, and to impose appropriate civil penalties.

WHEREFORE, Waukegan prays as follows:

A.    For a preliminary and permanent injunction restraining and enjoining Defendants from continuing to permit the presence of solid and hazardous waste contamination at, in, on, beneath or adjacent to the Subject Property which may present an imminent and substantial endangerment to health or the environment, and requiring Defendants to immediately investigate and remedy such contamination, pursuant to §7002 of RCRA, 42 U.S.C. 6972;

B.    For the imposition of civil penalties against Defendants pursuant to §7002(a) of RCRA, 42 U.S.C. 6972(a);

C.     For an award of Waukegan's costs of litigation (including reasonable attorneys' and expert witness fees), pursuant to §7002(e) of RCRA, 42 U.S.C. 6972(e);

D.     For an order requiring Defendants to file a bond or equivalent security, pursuant to §7002(e) of RCRA, 42 U.S.C. 6972(e).

E.     For such other relief as the Court deems appropriate under the circumstances.

**COUNT II**
**COMMON LAW PUBLIC NUISANCE**

1-22.  Waukegan   adopts and realleges paragraphs 1 through 22 of the Allegations Common to All Counts as paragraphs 1 through 22 of this Count II, as though fully set forth herein.

23.     A common law public nuisance is an act or failure to act which injures the safety, health or morals of the public; or which causes substantial public annoyance, inconvenience or injury.

24.     The general public has a right to be free from unreasonable jeopardy to their health, welfare, and safety, and from unreasonable threats of danger to person and property, caused by the presence of hazardous substances in the soil and/or groundwater.

25.     Defendants have caused and allowed hazardous substances to become released to soils, subsurface soils, sediment, and/or groundwater at the Subject Property and continue to cause and/or allow such hazardous substances to remain in soils, subsurface soils, sediments, and/or groundwater at the Subject Property.

26.     Such hazardous substances have migrated via land and water pathways

and/or have the potential to migrate onto adjacent properties, causing damage to the adjacent properties.

27.    The existence of such hazardous substances in soils, subsurface soils, sediment, surface water and groundwater at the Subject Property injures the safety and health of the public and causes a public injury.

WHEREFORE, Waukegan  prays as follows:

A.    For compensatory damages in an amount in excess of $75,000;

B.    For such other relief as the Court deems appropriate under the circumstances.

THE CITY OF WAUKEGAN


By: _____
One of its attorneys


Michael S. Blazer (ARDC No. 6183002)
Lance E. Franke (ARDC No. 6286183)
Jeep & Blazer, L.L.C.
24 N. Hillside Ave, Suite A
Hillside, IL 60162
(708) 236-0830
Fax (708) 236-0828
mblazer@enviroatty.com
lefranke@enviroatty.com

TAX DISTRICTS
TAX CODE NO.0-12

INIOR COLLEGE DIST.NO.532
UNIT SCHOOL DIST.NO.60
WAUKEGAN PARK DIST.
NORTH SHORE SAN.DIST.
CITY OF WAUKEGAN

JUDGE GETTLEMAN

MAGISTRATE JUDGE VALDEZ

TOWN OF WAUKEGAN
NW ¼ SE ¼ SEC 8 T. 45N. R 12E
08-08-400

101

2159 N. Lewis Avenue, Waukegan, IL

P. 93

COUNTY HWY. #48

SUNSET

AVENUE

PART OF

KRENN & DATO'S

LONG VIEW

ROAD

3RD. MARQUETTE HIGHLANDS

2028 N
BUTRICK
ST

LEWIS

N. ELMWOOD

BLICK STREET

P. 101

REVISED

| DATE | INT |
|------|-----|
| 3-7-66 | D.F. |
| 3-8-66 | M.F.G. |
| 4-4-67 | J.H. |
| 7-25-68 | B.P.R. |
| 9-25-70 | S.P.R. |
| 12-31-71 | S.P.R. |
| 18-29-72 | S.F.R. |
| 12-28-73 | S.F.R. |
| 1527-74 | S.F.R. |
| 11-17-76 | R.R. |
| 10-30-81 | L.T. |
| 10-30-80 | L.T. |
| 12-31-82 | B.A. |
| 12-31-44 | I.P. |
| 12-31-85 | G.B. |
| 12-31-90 | N.P. |
| 12-31-90 | R.P. |
| 12-31-95 | S.P. |
| 12-31-90 | C.S. |
| 2-1-83 | L.S. |
| 12-31-86 | M.M. |
| 12-31-02 | STAFF |
| 12-31-03 | STAFF |

SCALE 1"= 100'

Illinois Environmental Protection Agency   ·   P. O. Box 19276, Springfield, IL 62794-9276

217/782-6760

Refer to: Lake/Waukegan -- 892683
          Shell Oil
          2159 Lewis Avenue
          Compliance File

Certified Mail
Return Receipt

Notice of Release

December 29, 1989

Shell Oil
Attn: Grant Scott
1415 West 22nd Street
Oak Brook, IL  60522

Reviewer Initials _____

Date 4/22/05

# of Pages 3

Dear Mr. Scott:

On or before December 19, 1989, a release of gasoline occurred from an underground storage tank system(s) at 2159 Lewis Avenue. The purpose of this notice is to inform you of your required response under 40 CFR Part 280 -- Technical Standards and Corrective Action Requirements for Owners and Operators of Underground Storage Tanks.

Within 15 days of the date of this letter you must submit to this Agency:

1. The completed pink copy of the contingency plan.

2. A report which describes all action taken initially to control the situation and reduce the hazards on-site. This report must include the following:

   a. Information concerning the removal of as much gasoline from the tank(s) as necessary to prevent further release into the environment.

   b. Information concerning visual inspections of any above ground release or any exposed below ground release.

   c. Information concerning efforts to prevent the released contaminant from migrating further into surrounding soils and groundwater.

   d. Information concerning the monitoring of fire and safety hazards, and steps that were taken to reduce those hazards posed by vapors or free product which have entered into subsurface structures such as sewers or basements.

   e. Information concerning the safety precautions taken to control hazards posed by the excavation or exposure of contaminated soils.

08CV2657      AEE
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ

SCREENED



Illinois Environmental Protection Agency  ·  P. O. Box 19276, Springfield, IL 62794-9276

Page 2

3.  A recovery plan for the removal of free product if applicable.

4.  A summary of inventory losses for the year prior to the discovery of the release.

5.  The results of any tank and line integrity testing performed for the year prior to the release.

6.  An outline describing the steps to be taken to determine the scope of the contamination and a timetable for those steps. This outline must at a minimum include a proposed schedule and methodology for soil sampling and analysis. Sampling points must be of sufficient number to locate the boundaries of the plume of contamination both vertically and horizontally. Include a site map indicating sampling points and depths.

7.  A written notice listing contractors whose services have been secured to perform the analysis and cleanup.

With the exception of the contingency plan, which is to be submitted to the address indicated on the form, submit the above information to:

        Illinois Environmental Protection Agency
        Division of Land Pollution Control
        Remedial Project Management Section
        Leaking Underground Storage Tank Unit
        2200 Churchill Road
        Post Office Box 19276
        Springfield, Illinois  62794-9276

Include the site number and facility name referenced at the top of page one with any correspondence concerning this matter. All correspondence should be submitted in duplicate.

Should you have any questions or require further assistance, do not hesitate to contact Carmen Yung at 708/345-9780.

Sincerely,

SA. Colantino

Stephen A. Colantino        by AMP
LUST Program Manager
Leaking Underground Storage Tank Unit
Remedial Project Management Section
Division of Land Pollution Control

SAC:AMP:sap/4467k,1-2

cc: Gary King -- Enforcement
    Ken Burch -- USEPA
    Division File
    Carmen Yung

CORRECTIVE ACTION FORM

SHELL RETAIL STATION (NON-OPERATING)
WIC #212-8256-0701
2159 NORTH LEWIS AVENUE
WAUKEGAN, LAKE COUNTY, ILLINOIS
IESDA INCIDENT #892683

Report Prepared For:

SHELL OIL COMPANY
Mid-Continent Area
1415 West 22nd Street
Oak Brook, Illinois 60522-9008

RECEIVED

JUN 2 2 1994

IEPA/DLPC

Report Prepared By:

HANDEX OF ILLINOIS, INC.
1701 West Quincy Avenue; Suite 31
Naperville, Illinois 60540
(708) 527-1666

June 16, 1994

George A. Filpovich
Hydrogeologist I

John E. Groneck III, P.G.
Senior Project Manager

SCREENED



This Agency is authorized to require this information under Illinois Revised Statutes, 1989, Chapter 111 1/2, Section 1004 and 1021. Disclosure of this information is required. Failure to do so may result in a civil penalty up to $25,000 for each day the failure continues, a fine up to $50,000 and imprisonment up to 5 years. This form has been approved by the Forms Management Center.

IESDA INCIDENT _____ 892683

# Illinois Environmental Protection Agency
## LEAKING UNDERGROUND STORAGE TANK PROGRAM
## CORRECTIVE ACTION FORM

Site # (IEPA Generator number): _____

*leave blank if unknown*

ESDA #: __890846_____

Facility Name: __Shell Service Station (Non-Operating)_____

Mailing address: __2159 Lewis Avenue_____

City: __Waukegan_____    Zip Code: _____

County: __Lake_____

**WILL THE OWNER/OPERATOR SEEK REIMBURSEMENT FOR CORRECTIVE ACTION COSTS FROM THE UNDERGROUND STORAGE TANK FUND? (CHECK ONE):   YES _X_   NO ___**

OWNER
Name: __Shell Oil Company_____

Address: __1415 West 22nd Street_____

__Oak Brook, IL  60522-9008_____

Contact Name: __Mr. Tingate Jue_____

Phone: __708-572-5634_____

OPERATOR *(if different from owner)*
Name: _____

Address: _____

_____

Contact Name: _____

Phone: _____

CONSULTANT
Firm: __Handex of Illinois, Inc._____

Address: __1701 West Quincy Ave., Suite 31__

__Naperville, IL 60540_____

Contact Name: __Mr. John Groneck_____

Phone: __708-527-1666_____

SURVEYOR
Firm: _____

Address: _____

_____

Contact Name: _____

Phone: _____

**RECEIVED**

**JUN 2 2 1994**

**IEPA/DLPC**

## A.   GROUNDWATER INVESTIGATION PLAN

The groundwater investigation plan shall contain:

1.   The physical and chemical characteristics of the substance stored in the UST System(s), including its toxicity, persistence in the soil and groundwater, and potential for migration off the site

2.   Characterization of the geology beneath the site; and

3.   The hydrogeologic characteristics of the site such as porosity, permeability, and hydraulic conductivities.

4.   Monitoring Well Information

The following information must be submitted:

a.   Drilling methods that will be used and why these methods were selected.

b.   Discussion of the basis for determining the location and minimum number of monitoring wells to be placed at the site.

1

IESDA INCIDENT #<u>892683</u>

## A. GROUNDWATER INVESTIGATION PLAN

The groundwater investigation plan shall contain:

1. **The physical and chemical characteristics of the substance stored in the UST System(s), including its toxicity, persistence in the soil and groundwater, and potential for migration off the site.**

   No USTs exist on this site. The USTs and associated piping were removed in December 1989. The substances stored in the USTs prior to December 1989 was retail grade gasoline.

   The primary constituents of concern in petroleum motor fuels are benzene, ethylbenzene, toluene, and total xylenes (BTEX). Chemical listing entries from the National Institute for Occupational safety and Health (NIOSH) for relevant compounds are presented in Appendix A.

2. **Characterization of the geology beneath the site; and**

   On April 21, 1994 Handex drilled fifteen geo-probe type soil borings to a depth of 15 feet. On May 5, 1994 Handex drilled four soil borings which were completed as four additional monitoring wells at this site (Figures 1 through 3; Appendix B). Based on the data collected on the field investigation, the site is underlain by approximately 15 feet of silty clay.

3. **The hydrogeologic characteristics of the site such as porosity, permeability, and hydraulic conductivities.**

   Typical hydraulic conductivities for silty clays are reported to be in the range of $1 \times 10^{-11}$ to $2 \times 10^{-5}$ meters per second, however, hydraulic conductivity tests have not been conducted at this site.

4. Monitoring Well Information

   The following information must be submitted:

   a. **Drilling methods that will be used and why these methods were selected.**

      Based on current site conditions, the installation of four additional monitoring wells were performed on site (Figure 3, Appendix B, Appendix C). The borings were advanced via 6.25 inch hollow stem auger to an average depth of fifteen (15) feet below land surface (bls). This method allows for the collection of split spoon samples at specific depth intervals. The use of hollow stem augers also allows for the installation of the monitoring well through the stem without removing the auger.

   b. **Discussion of the basis for determining the location and minimum number of monitoring wells to be placed at the site.**

      The locations of the additional monitoring wells were based on current site conditions. Site soils have been analyzed for BTEX constituents by means of a soil sampling event that occurred on April 21, 1994. Results of the twenty nine (29) soil samples which were taken from fifteen (15) points on the site were used to determine locations of the four additional monitoring wells (Figures 4 and 5; Table 1; Appendix B; Appendix C).

2



IESDA INCIDENT #892683

 c. **Discussion of the approach that will be taken to determine whether additional monitoring wells will be required.**

  The six (6) site monitoring wells will be gauged, sampled and analyzed for BTEX periodically, if a significant deviation in the concentrations of BTEX constituents occurs then additional actions will be evaluated.

 d. **Activities undertaken which will prevent cross-contamination during well installation.**

  All down-hole drilling tools and related equipment was thoroughly steam-cleaned prior to drilling activities and after the completion of each monitoring well installation. Split spoon samplers were decontaminated before and after each soil sampling event by non-phosphatic detergent wash and multiple distilled water rinsing.

 e. **Discussion of monitoring well installation procedures and monitoring well construction.**

  All monitoring wells were installed and constructed as per the specifications required by the Illinois Water Well Construction Code, Section 920.170.

 f. **Discussion of monitoring well development procedures.**

  Each well was developed utilizing a hand-bailer until excess fines were removed from the well.

 g. **Discussion of monitoring well completion reports and boring logs.**

  Boring logs and well completion diagrams are included in Appendix B.

**5. Groundwater Data**

The following information must be submitted:

 a. **Site characterization map showing nearby residences, public water wells, private wells, water ways, etc.**

  According to records provided by the Illinois State Water Survey (ISWS) there are no production wells within ¼-mile of the site. Locations of nearby residences are represented on Figure 2. Potable water is obtained from Lake Michigan.

 b. **Groundwater contour maps showing groundwater flow direction.**

  Groundwater flow direction is to the south under hydraulic gradient of 0.0125 ft/ft (Figure 6).

 c. **Stratigraphically correlated hydrogeologic cross section(s) or three dimensional diagram(s) developed from borings at the site which adequately define the spatial relationships between subsurface geology.**

  Soil boring logs and monitor well completion diagrams are presented in Appendix B.

3



IESDA INCIDENT #892683

d.   **Groundwater contamination plume depicting the extent of contamination exceeding cleanup objectives.**

Benzene and total BTEX concentrations in groundwater for samples collected May 13, 1994, are plotted next to respective monitoring wells in Figure 6. The summary of the laboratory results are presented in Table 3 and Appendix C.

e.   **Evaluation of the potential impact of the contamination to effect on- or off-site water wells, residences, buildings, etc.**

There are no water wells located within ¼-mile of the site. The properties bordering the site to the east and the south are residential. The properties across Lewis Avenue to the west, and across Sunset Avenue to the north, are commercial (Figure 2). The potential for migration of soluble hydrocarbons present in the shallow groundwater is minimal due to the relatively low hydraulic conductivity of the site clays. All known USTs were removed in 1989.

The City of Waukegan and the surrounding municipalities receive their drinking water supply from Lake Michigan. In addition, the site is capped with concrete and/or asphalt, eliminating the potential risks of ingestion, inhalation, and dermal absorption. The concrete and asphalt cap also limits surface water infiltration through the soil, thus inhibiting the migration of residual hydrocarbons.

f.   **A discussion of how off-site groundwater contamination will be investigated.**

The analytical results from the fifteen geo-probe type soil borings and the six on-site monitoring wells will serve to define and delineate the extent of hydrocarbon migration (Figures 4 and 5; Table 1; Appendix B and C).

g.   **The proximity, quality, and current uses of nearby surface and groundwater.**

Referring to Figures 1 and 2, the area in the vicinity of the site consists primarily of commercial properties, residential properties and a golf course. The closest body of water is a marsh area approximately ½-mile southeast of the site (Figure 1).

h.   **The effects of residual contamination on nearby surface water and groundwater.**

The nearest surface body of water is located approximately ½-mile to the southeast of the site. It is unlikely that surface water would be impacted from this site, based on the lithology predicted low hydraulic conductivities present at the site.

Liquid phase petroleum hydrocarbons (LPH) were not detected.


## B.   TYPE OF REMEDIATION SELECTED

At this time, quarterly groundwater sampling is proposed. The need for additional investigations with respect to assessment and/or remedial activities will be evaluated upon the completion of the groundwater sampling events.

4



IESDA INCIDENT #892683

TECHNICAL REFERENCES

Dominico, P.A., 1990, Physical and Chemical Hydrogeology, John Wiley & Sons, N.Y., N.Y., p.65.

United States Geologic Survey - 7.5 Minute Series (Topographic), Zion Quadrangle, 1960, Photorevised 1980.

5



IESDA INCIDENT #892683

FIGURES





SCALE 1:24 000

CONTOUR INTERVAL 10 FEET

SHELL RETAIL STATION
WIC # 212-8265-0701
2159 LEWIS AVENUE
WAUKEGAN, ILLINOIS

FIGURE 1
SITE LOCATION MAP

Handex

ZION QUADRANGLE
ILLINOIS—WISCONSIN
7.5 MINUTE SERIES (TOPOGRAPHIC)

ILLINOIS

QUADRANGLE LOCATION



NOT TO SCALE

LEGEND

N

| DRAWN BY: S. RODECK | FIGURE 2 | SHELL RETAIL STATION |
|---|---|---|
| DATE:  3/17/94 | SITE AREA MAP | WIC #212-8265-0701 |
| REVISED: | | 2159 LEWIS AVENUE |
| | | WAUKEGAN, ILLINOIS |

Handex
107565-01



FIGURE 3
SITE MAP

SHELL RETAIL STATION
WIC #212-8256-0701
2159 LEWIS AVENUE
WAUKEGAN, ILLINOIS

DRAWN BY: S. RODECK
DATE:    3/17/84
REVISED: 5/26/84 SB

107565-01



FIGURE 4
SOIL SAMPLE
LOCATION MAP

SHELL RETAIL STATION
WIC #212-8256-0701
2159 LEWIS AVENUE
WAUKEGAN, ILLINOIS

DRAWN BY: S. RODECK
DATE: 3/17/94
REVISED: 5/26/94 SB

0    20
APPROX. SCALE IN FEET

107565-01



SUNSET AVENUE

LEWIS AVENUE

O POWER POLE

GRASS ISLAND

CANOPY

PUMP ISLAND

MW-2

MW-9

670/730
SP-12

MW-12

SP-10

ND/ND

70/114
SP-9

MW-6

ND/ND
SP-8

SP-13
ND/ND

SP-11
1700
19,500

MW-7

ABANDONED SUMP WELL

ND/ND
SP-14

ABANDONED SUMP WELL

MW-8

ND/ND
SP-6

NS
SP-7

ABANDONED SUMP WELL

SHELL STATION

MW-5

CANOPY

PUMP ISLAND

MAINTENANCE BAY AREAS

MW-3

MW-10

MW-1

SP-5
ND/ND

SP-15
ND/ND

MW-11

SP-1
ND/ND

ND/ND
SP-2

ND/ND
SP-3

150/150
MW-4   SP-4

N

LEGEND

⌾ MONITOR WELL

✎ ABANDONED MONITOR WELL

········ EXTENT OF EXCAVATION

● SOIL SAMPLE

ND   NOT DETECTED

NS   NO SAMPLE REMOVED

670/730   BENZENE (μg/kg) / BTEX

DATE SAMPLED: MAY 13, 1994

0        20
APPROX. SCALE IN FEET

| DRAWN BY: S. RODECK | FIGURE 5 BENZENE/TOTAL BTEX IN SOIL (3-7 FT.) | SHELL RETAIL STATION WIC #212-8256-0701 2159 LEWIS AVENUE WAUKEGAN, ILLINOIS | Handex |
| DATE:  3/17/94 | | | |
| REVISED: 5/26/94 SB | | | 107565-01 |



SUNSET AVENUE

LEWIS AVENUE

N

LEGEND
⊕ MONITOR WELL
⊗ ABANDONED MONITOR WELL
⋯⋯ EXTENT OF EXCAVATION
● SOIL SAMPLE
ND NOT DETECTED
$\frac{92}{232}$ $\frac{BENZENE}{BTEX}$ (µg/kg)

DATE SAMPLED: MAY 13, 1994

0       20
APPROX. SCALE IN FEET

DRAWN BY: S. RODECK
DATE:   3/17/94
REVISED: 5/26/94 SB

FIGURE 6
BENZENE/TOTAL BTEX
IN SOIL (10-15 FT.)

SHELL RETAIL STATION
WIC #212-8256-0701
2159 LEWIS AVENUE
WAUKEGAN, ILLINOIS

Handex
107565-01

○ POWER POLE
GRASS ISLAND
CANOPY
PUMP ISLAND
⊕ MW-2
⊙ MW-9
$\frac{ND}{ND}$
SP-12 ●
⊕ MW-12
⊕ SP-10
$\frac{ND}{ND}$
$\frac{6}{6}$
SP-9 ●
$\frac{610}{1476}$
⊕ MW-6
⊗ SP-8
MW-7 ⊗
ABANDONED SUMP WELL
⊕ SP-13
$\frac{ND}{ND}$
● SP-11
$\frac{ND}{ND}$
$\frac{ND}{ND}$
SP-14 ●
ABANDONED SUMP WELL
⊕ MW-8
PUMP ISLAND
$\frac{1500}{8500}$
● SP-6
$\frac{ND}{ND}$
⊕ SP-7
ABANDONED SUMP WELL
SHELL STATION
⊗ MW-5
CANOPY
MAINTENANCE BAY AREAS
⊗ MW-3
⊙ MW-10
⊗ MW-1
● SP-5
$\frac{800}{7640}$
● SP-15
$\frac{1700}{11,700}$
⊕ MW-11
● SP-1
$\frac{ND}{ND}$
$\frac{ND}{ND}$
● SP-2
$\frac{92}{232}$
SP-3 ●
MW-4 ⊗
$\frac{1000}{4340}$
● SP-4



FIGURE 7
BENZENE/TOTAL BTEX
CONCENTRATIONS IN
GROUND WATER MAP

DRAWN BY: S. RODECK
DATE:    3/17/94
REVISED: 5/28/94 SB

SHELL RETAIL STATION
WIC #212-8256-0701
2159 LEWIS AVENUE
WAUKEGAN, ILLINOIS

107565-01

IESDA INCIDENT #<u>892683</u>

TABLES



Table 1

**Shell Retail Station (Closed Fee Site)**
2159 North Lewis Avenue
Waukegan, Lake County, Illinois

**Analytical Results -- Soil (April 21, 1994)**

| Sample Location | Sample Depth (ft) | Head Space Reading (ppm) | Benzene (µg/kg) | Toluene (µg/kg) | Ethyl-benzene (µg/kg) | Total Xylenes (µg/kg) | Total BTEX (µg/kg) |
|---|---|---|---|---|---|---|---|
| SP-1 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-1 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-2 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-2 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-3 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-3 | 13-15 | 30 | 92 | 140 | ND | ND | 232 |
| SP-4 | 5-7 | 0 | 150 | ND | ND | ND | 150 |
| SP-4 | 13-15 | 185 | 1,000 | 470 | 870 | 2,000 | 4,340 |
| SP-5 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-5 | 13-15 | 40 | 800 | 540 | 2,900 | 3,400 | 7,640 |
| SP-6 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-6 | 13-15 | 80 | 1,500 | 2,200 | 1,700 | 3,100 | 8,500 |
| SP-7 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-8 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-8 | 10-12 | 2 | 610 | 850 | ND | 16 | 1,476 |
| IEPA Objectives | --- | --- | 5 | --- | --- | --- | 11,705 |

ppm = Parts Per Million,    µg/kg = micrograms per kilogram,    ft = feet



Table 1 (continued)

Shell Retail Station (Closed Fee Site)
2159 North Lewis Avenue
Waukegan, Lake County, Illinois

**Analytical Results -- Soil (April 21, 1994)**

| Sample Location | Sample Depth (ft) | Head Space Reading (ppm) | Benzene (μg/kg) | Toluene (μg/kg) | Ethyl-benzene (μg/kg) | Total Xylenes (μg/kg) | Total BTEX (μg/kg) |
|---|---|---|---|---|---|---|---|
| SP-9 | 3-5 | 1 | 70 | 16 | ND | 28 | 114 |
| SP-9 | 13-15 | 0 | 6 | ND | ND | ND | 6 |
| SP-10 | 3-5 | 2 | ND | ND | ND | ND | ND |
| SP-10 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-11 | 3-5 | 190 | 1,700 | 2,900 | 3,900 | 11,000 | 19,500 |
| SP-11 | 15-17 | 2 | ND | ND | ND | ND | ND |
| SP-12 | 3-5 | 5 | 670 | 8 | 19 | 33 | 730 |
| SP-12 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-13 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-13 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-14 | 3-5 | 0 | ND | ND | ND | ND | ND |
| SP-14 | 13-15 | 0 | ND | ND | ND | ND | ND |
| SP-15 | 3-5 | 5 | ND | ND | ND | ND | ND |
| SP-15 | 13-15 | 180 | 1,700 | 1,300 | 1,900 | 6,800 | 11,700 |
| IEPA Objectives | --- | --- | 5 | --- | --- | --- | 11,705 |

ppm = Parts Per Million,    μg/kg = micrograms per kilogram,    ft = feet



Table 2

Shell Retail Station
2159 North Lewis Avenue
Waukegan, Lake County, Illinois

**MONITOR WELL GAUGING DATA** - May 13, 1994

| WELL ID | TOTAL WELL DEPTH | CASING ELEVATION | DEPTH TO WATER | GROUNDWATER ELEVATION |
|---------|------------------|------------------|----------------|------------------------|
| MW-4 | 18.80 | 695.90 | 11.30 | 684.60 |
| MW-8 | 18.70 | 694.60 | 9.05 | 685.55 |
| MW-9 | 13.82 | 694.20 | 8.40 | 686.30 |
| MW-10 | 14.35 | 695.30 | 9.15 | 686.15 |
| MW-11 | 14.75 | 694.51 | 11.15 | 683.36 |
| MW-12 | 13.60 | 695.19 | 9.23 | 685.96 |

\* All measurements are in feet

FILPO_G\SHELL\WAUKEGAN.LWS\GAUGE.DAT

Table 3

Shell Retail Station
2159 North Lewis Avenue
Waukegan, Lake County, Illinois

**ANALYTICAL RESULTS - GROUNDWATER** (May 13, 1994)

Benzene, Toluene, Ethylbenzene, Xylenes (BTEX; EPA Method 8020)

| SAMPLE ID | Benzene (µg/l) | Toluene (µg/l) | Ethyl-benzene (µg/l) | Total Xylenes (µg/l) | BTEX (µg/l) | PQL (µg/l) |
|---|---|---|---|---|---|---|
| MW-4 | 120 | 4 | 66 | 97 | 287 | 1 |
| MW-8 | 7 | ND | ND | ND | 7 | 1 |
| MW-9 | ND | ND | ND | ND | ND | 1 |
| MW-10 | 1,600 | 63 | 59 | 2,000 | 3,722 | 10 |
| MW-11 | ND | ND | ND | ND | ND | 1 |
| MW-12 | ND | ND | ND | ND | ND | 1 |
| IEPA Objectives | 5 | --- | --- | --- | 11,705 | --- |

µg/l = micrograms per liter or ppb = parts per billion, --- = Not relevant, PQL = Practical Quantitation Limit

FILPO_G:\SHELL\WAUKEGAN.LWS\GW.TBL



IESDA INCIDENT #<u>892683</u>

APPENDICES



IESDA INCIDENT #892683

APPENDIX A

NIOSH SHEETS



| Chemical Name, Formula, CAS, RTECS, and DOT UN or NA and Guide Numbers | Synonyms | Exposure Limits | IDLH Level | Physical Description | Chemical and Physical Properties | Incompatibilities | Measurement Method (See Tables 1a and 1b) |
|---|---|---|---|---|---|---|---|
| Barium (soluble compounds as Ba)<br><br>Ba<br>7440-39-3<br>CQ8370000<br><br>1564  55 | Synonyms vary depending upon specific compound | 0.5 mg/m³ | 250 mg/m³ | Appearance and odor vary depending upon specific compound | Properties vary depending upon specific compound | Incompatibilities vary depending upon specific compound | Filter (cellulose membrane); hot H₂O; AA; N |
| Benzene<br><br>C₆H₆<br><br>71-43-2<br>CY1400000<br><br>1114  27 | Benzol, Cyclohexatriene, Coal tar naphtha, Phenyl hydride | 10 ppm<br>50 ppm ceil (10 min)<br>(NIOSH)<br>0.1 ppm 8-hr TWA<br>1 ppm 15-min ceil<br>See Appendix A<br>(ACGIH)<br>10 ppm, A2 | Ca | Colorless liquid with an aromatic odor | MW: 78<br>BP: 176°F<br>Sol: 0.18%<br>FLP: 12°F<br>IP: 9.25 eV | VP: 75 mm<br>MP: 42°F<br>UEL: 7.1%<br>LEL: 1.3% | Strong oxidizers; chlorine, bromine with iron | Char; CS₂; GC; III |
| Benzidine<br><br>C₁₂H₁₂N₂<br><br>92-87-5<br>DC9625000<br>810001<br><br>1885  53 | 1,1'-Biphenyl-4, 4'-diamine; 4,4'-Diaminobiphenyl; 4,4'-Biphenyldiamine; 4,4'-Bianiline; 4,4'-Diphenylenediamine; 4,4'-Diaminodiphenyl; Azoic Diazo Component 112; Fast Corinth Base B; Biphenyl, 4,4'-diamino-p-Diaminodiphenyl | See Appendix C<br><br>(NIOSH)<br><br>(ACGIH) A1b | Ca | Colorless or slightly reddish crystalline compound that darkens on exposure to light and air | MW: 184<br>BP: 755°F<br>Sol: 400 mg/d at 12°C<br>FLP: Combustible solid | VP: ?<br>MP: 243°F<br>UEL: ?<br>LEL: ? | Not available | NIOSH 77-157A |
| Benzoyl peroxide<br><br>(C₆H₅CO)₂O₂<br><br>94-36-0<br>DM8575000<br><br>2085 2086 2087 2088 2089 2090  49 | Dibenzoyl peroxide | 5 mg/m³<br><br>(NIOSH)<br>5 mg/m³<br>10-hr TWA | 7000 mg/m³ | Colorless, odorless solid | MW: 242<br>BP: N.A.<br>Sol: <1%<br>FLP: ? | VP: <<1 mm<br>MP: 217°F<br>UEL: ?<br>LEL: ? | Combustible substances, wood, paper, lithium aluminum hydride; explosive at high temperatures | Filter ethyl ether; HPLC; III |

56

|  | | | Health Hazards | | | | |
| Personal Protection and Sanitation (See Table 2) | Respirator Selection Upper Limit Devices Recommended (See Table 3) | Route | Symptoms (See Table 4) | | First Aid (See Table 5) | | Target Organs |
|---|---|---|---|---|---|---|---|
| Recommendations vary depending upon specific compound | OSHA<br>5 mg/m³: DMXSQ/SA/SCBA<br>12.5 mg/m³: PAPRDM/SA/CF<br>25 mg/m³: HIEF/PAPRTHIE/SAT:CF/SCBAF/SAF<br>250 mg/m³: SAF:PD,PP<br>∝: SCBAF:PD,PP/<br>SAF:PD,PP:ASCBA<br>Escape: HIEF/SCBAE | Inh<br>Ing<br>Con | Upper resp irrit; GI; musc spas; slow pulse, extrasystoles; hypokalemia; irrit eyes; skin burns | | Eye: Irr immed<br>Skin: Water flush immed<br>Breath: Art resp<br>Swallow: Medical attention immed | | Heart, CNS, skin, resp sys, eyes |
| Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Soap wash promptly<br>Change: N.A.<br>Remove: Any wet immed (flamm) | NIOSH<br>∑: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Abs<br>Ing<br>Con | Irrit eyes, nose, resp sys; giddy; head; nau; staggered gait; ftg, anor, lass; derm; bone marrow depres; abdom pain; [carc] | | Eye: Irr immed<br>Skin: Soap wash promptly<br>Breath: Art resp<br>Swallow: Medical attention immed | | Blood, CNS, skin, bone marrow, eyes, resp sys |
| Clothing: Any poss<br>Goggles: Any poss<br>Wash: Immed upon contam/daily<br>Change: After work if any poss contam<br>Remove: Any contam immed<br>Provide: Eyewash, quick drench | NIOSH<br>∑: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: HIEF/SCBAE | Ing<br>Abs<br>Ing<br>Con | Hema, secondary anem from hemolysis, acute cystitis, acute liv disorders, derm, painful and irregular urination, [carc] | | Eye: Irr immed (15 min)<br>Skin: Soap wash<br>immed<br>Breath: Art resp<br>Swallow: Medical attention immed | | Bladder, kidney, liver, skin, blood |
| Clothing: Repeat prolong<br>Goggles: Reason poss<br>Wash: Promptly upon contam<br>Change: After work it may be contam<br>Remove: Promptly contam non-imperv | NIOSH<br>50 mg/m³: DMXSQ/SA*/SCBA*<br>125 mg/m³: PAPRDM*/SA:CF*<br>250 mg/m³: HIEF/SCBAF/SAF/PAPRTH6E*<br>7000 mg/m³: SA:PD,PP*<br>∝: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: HIEF/SCBAE | Inh<br>Ing<br>Con | Irrit skin, eyes, muc memb; derm | | Eye: Irr immed<br>Skin: Soap wash promptly<br>Swallow: Medical attention immed | | Skin, resp sys, eyes |

57

Benzoyl peroxide

| Chemical Name, Formula, CAS, RTECS, and DOT UN or NA and Guide Numbers | Synonyms | Exposure Limits | IDLH Level | Physical Description | Chemical and Physical Properties | Incompatibilities | Measurement Method (See Tables 1a and 1b) |
|---|---|---|---|---|---|---|---|
| Ethyl acrylate<br>$CH_2CHCOOC_2H_5$<br>140-88-5<br>AT0700000<br>1917  27 | Ethyl propenoate | 25 ppm (100 mg/m³)<br>(ACGIH)<br>5 ppm (20 mg/m³) | 2000 ppm | Colorless liquid with a sharp, acrid odor | MW: 100<br>BP: 211°F<br>Sol: 1.5%<br>FLP: 48°F | VP: 29.5 mm<br>MP: -103°F<br>UEL: ?<br>LEL: 1.8% | Oxidizers, peroxides, polymerizers, strong alkalies, moisture | Char;<br>CS₂;<br>GC;<br>III |
| Ethyl benzene<br>$C_6H_5C_2H_5$<br>100-41-4<br>DA0700000<br>1175  26 | Phenylethane, Ethylbenzol | 100 ppm (435 mg/m³) | 2000 ppm | Colodess liquid with an aromatic odor | MW: 106<br>BP: 277°F<br>Sol: 0.015%<br>FLP: 59°F<br>IP: 8.76 eV | VP: 7.1 mm<br>MP: -139°F<br>UEL: 6.7%<br>LEL: 1.0% | Strong oxidizers | Char;<br>CS₂;<br>GC;<br>III |
| Ethyl bromide<br>$C_2H_5Br$<br>74-96-4<br>KH6475000<br>1891  58 | Bromoethane | 200 ppm (890 mg/m³) | 3500 ppm | Colorless to yellow liquid with an ether-like odor | MW: 109<br>BP: 100°F<br>Sol: 0.9%<br>FLP: < 4°F<br>IP: 10.29 eV | VP: 375 mm<br>MP: -182°F<br>UEL: 11.3%<br>LEL: 6.7% | Chemically active metals: sodium, potassium, calcium powdered aluminum, zinc, magnesium | Char;<br>Isopropyl alcohol;<br>GC;<br>H |
| Ethyl butyl ketone<br>$C_2H_5COC_4H_9$<br>106-35-4<br>MJ5250000 | Butyl ethyl ketone, 3-Heptanone | 50 ppm (230 mg/m³) | 3000 ppm | Colorless liquid with a mild, fruity odor | MW: 114<br>BP: 297°F<br>Sol: 0.43%<br>FLP(oc): 115°F<br>IP: 9.15 eV | VP: 4 mm<br>MP: -36°F<br>UEL: 8.8%<br>LEL: 1.4% | Oxidizers | Char;<br>CH₂OH/CS₂;<br>GC;<br>III |

118

|  |  |  | Health Hazards | | | |
|---|---|---|---|---|---|---|
| Personal Protection and Sanitation (See Table 2) | Respirator Selection Upper Limit Devices Recommended (See Table 3) | Route | Symptoms (See Table 4) | First Aid (See Table 5) | | Target Organs |
| Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Promptly upon wet<br>Change: N.A.<br>Remove: Any wet immed (flamm) | ACGIH<br>50 ppm: SA*/SCBA*/CCROV*<br>125 ppm: SA:CF*/PAPROV*<br>250 ppm: CCRFOV/GMFOV/SCBAF/SAF/ PAPRTOV*<br>2000 ppm: SAF:PD,PP<br>Ǫ: SCBAF:PD,PP/<br>SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Ing<br>Con | Irrit eyes, resp sys, skin | Eye: Irr immed<br>Skin: Water flush immed<br>Breath: Art resp<br>Swallow: Medical attention immed | | Resp sys, eyes, skin |
| Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Promptly upon contam<br>Change: N.A.<br>Remove: Any wet immed (flamm) | OSHA<br>1000 ppm: PAPROV*/SA*/<br>SCBA*/CCROV*<br>2000 ppm: GMFOV/SAF/SCBAF<br>Ǫ: SCBAF:PD,PP/<br>SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Ing<br>Con | Irrit eyes, muc memb; head; derm; narco, coma | Eye: Irr immed<br>Skin: Water flush promptly<br>Breath: Art resp<br>Swallow: Medical attention immed | | Eyes, upper resp sys, skin, CNS |
| Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Promptly upon wet<br>Change: N.A.<br>Remove: Any wet immed (flamm) | OSHA<br>2000 ppm: SA/SCBA<br>3500 ppm: SA:CF/SAF/SCBAF<br>Ǫ: SCBAF:PD,PP/<br>SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Ing<br>Con | Irrit eyes, resp sys; CNS depress; irrit skin; pulm edema; liver, kidney disease; card arrhy, card arrest; dizz | Eye: Irr immed<br>Skin: Soap flush promptly<br>Breath: Art resp<br>Swallow: Medical attention immed | | Skin, liver, kidneys, resp sys, CVS, CNS |
| Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Promptly upon contam<br>Change: N.A.<br>Remove: Promptly contam non-imperv | OSHA<br>500 ppm: CCROV*/SA*/<br>SCBA*<br>1000 ppm: PAPROV*/CCRFOV<br>1250 ppm: SA:CF*<br>2500 ppm: GMFOV/SCBAF/SAF<br>3000 ppm: SAF:PD,PP<br>Ǫ: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Ing<br>Con | Irrit eyes, muc memb; head; narco, coma; derm | Eye: Irr immed<br>Skin: Water flush<br>Breath: Art resp<br>Swallow: Medical attention immed | | Eyes, skin, resp sys |

119

Ethyl butyl ketone

| Chemical Name, Formula, CAS, RTECS, and DOT UN or NA and Guide Numbers | Synonyms | Exposure Limits | IDLH Level | Physical Description | Chemical and Physical Properties | Incompatibilities | Measurement Method (See Tables 1a and 1b) |
|---|---|---|---|---|---|---|---|
| Titanium dioxide<br>$TiO_2$<br>13463-67-7<br>XR2275000<br>2546 37 | Rutile, Anatase, Brookite | 15 mg/m³<br>(ACGIH)<br>10 mg/m³<br>(total dust <1% quartz)<br>5 mg/m³<br>(resp dust) | N.A. | White powder, odorless | MW: 80<br>BP: <5432°F<br>Sol: Insoluble<br>Not combustible | VP: ≈0 mm<br>MP: 2984°F | None hazardous | Filter; acid; AA; O |
| Toluene<br>$C_6H_5CH_3$<br>106-88-3<br>XS5250000<br>1294 27 | Toluol, Phenyl methane, Methyl benzene | 200 ppm<br>300 ppm ceil<br>500 ppm 10-min peak<br>(NIOSH)<br>100 ppm 10-hr TWA<br>200 ppm 10-min ceil<br>(ACGIH)<br>100 ppm | 2000 ppm | Colorless liquid with an aromatic odor like benzene | MW: 92<br>BP: 231°F<br>Sol: 0.05%<br>MP: -139°F<br>FLP: 40°F<br>IP: 8.82 eV | VP: 22 mm<br>UEL: 7.1%<br>LEL: 1.3% | Strong oxidizers | Char; $CS_2$; GC; V |
| Toluene-2, 4-diisocyanate<br>$CH_3C_6H_3(NCO)_2$<br>584-84-9<br>CZ6300000<br>2078 57 | TDI; 2,4-Toluene diisocyanate | 0.02 ppm ceil<br>(0.14 mg/m³)<br>(NIOSH)<br>35 µg/m³ 10-hr TWA<br>140 µg/m³<br>10-min ceil<br>(ACGIH)<br>0.005 ppm | 10 ppm | Colorless, yellow, or dark liquid or solid with a sweet, fruity, pungent odor | MW: 174<br>BP: 484°F<br>Sol: Rx, slow<br>FLP: 270°F | VP: ≈0.04 mm<br>MP: 71°F<br>UEL: 9.5%<br>LEL: 0.9% | Strong oxidizers, water, acids, bases, amines, etc., cause foam and spatter | Impregnant; acetic anhydride; HPLC; III |
| o-Toluidine<br>$CH_3C_6H_4NH_2$<br>95-53-4<br>XU2975000<br>1708 55 | ortho-Aminotoluene; o-Methylaniline; 1-Methyl-1,2-amino-benzene; 2-Methylaniline | 5 ppm<br>(22 mg/m³)<br>(ACGIH)<br>2 ppm, A2<br>(9 mg/m³, A2) | 100 ppm | Colorless to pale yellow liquid with a weak, aromatic odor | MW: 107<br>BP: 391°F<br>Sol: 1.5%<br>FLP: 185°F<br>IP: 7.6 eV | VP: <1 mm<br>UEL: ?<br>LEL: 1.5% | Strong oxidizers | $SiO_2$; $CH_3CH_2OH$; GC; L |

226

| Personal Protection and Sanitation (See Table 2) | Respirator Selection Upper Limit Devices Recommended (See Table 3) | Health Hazards | | | |
|---|---|---|---|---|---|
| | | Route | Symptoms (See Table 4) | First Aid (See Table 5) | Target Organs |
| Clothing: N.A.<br>Goggles: N.A.<br>Wash: N.A.<br>Change: N.A.<br>Remove: N.A. | ACGIH<br>50 mg/m³: DM*<br>100 mg/m³: DMXSQ*/SA/SCBA<br>250 mg/m³: P,APRDM*/SA,CF<br>500 mg/m³: HiEF/PAPRTHiE/SCBAF/SAF/ SAT,CF<br>7500 mg/m³: SA,PO,PP<br>Q: SCBAF,PO,PP/SAF,PO,PP/ASCBA<br>Escape: HiEF/SCBAE | Inh | Slight lung fibrosis | Breath: Art resp | Lungs |
| Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Promptly upon wet<br>Change: N.A.<br>Remove: Any wet immed (flamm) | NIOSH<br>1000 ppm: CCROV*/SA*<br>PAPROV*/SCBA*<br>2000 ppm: SA,CF*/SCBAF/SAF/ GMFOV<br>Q: SCBAF,PO,PP/ SAF,PO,PP/ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Abs<br>Ing<br>Con | Ftg, weak; conf, euph, dizz; head; dil pup, lac; ner; musc ftg; insom; pares; derm; photo | Eye: Irr immed<br>Skin: Soap wash promptly<br>Breath: Art resp<br>Swallow: Medical attention immed | CNS, liver, kidneys, skin |
| Clothing: Repeat prolong<br>Goggles: Any poss<br>Wash: Promptly upon contam<br>Change: After work it may be contam<br>Remove: Promptly contam non-imperv<br>Provide: Eyewash, quick drench | NIOSH<br>0.05 ppm: SA*/SCBA*<br>0.125 ppm: SA,CF*<br>1 ppm: SCBAF/SAF<br>10 ppm: SAF,PO,PP<br>Q: SCBAF,PO,PP/ SAF,PO,PP/ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Ing<br>Con | Irrit nose, throat; choke, parox cough; retister pain; nau, abdom pain; bron spas, pulm edema; asth; conj; derm | Eye: Irr immed<br>Skin: Soap wash immed<br>Breath: Art resp<br>Swallow: Medical attention immed | Resp sys, skin |
| Clothing: Any poss<br>Goggles: Any poss<br>Wash: Immed upon contam<br>Change: N.A.<br>Remove: Immed contam non-imperv<br>Provide: Eyewash, quick drench | NIOSH<br>Σ: SCBAF,PO,PP/ SAF,PO,PP/ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Abs<br>Ing<br>Con | Anoxia, head, cyan, weak, dizz, drow, micro hematuria, eye burns, derm | Eye: Irr immed<br>Skin: Soap wash immed<br>Breath: Art resp<br>Swallow: Medical attention immed | Blood, kidneys, liver, CVS, skin, eyes |

227

o-Toluidine

| Chemical Name, Formula, CAS, RTECS, and DOT UN or NA and Guide Numbers | Synonyms | Exposure Limits | IDLH Level | Physical Description | Chemical and Physical Properties | Incompatibilities | Measurement Method (See Tables 1a and 1b) |
|---|---|---|---|---|---|---|---|
| Vinyl chloride<br><br>C₂H₃Cl<br><br>75-01-4<br>KU9625000<br><br><br>1086  17 | Chloroethylene, Chloroethene, Monochloroethylene, Ethylene monochloride, Monochloroethene, Vinyl C monomer, Trovidur, VC, Vinyl chloride monomer, VCM | 1 ppm<br>5 ppm<br>15-min ceil<br><br>(NIOSH)<br>Lowest detectable limit<br>See Appendix A<br><br>(ACGIH)<br>5 ppm, A1a | Ca | Colorless gas; liquifies in a freezing mixture | MW: 62.5<br>BP: 7 °F<br>Sol: Slight<br>FLP: -106 °F<br>IP: 9.995 eV | VP: 2580 mm<br>MP: -245 °F<br>UEL: 33<br>LEL: 3.6 | Copper oxidizing materials | NIOSH<br>77-157A |
| Vinyltoluene<br><br>CH₃C₆H₄CHCH₂<br><br>25013-15-4<br>WL5075000<br><br>2618  27 | Methylstyrene, Tolyethylene; meta- and para-vinyltoluene (mixed isomers) | 100 ppm<br>(480 mg/m³)<br><br>(ACGIH)<br>50 ppm<br>(240 mg/m³) | 5000 ppm | Colorless liquid with a strong, disagreeable odor | MW: 118<br>BP: 334 °F<br>Sol: 0.009%<br>FLP: 127 °F | VP: 1.1 mm<br>MP: -106 °F<br>UEL: 11%<br>LEL: 0.1% | Oxidizing agents, catalysts for vinyl polymerization, such as peroxides, strong acids, aluminum chloride | Char;<br>CS₂;<br>GC;<br>III |
| Warfarin<br><br>C₁₉H₁₆O₄<br><br>81-81-2<br>GN4550000<br><br><br>3027  55 | 3-(alpha-Acetonyl) benzyl-4-hydroxy-coumarin, WARF compound, compound 42, coumarin | 0.1 mg/m³ | 200 mg/m³ | Colorless, odorless solid | MW: 308<br>BP: Decomposes<br>Sol: Insoluble<br>FLP: N.A. | VP: ?<br>MP: 322 °F<br>UEL: ?<br>LEL: ? | Strong oxidizers | Filter;<br>CH₃OH;<br>HPLC;<br>III |
| Xylene (o-, m-, and p-isomers)<br><br>C₆H₄(CH₃)₂<br><br>1330-20-7<br>ZE2100000<br>1307  27 | p-ortho-Xylene, 1,2-Dimethyl-benzene; meta-Xylene, 1,3-Dimethyl-benzene; para-Xylene, 1,4-Dimethyl-benzene | 100 ppm<br>(435 mg/m³)<br><br>(NIOSH)<br>100 ppm<br>10-hr TWA<br>200 ppm<br>10-min ceil | 1000 ppm | Colorless liquid with aromatic odors (pure p-xylene is a solid at < 55 °F) | MW: 106<br>BP: 292/282/281 °F<br>Sol: 0.00003%<br>FLP: 90/84/81 °F<br>IP: 8.56/8.56/8.44 eV | VP: 7/9/9 mm<br>MP: -12/-54/55 °F<br>UEL: 7/7/7 %<br>LEL: 1/1.1/1.1% | Strong oxidizers | Char;<br>CS₂;<br>GC;<br>III |

236

| | Personal Protection and Sanitation (See Table 2) | Respirator Selection Upper Limit Devices Recommended (See Table 3) | Route | Symptoms (See Table 4) | First Aid (See Table 5) | | Target Organs |
|---|---|---|---|---|---|---|---|
| | Clothing: Any poss<br>Goggles: Any poss<br>Wash: Immed upon contam/daily<br>Change: After work if any poss contam<br>Remove: Any contam immed<br>Provide: Eyewash, quick drench | NIOSH<br>∑: SCBAF:PD,PP/<br>SAF:PD,PP:ASCBA<br>Escape: GMFS/SCBAE | Inh | Weak, abdom pain, GI bleeding, hematomegaly, pal or cyan of extrem, [carc] | Breath: | Art resp | Liver, CNS, blood, resp sys, lymphatic sys |
| | Clothing: Repeat prolong<br>Goggles: Reason prob<br>Wash: Promptly upon contam<br>Change: After work any poss<br>Remove: Promptly contam non-imperv | ACGIH<br>500 ppm: CCROV*/SA*/SCBA*<br>1000 ppm: PAPROV*/CCRFOV<br>1250 ppm: SA:CF*<br>2500 ppm: GMFOV/SCBAF/SAF<br>5000 ppm: SAF:PD,PP<br>∑: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Con<br>Ing | Irrit eyes, skin, upper resp; drow | Eye:<br>Skin:<br>Breath:<br>Swallow: | Irr immed<br>Soap flush promptly<br>Art resp<br>Medical attention immed | Eyes, skin, resp sys |
| | Clothing: Repeat prolong<br>Goggles: N.A.<br>Wash: Promptly upon contam<br>Change: After work any poss<br>Remove: Promptly contam non-imperv | OSHA<br>0.5 mg/m³: DMXS<br>1 mg/m³: DMXSQ/SA/SCBA<br>2.5 mg/m³: PAPRDM/SA:CF<br>5 mg/m³: HIEFf<br>PAPRTHE/SCBAF/SAF/SAT:CF<br>100 mg/m³: SA:PD,PP<br>200 mg/m³: SAF:PD,PP<br>∑: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: HIEFf/SCBAE | Inh<br>Abs<br>Ing<br>Con | Hema, back pain, hemats arms, legs; epistaxis, bleeding lips, muc memb hemorr, abdom pain, vomit, fecal blood; petechial rash; abnormal hematology | Eye:<br>Skin:<br>Breath:<br>Swallow: | Irr immed<br>Soap wash promptly<br>Art resp<br>Medical attention immed | Blood, CVS |
| | Clothing: Repeat prolong<br>Goggles: Reas prob<br>Wash: Promptly upon contam<br>Change: N.A.<br>Remove: Any wet immed (flamm) | NIOSH<br>1000 ppm: CCROV*/PAPROV*/<br>SA*/SCBA*<br>∑: SCBAF:PD,PP/SAF:PD,PP:ASCBA<br>Escape: GMFOV/SCBAE | Inh<br>Abs<br>Ing<br>Con | Dizz, excitement, drow, inco, staggering gait; irrit eyes, nose, throat; corneal vacuolization; anor, nau, vomit, abdom pain; derm | Eye:<br>Skin:<br>Breath:<br>Swallow: | Irr immed<br>Soap wash promptly<br>Art resp<br>Medical attention immed | CNS, eyes, GI tract, blood, liver, kidneys, skin |

237

Xylene (o-,m-, and p-isomers)

IESDA INCIDENT #<u>892683</u>

APPENDIX B

BORING LOGS/MONITOR WELL COMPLETION DIAGRAMS





Handex of Illinois, Inc.

# BORING LOG: SP-1

| Permit #: *N/A* | | Drill Date: *April 21, 1994* | | Use: *Soil Boring* | |
|---|---|---|---|---|---|
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | | | Owner Loc #: *212-8256-0701* | |
| Owner: *Shell Oil Company* | | | | Handex Loc #: *107565-01* | |
| Owner Address: *Oak Brook, IL* | | BORING – Depth: *15 ft.* | | | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | | CASING – Length: *N/A* | | | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | | SCREEN – Length: *N/A* | | | Diameter: *N/A* |
| Static Water Level: *N/A* | | WELL – Depth: *N/A* | | | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | SP-1 3-5' | | | 0 | | Brown to Gray GRAVEL. | |
| 5 | | | | | | Brown to Black CLAY. Brown CLAY, some Gravel, little sand. | 5 |
| 10 | | | | | | | 10 |
| 15 | SP-1 13-15' | | | 0 | | End of Boring | 15 |
| 20 | | | | | | | 20 |

Sealed with Bentonite

NOTES:  ⊠ = Sample interval/recovery

| Geologist: G. Filpovich | Driller: Soil Probe Inc. |
|---|---|


Handex of Illinois, Inc.

# BORING LOG: SP–2

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | Use: *Soil Boring* |

| | |
|---|---|
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | Owner Loc #: *212-8256-0701* |
| Owner: *Shell Oil Company* | Handex Loc #: *107565-01* |

| | | |
|---|---|---|
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | SP-2 3-5' | | | 0 | | Brown CLAY, course gravel lense. | Sealed with Bentonite |
| 5 | | | | | | Brown CLAY. | |
| | | | | | | Brown CLAY, some course gravel. | |
| 10 | | | | | | | |
| | SP-2 13-15' | | | 0 | | | |
| 15 | | | | | | End of Boring | |
| 20 | | | | | | | |

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist:  G. Filpovich | Driller:  Soil Probe Inc. |


Handex of Illinois, Inc.

# BORING LOG: SP-3

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | Use: *Soil Boring* |

| | |
|---|---|
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | Owner Loc #: *212-8256-0701* |
| Owner: *Shell Oil Company* | Handex Loc #: *107565-01* |

| | | |
|---|---|---|
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | SP-3 3–5' | ⊠ | | 0 | | Brown CLAY, course gravel lense. | |
| 5 | | | | | | Brown CLAY and course to medium gravel. | |
| | | | | | | Course to medium gravel, to green clay. | |
| 10 | | | | | | | |
| | SP-3 13–15' | ⊠ | | 30 | | | |
| 15 | | | | | | End of Boring | |
| 20 | | | | | | | |

Boring Diagram: Sealed with Bentonite

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Soil Probe Inc. |



Handex of Illinois, Inc.

# BORING LOG: SP-4

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | Owner Loc #: *212-8258-0701* |
| Owner: *Shell Oil Company* | | Handex Loc #: *107585-01* |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Brown to Gray silty CLAY, some gravel, little sand. | |
| 5 | SP-4 5-7' | ⊠ | | 0 | | | |
| | | | | | | Gray to Black CLAY. | |
| 10 | | | | | | | Sealed with Bentonite |
| | SP-4 13-15' | ⊠ | | 185 | | | |
| 15 | | | | | | End of Boring | |
| 20 | | | | | | | |

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Soil Probe Inc. |


**Handex**®
Handex of Illinois, Inc.

# BORING LOG: SP-5

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | Owner Loc #: *212-8256-0701* |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565-01* |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Brown to Gray silty CLAY, some gravel, little sand. | |
| 5 | SP-4 5–7' | ⊠ | | 0 | | | Sealed with Bentonite |
| | | | | | | Gray to Black CLAY. | |
| 10 | | | | | | | |
| | SP-4 13–15' | ⊠ | | 185 | | | |
| 15 | | | | | | End of Boring | |
| 20 | | | | | | | |

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Soil Probe Inc. |



# BORING LOG: SP-6

Handex of Illinois, Inc.

| | | | |
|---|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | | Owner Loc #: *212-8256-0701* |
| Owner: *Shell Oil Company* | | | Handex Loc #: *107565-01* |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | SP-6 3-5' | ⊠ | | 0 | | Brown to Gray CLAY with some course to fine gravel. | |
| 5 | | | | | | Brown to Black CLAY, trace sand. | |
| 10 | | | | | | | |
| | SP-6 13-15' | ⊠ | | 80 | | | |
| 15 | | | | | | End of Boring | |
| 20 | | | | | | | |

Sealed with Bentonite

NOTES: ⊠ = Sample interval/recovery

| Geologist: G. Filpovich | Driller: Soil Probe Inc. |
|---|---|



Handex of Illinois, Inc.

# BORING LOG: SP-7

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | Owner Loc #: *212-8256-0701* |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565-01* |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | SP-7 3-5' | | | 0 | | Pea GRAVEL backfill. | |
| 5 | | | | | | Black to green to brown CLAY. | 5 |
| 10 | | | | | | | 10 |
| | SP-7 13-15' | | | 0 | | | |
| 15 | | | | | | End of Boring | 15 |
| 20 | | | | | | | 20 |

Sealed with Bentonite

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist:  G. Filpovich | Driller:  Soil Probe Inc. |





**Handex** ®

Handex of Illinois, Inc.

# BORING LOG: SP-9

| | | | |
|---|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | Owner Loc #: *212-8256-0701* | |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565-01* | |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | SP-9 3-5' | ⊠ | | 1 | | Brown to Green CLAY and gravel. | |
| 5 | | | | | | Brown to Gray CLAY. | 5 |
| 10 | | | | | | | 10 |
| 15 | SP-9 13-15' | ⊠ | | 0 | | End of Boring | 15 |
| 20 | | | | | | | 20 |

Sealed with Bentonite

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Soil Probe Inc. |

 **Handex®**
Handex of Illinois, Inc.

# BORING LOG: SP-10

| | | | |
|---|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | Owner Loc #: *212-8256-0701* | |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565-01* | |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Black to Brown CLAY interbedded with course to fine gravel and sand. | |
| 5 | SP-10 3-5' | | | 2 | | Brown to Green Silty CLAY and gravel.  Gray to Brown CLAY | Sealed with Bentonite |
| 10 | | | | | | | |
| 15 | SP-10 13-15' | | | 0 | | End of Boring | |
| 20 | | | | | | | |

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Soil Probe Inc. |



**Handex**®

Handex of Illinois, Inc.

# BORING LOG: SP–13

| Permit #: *N/A* | | Drill Date: *April 21, 1994* | | Use: *Soil Boring* |
|---|---|---|---|---|
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | | Owner Loc #: *212-8256-0701* | |
| Owner: *Shell Oil Company* | | | Handex Loc #: *107565-01* | |
| Owner Address: *Oak Brook, IL* | | BORING – Depth: *15 ft.* | | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | | CASING – Length: *N/A* | | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | | SCREEN – Length: *N/A* | | Diameter: *N/A* |
| Static Water Level: *N/A* | | WELL – Depth: *N/A* | | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Gray to Brown silty CLAY, trace gravel. | |
| 5 | SP-13 3–5' | ⊠ | | 0 | | Gray to Brown SAND and GRAVEL. | Sealed with Bentonite |
| 10 | | | | | | | |
| 15 | SP-13 13–15' | ⊠ | | 0 | | End of Boring | |
| 20 | | | | | | | |

NOTES: ⊠ = Sample interval/recovery

| Geologist: G. Filpovich | Driller: Soil Probe Inc. |
|---|---|



Handex of Illinois, Inc.

# BORING LOG: SP-15

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *April 21, 1994* | Use: *Soil Boring* |
| Location: *2159 N. Lewis Avenue, Waukegan, IL* | | Owner Loc #: *212-8256-0701* |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565-01* |
| Owner Address: *Oak Brook, IL* | BORING – Depth: *15 ft.* | Diameter: *1 in.* |
| Drilling Method: *Hydraulic Driven Soil Probe* | CASING – Length: *N/A* | Diameter: *N/A* |
| Sampling Method: *1" Stainless Steel Probe* | SCREEN – Length: *N/A* | Diameter: *N/A* |
| Static Water Level: *N/A* | WELL – Depth: *N/A* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Boring Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Green to Gray CLAY. | |
| 5 | SP-15 3-5' | | | 5 | | Brown to Black course to medium gravel. | Sealed with Bentonite |
| | | | | | | Gray to Black CLAY. | |
| 10 | | | | | | | |
| 15 | SP-15 13-15' | | | 180 | | End of Boring | |
| 20 | | | | | | | |

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Soil Probe Inc. |


**Handex** ®
Handex of Illinois, Inc.

# WELL LOG: MW–9

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *May 5, 1994* | Use: *Monitoring* |
| Location: *2159 N. Lewis Avenue* | | Owner Loc #: *212–8256–0602* |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565–01* |

| Owner Address: *1415 W. 22nd Street, Oak Brook, IL* | BORING – Depth: *13.8 ft.* | Diameter: *6.25 in.* |
|---|---|---|
| Drilling Method: *6.25" Hollow Core Auger* | CASING – Length: *3.8 ft.* | Diameter: *2.0 in.* |
| Sampling Method: *Split Spoon* | SCREEN – Length: *10.0 ft.* | Diameter: *2.0 in.* |
| Static Water Level: *8.5 ft.* | WELL – Depth: *13.8 ft.* | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Well Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Asphalt | |
| | | | | | | Brown Sand and GRAVEL | |
| 5 | | | | | | Gray to Green CLAY, trace gravel, trace sand | |
| | | | | | | Dark Green to dark gray silty CLAY, little gravel, trace sand | |
| | MW-9 | | 4,4,5 | 0 | | Black Silty CLAY and gravel | |
| 10 | | | | | | Green to gray CLAY | |
| | | | | | | Green CLAY | |
| | | | | | | End of Boring | |
| 15 | | | | | | | |
| 20 | | | | | | | |

Well Diagram labels: 2" Sched. 40 PVC — Bentonite — Concrete — 2" Stainless Steel (0.010 slot) — Silica Sand

NOTES: ⊠ = Sample interval/recovery

| Geologist: G. Filpovich | Driller: Terracon |
|---|---|



# WELL LOG: MW–10

Handex of Illinois, Inc.

| | | | |
|---|---|---|---|
| Permit #: **N/A** | Drill Date: **May 5, 1994** | | Use: **Monitoring** |
| Location: **2159 N. Lewis Avenue** | | Owner Loc #: **212-8256-0602** | |
| Owner: **Shell Oil Company** | | Handex Loc #: **107565-01** | |
| Owner Address: **1415 W. 22nd Street, Oak Brook, IL** | BORING – Depth: **14.4 ft.** | | Diameter: **6.25 in.** |
| Drilling Method: **6.25" Hollow Core Auger** | CASING – Length: **4.4 ft.** | | Diameter: **2.0 in.** |
| Sampling Method: **Split Spoon** | SCREEN – Length: **10.0 ft.** | | Diameter: **2.0 in.** |
| Static Water Level: **8.7 ft.** | WELL – Depth: **14.4 ft.** | | |

| Depth (ft.) | Sample ID | Sample Depth | Blows/6 in. | HNU (ppm) | Graphic Log | Geologic Description | Well Diagram |
|---|---|---|---|---|---|---|---|
| | | | | | | Asphalt | |
| | | | | | | Brown Sand and GRAVEL | |
| 5 | MW-10 | | 5,4,5 | 15 | | Gray to Brown CLAY, trace gravel | |
| | | | | | | Brown to Green CLAY, trace gravel | |
| 10 | | | | | | Green to Black CLAY, trace gravel | |
| | | | | | | Green CLAY, trace gravel | |
| 15 | | | | | | End of Boring | |
| 20 | | | | | | | |

Well Diagram labels: 2" Sched. 40 PVC; Bentonite; Concrete; 2" Stainless Steel (0.010 slot); Silica Sand

NOTES: ⊠ = Sample interval/recovery

Geologist: **G. Filpovich**   Driller: **Terracon**



# WELL LOG: MW–11

**Handex** of Illinois, Inc.

| | | |
|---|---|---|
| Permit #: *N/A* | Drill Date: *May 5, 1994* | Use: *Monitoring* |
| Location: *2159 N. Lewis Avenue* | | Owner Loc #: *212-8258-0602* |
| Owner: *Shell Oil Company* | | Handex Loc #: *107565-01* |
| Owner Address: *1415 W. 22nd Street, Oak Brook, IL* | BORING – Depth: *14.8 ft.* | Diameter: *6.25 in.* |
| Drilling Method: *6.25" Hollow Core Auger* | CASING – Length: *4.8 ft.* | Diameter: *2.0 in.* |
| Sampling Method: *Split Spoon* | SCREEN – Length: *10.0 ft.* | Diameter: *2.0 in.* |
| Static Water Level: *11.6 ft.* | WELL – Depth: *14.8 ft.* | |

Geologic Description:

- Asphalt
- Brown to Green CLAY, little gravel
- Brown to Green CLAY, little gravel
- Brown to Gray, sandy silty CLAY
- Gray sandy SILT
- End of Boring

Sample ID: MW-11
Blows/6 in.: 2,2,3,3
HNU (ppm): 0

Well Diagram:
- 2" Sched. 40 PVC
- Bentonite
- Concrete
- 2" Stainless Steel (0.010 slot)
- Silica Sand

NOTES: ⊠ = Sample interval/recovery

| | |
|---|---|
| Geologist: G. Filpovich | Driller: Terracon |

IESDA INCIDENT #<u>892683</u>

APPENDIX C

ANALYTICAL RESULTS - SOIL





****SUMMARY REPORT*****

04/29/94

MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

**Company:** SHELL OIL COMPANY
**Site:** 2159 N. LEWIS, WAUKEGAN, IL
**Project No:** 107565-01
**Project:** WIC #212-8256-0701

### ANALYTICAL DATA
**NOTE: ND - Not Detected**

| SPL ID MATRIX | CLIENT ID DATE SAMPLED | BENZENE PQL | TOLUENE PQL | ETHYLBENZ. PQL | XYLENE PQL | TPH-IR | TPH-GC | LEAD | MTBE |
|---|---|---|---|---|---|---|---|---|---|
| 9404226-01 SOIL | SP-1 3-5 04/21/94 09:00:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-02 SOIL | SP-1 13-15 04/21/94 09:15:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-03 SOIL | SP-2 3-5 04/21/94 09:30:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-04 SOIL | SP-2 13-15 04/21/94 09:40:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-05 SOIL | SP-3 3-5 04/21/94 09:50:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-06 SOIL | SP-3 13-15 04/21/94 10:00:00 | 92 5μg/Kg | 140 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-07 SOIL | SP-4 5-7 04/21/94 11:00:00 | 150 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-08 SOIL | SP-4 13-15 04/21/94 11:11:00 | 1000 5μg/Kg | 470 5μg/Kg | 870 5μg/Kg | 2000 5μg/Kg | | | | |
| 9404226-09 SOIL | SP-5 3-5 04/21/94 10:10:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |
| 9404226-10 SOIL | SP-5 13-15 04/21/94 10:18:00 | 800 10μg/Kg | 540 10μg/Kg | 2900 10μg/Kg | 3400 10μg/Kg | | | | |
| 9404226-11 SOIL | SP-6 3-5 04/21/94 10:30:00 | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | ND 5μg/Kg | | | | |

BTEX   -   METHOD 8020



RECEIVED
MAY - 6 1994
By_____



MICHIGAN LAB
459 HUGHES DRIVE
****SUMMARY REPORT**** TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

04/29/94

Company:    SHELL OIL COMPANY
Site:       2159 N. LEWIS, WAUKEGAN, IL
Project No: 107565-01
Project:    WIC #212-8256-0701

**ANALYTICAL DATA**
NOTE: ND - Not Detected

| SPL ID MATRIX | CLIENT ID DATE SAMPLED | BENZENE PQL | TOLUENE PQL | ETHYLBENZ. PQL | XYLENE PQL | TPH-IR | TPH-GC | LEAD | MTBE |
|---|---|---|---|---|---|---|---|---|---|
| 9404226-12 SOIL | SP-6 13-15 04/21/94 10:40:00 | 1500 100µg/Kg | 2200 100µg/Kg | 1700 100µg/Kg | 3100 100µg/Kg | | | | |
| 9404226-13 SOIL | SP-7 13-15 04/21/94 12:08:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-14 SOIL | SP-8 3-5 04/21/94 12:10:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-15 SOIL | SP-8 10-12 04/21/94 12:20:00 | 610 5µg/Kg | 850 5µg/Kg | ND 5µg/Kg | 16 5µg/Kg | | | | |
| 9404226-16 SOIL | SP-9 3-5 04/21/94 13:50:00 | 70 5µg/Kg | 16 5µg/Kg | ND 5µg/Kg | 28 5µg/Kg | | | | |
| 9404226-17 SOIL | SP-9 13-15 04/21/94 14:00:00 | 6 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-18 SOIL | SP-10 3-5 04/21/94 13:25:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-19 SOIL | SP-10 13-15 04/21/94 15:35:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-20 SOIL | SP-11 3-5 04/21/94 14:05:00 | 1700 50µg/Kg | 2900 50µg/Kg | 3900 50µg/Kg | 11000 50µg/Kg | | | | |
| 9404226-21 SOIL | SP-11 15-17 04/21/94 14:10:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-22 SOIL | SP-12 3-5 04/21/94 14:37:00 | 670 5µg/Kg | 8 5µg/Kg | 19 5µg/Kg | 33 5µg/Kg | | | | |

BTEX    -   METHOD 8020



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

****SUMMARY REPORT****

04/29/94

Company:    SHELL OIL COMPANY
Site:       2159 N. LEWIS, WAUKEGAN, IL
Project No: 107565-01
Project:    WIC #212-8256-0701

## ANALYTICAL DATA
### NOTE: ND - Not Detected

| SPL ID MATRIX | CLIENT ID DATE SAMPLED | BENZENE PQL | TOLUENE PQL | ETHYLBENZ. PQL | XYLENE PQL | TPH-IR | TPH-GC | LEAD | MTBE |
|---|---|---|---|---|---|---|---|---|---|
| 9404226-23 SOIL | SP-12 13-15 04/21/94 14:45:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-24 SOIL | SP-13 3-5 04/21/94 14:55:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-25 SOIL | SP-13 13-15 04/21/94 15:05:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-26 SOIL | SP-14 3-5 04/21/94 15:16:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-27 SOIL | SP-14 13-15 04/21/94 15:22:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-28 SOIL | SP-15 3-5 04/21/94 11:20:00 | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | ND 5µg/Kg | | | | |
| 9404226-29 SOIL | SP-15 13-15 04/21/94 11:30:00 | 1700 20µg/Kg | 1300 20µg/Kg | 1900 20µg/Kg | 6800 20µg/Kg | | | | |

BTEX    -    METHOD 8020



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-01

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701            **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL            **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS      **DATE SAMPLED:** 04/21/94 09:00:00
**SAMPLE ID:** SP-1 3-5                  **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | ND | 5  P | $\mu$g/Kg |
| TOLUENE | ND | 5  P | $\mu$g/Kg |
| ETHYLBENZENE | ND | 5  P | $\mu$g/Kg |
| TOTAL XYLENE | ND | 5  P | $\mu$g/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu$g/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
|     Date: 04/23/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-02

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701            **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL      **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS         **DATE SAMPLED:** 04/21/94 09:15:00
**SAMPLE ID:** SP-1 13-15                  **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | $\mu$g/Kg |
| TOLUENE | ND | 5 P | $\mu$g/Kg |
| ETHYLBENZENE | ND | 5 P | $\mu$g/Kg |
| TOTAL XYLENE | ND | 5 P | $\mu$g/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu$g/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/23/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-03

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701              **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL        **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS           **DATE SAMPLED:** 04/21/94 09:30:00
**SAMPLE ID:** SP-2 3-5                       **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | ND | 5 P | µg/Kg |
| TOLUENE | ND | 5 P | µg/Kg |
| ETHYLBENZENE | ND | 5 P | µg/Kg |
| TOTAL XYLENE | ND | 5 P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/23/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-04

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701              **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL              **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS        **DATE SAMPLED:** 04/21/94 09:40:00
**SAMPLE ID:** SP-2 13-15                     **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5  P | µg/Kg |
| TOLUENE | ND | 5  P | µg/Kg |
| ETHYLBENZENE | ND | 5  P | µg/Kg |
| TOTAL XYLENE | ND | 5  P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-05

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 09:50:00 |
| **SAMPLE ID:** SP-3 3-5 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5  P | µg/Kg |
| TOLUENE | ND | 5  P | µg/Kg |
| ETHYLBENZENE | ND | 5  P | µg/Kg |
| TOTAL XYLENE | ND | 5  P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |

METHOD 8020
Analyzed by: SJ
        Date: 04/24/94

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-06

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 10:00:00 |
| **SAMPLE ID:** SP-3 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 92 | 5  P | μg/Kg |
| TOLUENE | 140 | 5  P | μg/Kg |
| ETHYLBENZENE | ND | 5  P | μg/Kg |
| TOTAL XYLENE | ND | 5  P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 232 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

(P) - Practical Quantitation Limit    ND - Not detected.

Notes:  *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
        **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
        ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-07

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701        **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL        **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS      **DATE SAMPLED:** 04/21/94 11:00:00
**SAMPLE ID:** SP-4 5-7              **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 150 | 5 P | μg/Kg |
| TOLUENE | ND | 5 P | μg/Kg |
| ETHYLBENZENE | ND | 5 P | μg/Kg |
| TOTAL XYLENE | ND | 5 P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 150 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

---

(P) - Practical Quantitation Limit    ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-08

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 11:11:00 |
| **SAMPLE ID:** SP-4 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 1000 | 5 P | μg/Kg |
| TOLUENE | 470 | 5 P | μg/Kg |
| ETHYLBENZENE | 870 | 5 P | μg/Kg |
| TOTAL XYLENE | 2000 | 5 P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 4340 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-09

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701            **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL      **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS         **DATE SAMPLED:** 04/21/94 10:10:00
**SAMPLE ID:** SP-5 3-5                     **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | μg/Kg |
| TOLUENE | ND | 5 P | μg/Kg |
| ETHYLBENZENE | ND | 5 P | μg/Kg |
| TOTAL XYLENE | ND | 5 P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/28/94 | | | |

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-10

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                      DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701              **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS          **DATE SAMPLED:** 04/21/94 10:18:00
**SAMPLE ID:** SP-5 13-15                    **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 800 | 10  P | μg/Kg |
| TOLUENE | 540 | 10  P | μg/Kg |
| ETHYLBENZENE | 2900 | 10  P | μg/Kg |
| TOTAL XYLENE | 3400 | 10  P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 7640 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
|        Date: 04/25/94 | | | |

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-11

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                      DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS          **DATE SAMPLED:** 04/21/94 10:30:00
**SAMPLE ID:** SP-6 3-5          **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | µg/Kg |
| TOLUENE | ND | 5 P | µg/Kg |
| ETHYLBENZENE | ND | 5 P | µg/Kg |
| TOTAL XYLENE | ND | 5 P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |

METHOD 8020
Analyzed by: SJ
        Date: 04/24/94

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda

SPL, Inc., - S. L. Grenda

_____

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
**Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

(P) - Practical Quantitation Limit

Analyzed by: SJ
Date: 04/25/94

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 1500 | 100 P | µg/Kg |
| TOLUENE | 2200 | 100 P | µg/Kg |
| ETHYLBENZENE | 1700 | 100 P | µg/Kg |
| TOTAL XYLENE | 3100 | 100 P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 8500 | | µg/Kg |

METHOD 8020

| | |
|---|---|
| PROJECT: WIC #212-8256-0701 | PROJECT NO: 107565-01 |
| SITE: 2159 N. LEWIS, WAUKEGAN, IL | MATRIX: SOIL |
| SAMPLED BY: HANDEX OF ILLINOIS | DATE SAMPLED: 04/21/94 10:40:00 |
| SAMPLE ID: SP-6 13-15 | DATE RECEIVED: 04/22/94 |

**ANALYTICAL DATA**

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

Certificate of Analysis No. 9404226-12



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

**SPL** ®

MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-13

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 12:08:00 |
| **SAMPLE ID:** SP-7 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5  P | $\mu$g/Kg |
| TOLUENE | ND | 5  P | $\mu$g/Kg |
| ETHYLBENZENE | ND | 5  P | $\mu$g/Kg |
| TOTAL XYLENE | ND | 5  P | $\mu$g/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu$g/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-14

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS     **DATE SAMPLED:** 04/21/94 12:10:00
**SAMPLE ID:** SP-8 3-5                **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | ND | 5 P | µg/Kg |
| TOLUENE | ND | 5 P | µg/Kg |
| ETHYLBENZENE | ND | 5 P | µg/Kg |
| TOTAL XYLENE | ND | 5 P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/28/94 | | | |

---

ND - Not detected.                (P) - Practical Quantitation Limit

Notes:  *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

### Certificate of Analysis No. 9404226-15

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 12:20:00 |
| **SAMPLE ID:** SP-8 10-12 | **DATE RECEIVED:** 04/22/94 |

#### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 610 | 5  P | µg/Kg |
| TOLUENE | 850 | 5  P | µg/Kg |
| ETHYLBENZENE | ND | 5  P | µg/Kg |
| TOTAL XYLENE | 16 | 5  P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 1476 | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: JC | | | |
| Date: 04/25/94 | | | |

(P) - Practical Quantitation Limit    ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-16

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL     **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS        **DATE SAMPLED:** 04/21/94 13:50:00
**SAMPLE ID:** SP-9 3-5                   **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 70 | 5  P | μg/Kg |
| TOLUENE | 16 | 5  P | μg/Kg |
| ETHYLBENZENE | ND | 5  P | μg/Kg |
| TOTAL XYLENE | 28 | 5  P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 114 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

(P) - Practical Quantitation Limit    ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-17

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 14:00:00 |
| **SAMPLE ID:** SP-9 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 6 | 5 P | μg/Kg |
| TOLUENE | ND | 5 P | μg/Kg |
| ETHYLBENZENE | ND | 5 P | μg/Kg |
| TOTAL XYLENE | ND | 5 P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 6 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: JC | | | |
| Date: 04/25/94 | | | |

(P) - Practical Quantitation Limit    ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



**MICHIGAN LAB**
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-18

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS     **DATE SAMPLED:** 04/21/94 13:25:00
**SAMPLE ID:** SP-10 3-5              **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | ND | 5 P | µg/Kg |
| TOLUENE | ND | 5 P | µg/Kg |
| ETHYLBENZENE | ND | 5 P | µg/Kg |
| TOTAL XYLENE | ND | 5 P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
      **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
     ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-19

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 15:35:00 |
| **SAMPLE ID:** SP-10 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5  P | µg/Kg |
| TOLUENE | ND | 5  P | µg/Kg |
| ETHYLBENZENE | ND | 5  P | µg/Kg |
| TOTAL XYLENE | ND | 5  P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-20

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244         DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701      **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL      **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS      **DATE SAMPLED:** 04/21/94 14:05:00
**SAMPLE ID:** SP-11 3-5      **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 1700 | 50 P | μg/Kg |
| TOLUENE | 2900 | 50 P | μg/Kg |
| ETHYLBENZENE | 3900 | 50 P | μg/Kg |
| TOTAL XYLENE | 11000 | 50 P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 19500 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
|     Date: 04/25/94 | | | |

---

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
     **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
     ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-21

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701           **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS      **DATE SAMPLED:** 04/21/94 14:10:00
**SAMPLE ID:** SP-11 15-17              **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | $\mu g/Kg$ |
| TOLUENE | ND | 5 P | $\mu g/Kg$ |
| ETHYLBENZENE | ND | 5 P | $\mu g/Kg$ |
| TOTAL XYLENE | ND | 5 P | $\mu g/Kg$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu g/Kg$ |

METHOD 8020
Analyzed by: SJ
        Date: 04/24/94

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-22

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                     DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 14:37:00 |
| **SAMPLE ID:** SP-12 3-5 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 670 | 5  P | $\mu$g/Kg |
| TOLUENE | 8 | 5  P | $\mu$g/Kg |
| ETHYLBENZENE | 19 | 5  P | $\mu$g/Kg |
| TOTAL XYLENE | 33 | 5  P | $\mu$g/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 730 | | $\mu$g/Kg |

METHOD 8020
Analyzed by: JC
        Date: 04/25/94

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-23

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 14:45:00 |
| **SAMPLE ID:** SP-12 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | $\mu g/Kg$ |
| TOLUENE | ND | 5 P | $\mu g/Kg$ |
| ETHYLBENZENE | ND | 5 P | $\mu g/Kg$ |
| TOTAL XYLENE | ND | 5 P | $\mu g/Kg$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu g/Kg$ |

METHOD 8020
Analyzed by: SJ
        Date: 04/24/94

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-24

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701            **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS       **DATE SAMPLED:** 04/21/94 14:55:00
**SAMPLE ID:** SP-13 3-5                  **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | µg/Kg |
| TOLUENE | ND | 5 P | µg/Kg |
| ETHYLBENZENE | ND | 5 P | µg/Kg |
| TOTAL XYLENE | ND | 5 P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/24/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes:  *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
        **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
        ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-25

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 15:05:00 |
| **SAMPLE ID:** SP-13 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5  P | µg/Kg |
| TOLUENE | ND | 5  P | µg/Kg |
| ETHYLBENZENE | ND | 5  P | µg/Kg |
| TOTAL XYLENE | ND | 5  P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/Kg |
| METHOD 8020 | | | |
| Analyzed by: FR | | | |
| Date: 04/26/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-26

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS          **DATE SAMPLED:** 04/21/94 15:16:00
**SAMPLE ID:** SP-14 3-5          **DATE RECEIVED:** 04/22/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5  P | $\mu g/Kg$ |
| TOLUENE | ND | 5  P | $\mu g/Kg$ |
| ETHYLBENZENE | ND | 5  P | $\mu g/Kg$ |
| TOTAL XYLENE | ND | 5  P | $\mu g/Kg$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu g/Kg$ |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 04/23/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-27

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                          DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701              **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL              **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS      **DATE SAMPLED:** 04/21/94 15:22:00
**SAMPLE ID:** SP-14 13-15              **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | | UNITS |
|-----------|---------|-----------|---|-------|
| BENZENE | ND | 5 | P | µg/Kg |
| TOLUENE | ND | 5 | P | µg/Kg |
| ETHYLBENZENE | ND | 5 | P | µg/Kg |
| TOTAL XYLENE | ND | 5 | P | µg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | | µg/Kg |

METHOD 8020
Analyzed by: SJ
        Date: 04/23/94

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-28

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 04/29/94

---

**PROJECT:** WIC #212-8256-0701            **PROJECT NO:** 107565-01
**SITE:** 2159 N. LEWIS, WAUKEGAN, IL          **MATRIX:** SOIL
**SAMPLED BY:** HANDEX OF ILLINOIS        **DATE SAMPLED:** 04/21/94 11:20:00
**SAMPLE ID:** SP-15 3-5                  **DATE RECEIVED:** 04/22/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 5 P | $\mu$g/Kg |
| TOLUENE | ND | 5 P | $\mu$g/Kg |
| ETHYLBENZENE | ND | 5 P | $\mu$g/Kg |
| TOTAL XYLENE | ND | 5 P | $\mu$g/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu$g/Kg |

METHOD 8020
Analyzed by: SJ
        Date: 04/23/94

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda

**_SPL_®**

MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9404226-29

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 04/29/94

| | |
|---|---|
| **PROJECT:** WIC #212-8256-0701 | **PROJECT NO:** 107565-01 |
| **SITE:** 2159 N. LEWIS, WAUKEGAN, IL | **MATRIX:** SOIL |
| **SAMPLED BY:** HANDEX OF ILLINOIS | **DATE SAMPLED:** 04/21/94 11:30:00 |
| **SAMPLE ID:** SP-15 13-15 | **DATE RECEIVED:** 04/22/94 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 1700 | 20  P | μg/Kg |
| TOLUENE | 1300 | 20  P | μg/Kg |
| ETHYLBENZENE | 1900 | 20  P | μg/Kg |
| TOTAL XYLENE | 6800 | 20  P | μg/Kg |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 11700 | | μg/Kg |
| METHOD 8020 | | | |
| Analyzed by: JC | | | |
| Date: 04/25/94 | | | |

(P) - Practical Quantitation Limit

Notes:  *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda

# QUALITY CONTROL

# DOCUMENTATION

*SPL WORK ORDER #* _94-04-226_

Gary R. Byar, QAQC Officer

5/2/99
Date



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID:  9404223-07A        **Reported on:**    04/29/94
**Matrix:**       Soil             **Analyzed on:**    04/23/94
This sample was randomly selected for use in the SPL quality control
program. One in twenty samples is fortified, in duplicate, with a
known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|----------|-------------|-------------------|-------------------------------------|------------------------|-----------|-----------------|
| BENZENE | ND | 100 | ND | 115 | 115 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 117 | 117 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 121 | 121 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 117 | 117 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 117 | 117 | 32 - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|----------|-------------------|-------------------------|------------|-------|-----------|--------------|
| BENZENE | 100 | 107 | 107 | 7 | 20 | 39 - 150 % |
| TOLUENE | 100 | 106 | 106 | 10 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 111 | 111 | 9 | 20 | 32 - 160 % |
| O XYLENE | 100 | 107 | 107 | 9 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 106 | 106 | 10 | 20 | 32 - 160 % |

OI_6940423060300



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI  49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID:  9404209-10A          Reported on:      04/29/94
Matrix:         Soil                 Analyzed on:      04/23/94

This sample was randomly selected for use in the SPL quality control
program. One in twenty samples is fortified, in duplicate, with a
known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|----------|-------------|-------------------|-------------------------------------|------------------------|-----------|-----------------|
| BENZENE | ND | 100 | ND | 93 | 93 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 100 | 100 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 98 | 98 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 93 | 93 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 93 | 93 | 32 - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|----------|-------------------|-------------------------|------------|-------|-----------|--------------|
| BENZENE | 100 | 82 | 82 | 13 | 20 | 39 - 150 % |
| TOLUENE | 100 | 87 | 87 | 14 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 87 | 87 | 12 | 20 | 32 - 160 % |
| O XYLENE | 100 | 82 | 82 | 13 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 81 | 81 | 14 | 20 | 32 - 160 % |

OI_5940423050100



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID: 9404226-04A          Reported on:     04/29/94
Matrix:        Soil                 Analyzed on:     04/24/94

This sample was randomly selected for use in the SPL quality control
program. One in twenty samples is fortified, in duplicate, with a
known concentration of the substance being analyzed.
The results are as follows:

---- S P I K E   A N A L Y S I S -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|----------|-------------|-------------------|--------------------------------------|------------------------|-----------|-----------------|
| BENZENE | ND | 100 | ND | 117 | 117 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 116 | 116 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 116 | 116 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 113 | 113 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 114 | 114 | 32 - 160 % |

---- S P I K E   D U P L I C A T E   A N A L Y S I S -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|----------|-------------------|--------------------------|------------|-------|-----------|--------------|
| BENZENE | 100 | 109 | 109 | 7 | 20 | 39 - 150 % |
| TOLUENE | 100 | 106 | 106 | 9 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 105 | 105 | 10 | 20 | 32 - 160 % |
| O XYLENE | 100 | 102 | 102 | 10 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 102 | 102 | 11 | 20 | 32 - 160 % |

OI_6940424060200



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID: 9404044-06A          Reported on:      04/29/94
Matrix:        Soil                 Analyzed on:      04/24/94

This sample was randomly selected for use in the SPL quality control
program. One in twenty samples is fortified, in duplicate, with a
known concentration of the substance being analyzed.
The results are as follows:

---- S P I K E   A N A L Y S I S -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 100 | ND | 106 | 106 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 110 | 110 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 114 | 114 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 107 | 107 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 120 | 120 | 32 - 160 % |

---- S P I K E   D U P L I C A T E   A N A L Y S I S -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|---|---|---|---|---|---|---|
| BENZENE | 100 | 118 | 118 | 11 | 20 | 39 - 150 % |
| TOLUENE | 100 | 124 | 124 | 12 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 127 | 127 | 11 | 20 | 32 - 160 % |
| O XYLENE | 100 | 120 | 120 | 12 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 125 | 125 | 4 | 20 | 32 - 160 % |

OI_6940424060100



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID: 9404224-02A          Reported on:       04/29/94
Matrix:        Soil                 Analyzed on:       04/25/94

This sample was randomly selected for use in the SPL quality control
program. One in twenty samples is fortified, in duplicate, with a
known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 100 | ND | 114 | 114 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 116 | 116 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 117 | 117 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 113 | 113 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 117 | 117 | 32 - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|---|---|---|---|---|---|---|
| BENZENE | 100 | 105 | 105 | 8 | 20 | 39 - 150 % |
| TOLUENE | 100 | 105 | 105 | 10 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 102 | 102 | 14 | 20 | 32 - 160 % |
| O XYLENE | 100 | 106 | 106 | 6 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 99 | 99 | 17 | 20 | 32 - 160 % |

OI_6940425060100



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

**\*\* SPL Quality Control Report \*\***
**BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE**
**Method 8020**

| | |
|---|---|
| SPL Sample ID: 9404222-06A | Reported on: 04/29/94 |
| Matrix: Soil | Analyzed on: 04/25/94 |

This sample was randomly selected for use in the SPL quality control program. One in twenty samples is fortified, in duplicate, with a known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 100 | ND | 117 | 117 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 119 | 119 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 118 | 118 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 116 | 116 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 116 | 116 | 32 - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|---|---|---|---|---|---|---|
| BENZENE | 100 | 115 | 115 | 2 | 20 | 39 - 150 % |
| TOLUENE | 100 | 110 | 110 | 8 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 105 | 105 | 12 | 20 | 32 - 160 % |
| O XYLENE | 100 | 106 | 106 | 9 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 102 | 102 | 13 | 20 | 32 - 160 % |

OI_6940425060300



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID: 9404256-12A        **Reported on:**      04/29/94
**Matrix:**        Soil             **Analyzed on:**      04/26/94

This sample was randomly selected for use in the SPL quality control program. One in twenty samples is fortified, in duplicate, with a known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added µg/Kg | Original Sample Concentration µg/Kg | MS Concentration µg/Kg | MS % Rec# | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 100 | ND | 82 | 82 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 85 | 85 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 77 | 77 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 87 | 87 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | 1 | 86 | 85 | 32 - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added µg/Kg | MSD Concentration µg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|---|---|---|---|---|---|---|
| BENZENE | 100 | 93 | 93 | 13 | 20 | 39 - 150 % |
| TOLUENE | 100 | 98 | 98 | 14 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 92 | 92 | 18 | 20 | 32 - 160 % |
| O XYLENE | 100 | 87 | 87 | 0 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 89 | 88 | 4 | 20 | 32 - 160 % |

OI_5940426050300



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

**\*\* SPL Quality Control Report \*\***
**BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE**
**Method 8020**

| | | | |
|---|---|---|---|
| SPL Sample ID: | 9404293-08A | Reported on: | 04/29/94 |
| Matrix: | Soil | Analyzed on: | 04/28/94 |

This sample was randomly selected for use in the SPL quality control program. One in twenty samples is fortified, in duplicate, with a known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added μg/Kg | Original Sample Concentration μg/Kg | MS Concentration μg/Kg | MS % Rec# | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 100 | ND | 116 | 116 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 121 | 121 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 118 | 118 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 119 | 119 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 116 | 116 | 32 - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added μg/Kg | MSD Concentration μg/Kg | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|---|---|---|---|---|---|---|
| BENZENE | 100 | 109 | 109 | 6 | 20 | 39 - 150 % |
| TOLUENE | 100 | 114 | 114 | 6 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 111 | 111 | 6 | 20 | 32 - 160 % |
| O XYLENE | 100 | 112 | 112 | 6 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 112 | 112 | 4 | 20 | 32 - 160 % |

OI_6940428060300

# SHELL OIL COMPANY
## RETAIL ENVIRONMENTAL ENGINEERING

**CHAIN OF CUSTODY RECORD NO.** 07000

Date: 4/21/04
Page 1 of 3

SITE ADDRESS: 2150 N Lewis Ave
Waukegan IL.

SWIC #: 212-8256-0701

CONSULTANT NAME & ADDRESS: George A. Filipovich
1201 W. Quincy, Ste 3, Naperville 60540

CONSULTANT CONTACT: George A. Filipovich

PHONE: 208-527-1066  FAX: 527-8174

SAMPLED BY: George A. Filipovich

**CHECK APPT. BOX CT/DT**

| | | |
|---|---|---|
| QUARTERLY MONITORING □ | SITE INVESTIGATION ☒ | 4441 |
| | SOIL FOR DISPOSAL □ | 4442 |
| | WATER FOR DISPOSAL □ | 4443 |
| | AIR SAMPLER - SYS GM4 □ | 4462 |
| | WATER SAMPLE - SYS GM4 □ | 4463 |
| | OTHER □ | |

| SAMPLE I.D. | DATE | TIME | COMP GRAB | MATRIX | METHOD PRESERVED | NO. OF CONTAINERS | CONTAINER SIZE | ANALYSIS REQUEST |
|---|---|---|---|---|---|---|---|---|
| P-1 3-5 | 4/21/04 | 9:00 | X | SOIL | NONE | | | |
| P-1 13-15 | | 9:15 | X | SOIL | NONE | | | |
| SP-2 3-5 | | 9:30 | X | SOIL | NONE | | | |
| P-2 13-15 | | 9:40 | X | SOIL | NONE | | | |
| P-3 3-5 | | 9:50 | X | SOIL | NONE | | | |
| P-3 13-15 | | 10:00 | X | SOIL | NONE | | | |
| SP-4 5-7 | | 11:00 | X | SOIL | NONE | | | |
| P-4 13-15 | | 11:11 | X | SOIL | NONE | | | |
| SP-5 3-5 | | 10:10 | X | SOIL | NONE | | | |
| P-5 13-15 | | 10:19 | X | SOIL | NONE | | | |
| P-6 3-5 | | 10:30 | X | SOIL | NONE | | | |
| P-6 13-15 | | 10:40 | X | SOIL | NONE | | | |

**ANALYSIS REQUEST:** (CHECK APPROPRIATE BOX)

- BTEX 602 □    8020/PQL □    WITH MTBE □
- BTEX/GAS HYDROCARBONS PID/FID □    WITH MTBE □
- VOL 624/PPL □    8240/TAL □    NBS (+15) □
- PNA/PAH 8310 □    8100 □    610 □
- SEMI - VOL 625/PPL □    8270/TAL □    NBS (+25) □
- TPH/IR 418.1 □    SM503 ___ □ ___ □
- TPH/GC 8015 Mod. GAS □    8015 Mod DIESEL □
- TCLP METALS □ VOL □ SEMI-VOL □ PEST □ HERB □
- EP TOX METALS □ PESTICIDES □    HERBICIDES □
- REACTIVITY □ CORROSIVITY □    IGNITABLITY □

BILL NO.:
LABORATORY:
SHELL CONTACT: T. Jure
LABORATORY: 107 565-01
SHELL CONTACT: SPL  PHONE: 708-572-5634 FAX:

**TURN AROUND TIME (CHECK ONE)**
- 7 DAYS ☒ (NORMAL)
- 48 HOURS □
- 14 DAYS □
- OTHER □

OTHER / REMARKS

| | SIGNATURE | DATE | TIME |
|---|---|---|---|
| RELINQUISHED BY: | [signature] | 4/21/04 | 8:00 |
| RECEIVED BY: | [signature] | 4/22/04 | 10:15 |
| RELINQUISHED BY: | | | |
| RECEIVED BY: | | | |
| RELINQUISHED BY: | | | |
| RECEIVED BY: | | | |

THE LABORATORY MUST PROVIDE A COPY OF THIS CHAIN OF CUSTODY WITH INVOICE AND RESULTS

DISTRIBUTION: PINK Sampling Coordinator · WHITE & YELLOW Accompanies Shipment · WHITE Returned with Report

# SHELL OIL COMPANY
## RETAIL ENVIRONMENTAL ENGINEERING

# CHAIN OF CUSTODY RECORD NO. 07001

Page 2 of 3

SITE ADDRESS: 2159 N. Lewis Ave. Waukegan, Il.

WIC #: 212-8256-0701

CONSULTANT NAME & ADDRESS: 30W Quincy Ste 31 Hinsdale of Illinois

CONSULTANT CONTACT: George A. Elpourch Naperville 60540

PHONE: 708-571-1660    FAX: 577-874

SAMPLED BY: George A. Elpourch

| SAMPLE I.D. | DATE | TIME | COMP | GRAB | Matrix H2O | SOIL | AIR | SLUDGE | METHOD PRESERVED HCl|HNO3|H2SO4|NONE | OTHER | NO. OF CONTAINERS | CONTAINER SIZE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-7 13-15 | 4/21/14 | — | | | | | | | | | | |
| P-7 13-15 | | 12:08 | | X | | X | | | X | | 1 | 40z |
| P-3 3-5 | | 12:09 | | | | | | | | | | |
| P-3 3-5 | | 12:10 | | | | | | | | | | |
| P-8 10-12 | | 12:20 | | | | | | | | | | |
| P-9 3-5 | | 13:50 | | | | | | | | | | |
| P-9 3-15 | | 14:00 | | | | | | | | | | |
| P-10 3-5 | | 13:25 | | | | | | | | | | |
| P-10 13-15 | | 15:35 | | | | | | | | | | |
| P-11 3-5 | | 14:05 | | | | | | | | | | |
| P-11 15-17 | | 14:10 | | | | | | | | | | |
| P-12 3-5 | | 14:37 | | | | | | | | | | |
| P-12 13-15 | | 14:45 | | | | | | | | | | |

CHECK APPT. BOX CT/DT

QUARTERLY MONITORING ☐ 4441
SITE INVESTIGATION ☒ 4441
SOIL FOR DISPOSAL ☐ 4442
WATER FOR DISPOSAL ☐ 4443
AIR SAMPLER - SYS CM ☐ 4442
WATER SAMPLE - SYS CM ☐ 4443
OTHER ☐

ANALYSIS REQUEST: (CHECK APPROPRIATE BOX)

BTEX 602 ☐    8020 TCL ☐    WITH MTBE ☐
BTEX/GAS HYDROCARBONS PID/FID ☐    WITH MTBE ☐
VOL 624/PPL ☐    8240 TAL ☐    NBS (+15) ☐
PNA/PAH 8310 ☐    8100 ☐    610 ☐
SEMI-VOL 625/PPL ☐    8270 TAL ☐    NBS (+25) ☐
TPH/IR 418.1 ☐    SM503 ___ ☐ ___ ☐
TPH/GC 8015 Mod. GAS ☐    8015 Mod Diesel ☐
TCLP METALS ☐ VOL ☐ SEMI-VOL ☐ PEST ☐ HERB ☐
EP TOX METALS ☐ PESTICIDES ☐    HERBICIDES ☐
REACTIVITY ☐ CORROSIVITY ☐    IGNITABILITY ☐

BILL NO.: 102565-01
LABORATORY:
SHELL CONTACT: T. Vitale
PHONE: 708-572-5634 FAX:

TURN AROUND TIME (CHECK ONE)
7 DAYS ☒ (NORMAL)
48 HOURS ☐
14 DAYS ☐
OTHER ☐

OTHER / REMARKS:
No Sample For SP-7 3-5

RELINQUISHED BY: (SIGNATURE)    DATE 4/21/14    TIME 18:00
RECEIVED BY: (SIGNATURE)    DATE 4/22/94    TIME 1015

THE LABORATORY MUST PROVIDE A COPY OF THIS CHAIN OF CUSTODY WITH INVOICE AND RESULTS
DISTRIBUTION: PINK Sampling Coordinator • WHITE & YELLOW Accompanies Shipment • WHITE Returned with Report

IESDA INCIDENT #<u>892683</u>

APPENDIX D

ANALYTICAL RESULTS - GROUNDWATER





****SUMMARY REPORT****

05/25/94

MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

**Company:** SHELL OIL COMPANY
**Site:** 2159 LEWIS, WAUKEGAN, IL
**Project No:**
**Project:** WIC #212-8256-0701

**ANALYTICAL DATA**
**NOTE: ND - Not Detected**

| SPL ID MATRIX | CLIENT ID DATE SAMPLED | BENZENE PQL | TOLUENE PQL | ETHYLBENZ. PQL | XYLENE PQL | TPH-IR | TPH-GC | LEAD | MTBE |
|---|---|---|---|---|---|---|---|---|---|
| 9405212-01 WATER | MW-4 05/13/94 15:00:00 | 120 1µg/L | 4 1µg/L | 66 1µg/L | 97 1µg/L | | | | |
| 9405212-02 WATER | MW-8 05/13/94 15:10:00 | 7 1µg/L | ND 1µg/L | ND 1µg/L | ND 1µg/L | | | | |
| 9405212-03 WATER | MW-9 05/13/94 15:20:00 | ND 1µg/L | ND 1µg/L | ND 1µg/L | ND 1µg/L | | | | |
| 9405212-04 WATER | MW-10 05/13/94 15:30:00 | 1600 10µg/L | 63 10µg/L | 59 10µg/L | 2000 10µg/L | | | | |
| 9405212-05 WATER | MW-11 05/13/94 15:40:00 | ND 1µg/L | ND 1µg/L | ND 1µg/L | ND 1µg/L | | | | |
| 9405212-06 WATER | MW-12 05/13/94 15:50:00 | ND 1µg/L | ND 1µg/L | ND 1µg/L | ND 1µg/L | | | | |

BTEX   -   METHOD 8020



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9405212-01

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 05/25/94

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL        **MATRIX:** WATER
**SAMPLED BY:** HANDEX OF ILLINOIS    **DATE SAMPLED:** 05/13/94 15:00:00
**SAMPLE ID:** MW-4                           **DATE RECEIVED:** 05/17/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 120 | 1 P | $\mu$g/L |
| TOLUENE | 4 | 1 P | $\mu$g/L |
| ETHYLBENZENE | 66 | 1 P | $\mu$g/L |
| TOTAL XYLENE | 97 | 1 P | $\mu$g/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 287 | | $\mu$g/L |
| METHOD 8020 | | | |

Analyzed by: JC
       Date: 05/23/94

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
      **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
     ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda

**SPL** ®

MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9405212-02

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                        DATE: 05/25/94

---

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL          **MATRIX:** WATER
**SAMPLED BY:** HANDEX OF ILLINOIS      **DATE SAMPLED:** 05/13/94 15:10:00
**SAMPLE ID:** MW-8                      **DATE RECEIVED:** 05/17/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 7 | 1 P | $\mu g/L$ |
| TOLUENE | ND | 1 P | $\mu g/L$ |
| ETHYLBENZENE | ND | 1 P | $\mu g/L$ |
| TOTAL XYLENE | ND | 1 P | $\mu g/L$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 7 | | $\mu g/L$ |

METHOD 8020
Analyzed by: SJ
         Date: 05/18/94

---

(P) - Practical Quantitation Limit      ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9405212-03

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Les Allen - Chicago S. #244                    DATE: 05/25/94

---

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL       **MATRIX:** WATER
**SAMPLED BY:** HANDEX OF ILLINOIS       **DATE SAMPLED:** 05/13/94 15:20:00
**SAMPLE ID:** MW-9                      **DATE RECEIVED:** 05/17/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | ND | 1  P | $\mu g/L$ |
| TOLUENE | ND | 1  P | $\mu g/L$ |
| ETHYLBENZENE | ND | 1  P | $\mu g/L$ |
| TOTAL XYLENE | ND | 1  P | $\mu g/L$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu g/L$ |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 05/18/94 | | | |

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9405212-04

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 05/25/94

**PROJECT:** WIC #212-8256-0701         **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL         **MATRIX:** WATER
**SAMPLED BY:** HANDEX OF ILLINOIS         **DATE SAMPLED:** 05/13/94 15:30:00
**SAMPLE ID:** MW-10         **DATE RECEIVED:** 05/17/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 1600 | 10 P | $\mu g/L$ |
| TOLUENE | 63 | 10 P | $\mu g/L$ |
| ETHYLBENZENE | 59 | 10 P | $\mu g/L$ |
| TOTAL XYLENE | 2000 | 10 P | $\mu g/L$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 3722 | | $\mu g/L$ |

METHOD 8020
Analyzed by: SJ
    Date: 05/20/94

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9405212-05

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244

DATE: 05/25/94

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL       **MATRIX:** WATER
**SAMPLED BY:** HANDEX OF ILLINOIS       **DATE SAMPLED:** 05/13/94 15:40:00
**SAMPLE ID:** MW-11                      **DATE RECEIVED:** 05/17/94

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 1 P | $\mu g/L$ |
| TOLUENE | ND | 1 P | $\mu g/L$ |
| ETHYLBENZENE | ND | 1 P | $\mu g/L$ |
| TOTAL XYLENE | ND | 1 P | $\mu g/L$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu g/L$ |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 05/18/94 | | | |

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance.

SPL, Inc., - S. L. Grenda



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

## Certificate of Analysis No. 9405212-06

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL  60522-9008
ATTN: Les Allen - Chicago S. #244                          DATE: 05/25/94

---

**PROJECT:** WIC #212-8256-0701          **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL          **MATRIX:** WATER
**SAMPLED BY:** HANDEX OF ILLINOIS          **DATE SAMPLED:** 05/13/94 15:50:00
**SAMPLE ID:** MW-12                          **DATE RECEIVED:** 05/17/94

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 1 P | µg/L |
| TOLUENE | ND | 1 P | µg/L |
| ETHYLBENZENE | ND | 1 P | µg/L |
| TOTAL XYLENE | ND | 1 P | µg/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | µg/L |
| METHOD 8020 | | | |
| Analyzed by: SJ | | | |
| Date: 05/20/94 | | | |

---

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 17th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance.

SPL, Inc., - S. L. Grenda

# *QUALITY CONTROL*

# *DOCUMENTATION*

### *SPL WORK ORDER #* 94-05-212

Gary R. Byar, QAQC Officer

5/26/94
Date



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

**SPL Sample ID:** 9405233-01A        **Reported on:**    05/25/94
**Matrix:**      Water               **Analyzed on:**    05/20/94

This sample was randomly selected for use in the SPL quality control program. One in twenty samples is fortified, in duplicate, with a known concentration of the substance being analyzed.
The results are as follows:

#### ---- S P I K E   A N A L Y S I S -----

| Compound | Blank Value | Spike Added µg/L | Original Sample Concentration µg/L | MS Concentration µg/L | MS % Rec# | QC Limits Range |
|----------|-------------|------------------|-----------------------------------|-----------------------|-----------|-----------------|
| BENZENE | ND | 100 | ND | 126 | 126 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 128 | 128 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 128 | 128 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 126 | 126 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 129 | 129 | 32 - 160 % |

#### ---- S P I K E   D U P L I C A T E   A N A L Y S I S -----

| Compound | Spike Added µg/L | MSD Concentration µg/L | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|----------|------------------|------------------------|------------|-------|-----------|--------------|
| BENZENE | 100 | 124 | 124 | 2 | 20 | 39 - 150 % |
| TOLUENE | 100 | 125 | 125 | 2 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 125 | 125 | 2 | 20 | 32 - 160 % |
| O XYLENE | 100 | 122 | 122 | 3 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 125 | 125 | 3 | 20 | 32 - 160 % |

0I11940520110300



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

```
** SPL Quality Control Report **
BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE
Method 8020
```

SPL Sample ID: 9403278-03B        **Reported on:**    05/25/94
**Matrix:**        Water          **Analyzed on:**    05/18/94

This sample was randomly selected for use in the SPL quality control program. One in twenty samples is fortified, in duplicate, with a known concentration of the substance being analyzed.
The results are as follows:

---- S P I K E   A N A L Y S I S -----

| Compound | Blank Value | Spike Added µg/L | Original Sample Concentration µg/L | MS Concentration µg/L | MS % Rec# | QC Limits Range |
|---|---|---|---|---|---|---|
| BENZENE | ND | 100 | ND | 104 | 104 | 39 - 150 % |
| TOLUENE | ND | 100 | ND | 101 | 101 | 46 - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 108 | 108 | 32 - 160 % |
| O XYLENE | ND | 100 | ND | 112 | 112 | 32 - 160 % |
| M AND P XYLENE | ND | 100 | ND | 111 | 111 | 32 - 160 % |

---- S P I K E   D U P L I C A T E   A N A L Y S I S -----

| Compound | Spike Added µg/L | MSD Concentration µg/L | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|---|---|---|---|---|---|---|
| BENZENE | 100 | 105 | 105 | 1.0 | 20 | 39 - 150 % |
| TOLUENE | 100 | 103 | 103 | 2 | 20 | 46 - 148 % |
| ETHYL_BENZENE | 100 | 108 | 108 | 0 | 20 | 32 - 160 % |
| O XYLENE | 100 | 112 | 112 | 0 | 20 | 32 - 160 % |
| M AND P XYLENE | 100 | 110 | 110 | 0.9 | 20 | 32 - 160 % |

OI_7940518070300



MICHIGAN LAB
459 HUGHES DRIVE
TRAVERSE CITY, MI 49684
PHONE: (616) 947-5777

**\*\* SPL Quality Control Report \*\***
**BTEX MATRIX SPIKE/MATRIX SPIKE DUPLICATE**
**Method 8020**

**SPL Sample ID:** 9405252-19A     **Reported on:**     05/25/94
**Matrix:**     Water     **Analyzed on:**     05/20/94
This sample was randomly selected for use in the SPL quality control
program. One in twenty samples is fortified, in duplicate, with a
known concentration of the substance being analyzed.
The results are as follows:

---- **S P I K E   A N A L Y S I S** -----

| Compound | Blank Value | Spike Added µg/L | Original Sample Concentration µg/L | MS Concentration µg/L | MS % Rec# | QC Limits Range |
|----------|-------------|------------------|-------------------------------------|------------------------|-----------|------------------|
| BENZENE | ND | 100 | ND | 108 | 108 | 39  - 150 % |
| TOLUENE | ND | 100 | ND | 108 | 108 | 46  - 148 % |
| ETHYL_BENZENE | ND | 100 | ND | 106 | 106 | 32  - 160 % |
| O XYLENE | ND | 100 | ND | 106 | 106 | 32  - 160 % |
| M AND P XYLENE | ND | 100 | ND | 106 | 106 | 32  - 160 % |

---- **S P I K E   D U P L I C A T E   A N A L Y S I S** -----

| Compound | Spike Added µg/L | MSD Concentration µg/L | MSD % Rec# | % RPD | RPD Limit | QC Rec Range |
|----------|------------------|-------------------------|------------|-------|-----------|---------------|
| BENZENE | 100 | 102 | 102 | 6 | 20 | 39  - 150 % |
| TOLUENE | 100 | 98 | 98 | 10 | 20 | 46  - 148 % |
| ETHYL_BENZENE | 100 | 101 | 101 | 5 | 20 | 32  - 160 % |
| O XYLENE | 100 | 104 | 104 | 2 | 20 | 32  - 160 % |
| M AND P XYLENE | 100 | 104 | 104 | 2 | 20 | 32  - 160 % |

OI_7940520070400

**SHELL OIL COMPANY**
**RETAIL ENVIRONMENTAL ENGINEERING**

**CHAIN OF CUSTODY RECORD NO.** 03087

Date: 5/18/04
Page 1 of 1

SITE ADDRESS: 2159 Lewis
Waukegan, IL

WIC #: 272-8256-0201

CONSULTANT NAME & ADDRESS: Handex - Illinois
Rolling Meadows, IL

CONSULTANT CONTACT: John Strong

PHONE: 224-507-1066 FAX: 507-8674

SAMPLED BY: Nick Byford / G. Goodrich

CHECK ONE BOX ONLY CT/DT

| | | |
|---|---|---|
| QUARTERLY MONITORING ☐ | 5461 ☐ | |
| SITE INVESTIGATION ☐ | 5441 ☐ | |
| SOIL FOR DISPOSAL ☐ | 5442 ☐ | |
| WATER FOR DISPOSAL ☐ | 5443 ☐ | |
| AIR SAMPLER - SYS O/M ☐ | 5462 ☐ | |
| WATER SAMPLE - SYS O/M ☐ | 5463 ☐ | |
| OTHER ☐ | | |

**ANALYSIS REQUEST:** (CHECK APPROPRIATE BOX)

| SAMPLE I.D. | DATE | TIME | COMP | GRAB | H2O | SOIL | AIR | SLUDGE | OTHER | METHOD PRESERVED | NO. OF CONTAINERS | CONTAINER SIZE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-4 | 5/19/04 | 1500 | | X | X | | | | | | X | |
| MW-8 | | 1510 | | X | X | | | | | | X | |
| MW-7 | | 1520 | | X | X | | | | | | X | |
| MW-10 | | 1530 | | X | X | | | | | | X | |
| MW-11 | | 1540 | | X | X | | | | | | X | |
| MW-12 | | 1550 | | X | X | | | | | | X | |

*Did not recieve bottle labeled MW-7 per COC, standard MW-9 per B. Organick 5/12 ghen.*

REMARKS: Groundwater

Recd (1) MW-9.
B. Organick 5/12 ghen.

| RELINQUISHED BY: ( SIGNATURE ) | DATE | TIME | RECEIVED BY: ( SIGNATURE ) | DATE | TIME |
|---|---|---|---|---|---|
| | 5/19/04 | 1730 | | | |
| RELINQUISHED BY: ( SIGNATURE ) | DATE | TIME | RECEIVED BY: ( SIGNATURE ) | DATE | TIME |
| | | | | | |
| RELINQUISHED BY: ( SIGNATURE ) | DATE | TIME | RECEIVED BY: ( SIGNATURE ) | DATE | TIME |
| | | | | 5/17/04 | 1030 |

BILL NO.:
LABORATORY:
SHELL CONTACT: PHONE: FAX:

**TURN AROUND TIME** (CHECK ONE)
7 DAYS ☑ (NORMAL)   14 DAYS ☐
48 HOURS ☐   OTHER ☐

THE LABORATORY MUST PROVIDE A COPY OF THIS CHAIN OF CUSTODY WITH INVOICE AND RESULTS
DISTRIBUTION: PINK Sampling Coordinator · WHITE & YELLOW Accompanies Shipment · WHITE Returned with Report



# Groundwater Monitoring Report

| | |
|---|---|
| Service Station Number: | 212-8256-0701 |
| Site Address: | 2159 N. Lewis |
| City: | Waukegan |
| State: | IL |
| Incident Number : | 892683 |
| Handex Number: | 107565 |
| Date: | 12/2/97 |

### Prepared For:

Shell Oil Products Company
Mid-Continent Region
1415 West 22nd Street
Oak Brook, Illinois 60523-2045

Attn : Lisa Schoedel
District : North

RECEIVED

DEC 1 0 1997

IEPA/BOL

### Prepared By:

Handex of Illinois, Inc.
1701 West Quincy, Suite 31
Naperville, Illinois 60540

Project Manager :          John R. Robbins          12/2/97

Project Hydrogeologist : Chris Belby          12/2/97

1701 West Quincy Avenue, Suite 31, Naperville, IL 60540 • (630) 527-1666 • Fax: (630) 527-8174

## Groundwater Monitoring Report (Con't)

| | |
|---|---|
| **Service Station Number:** | 212-8256-0701 |
| **Site Address:** | 2159 N. Lewis |
| **City:** | Waukegan |
| **State:** | IL |
| **Incident Number :** | 892683 |
| **Handex Number:** | 107565 |
| **Date:** | 12/2/97 |

---

| | |
|---|---|
| **Regulatory Agency :** | IEPA - LUST Section |
| **Regulator :** | Not Assigned. |
| **Regulatory Correspondence :** | No recent correspondence |
| **Scope of Work :** | Groundwater Monitoring (August 1997) |

---

**Monitoring Results:**

Sampling Schedule : Semi-Annual

| | | | |
|---|---|---|---|
| Sample Date: | 8/29/97 | Max Benzene : | 2,300.00 |
| Wells Sampled: | 6.00 | Max BTEX : | 6,531.00 |
| Depth to Water: | 10.25 | | Concentrations in ug/l |
| Flow Direction: | SW | LPH Recovered : | ND |
| Gradient: | 0.02 | Total LPH Recovered : | ND |

---

**Sampling Summary :**

Ziron Environmental gauged and sampled six monitoring wells for depth of water, dissolved oxygen and temperature. Six samples were submitted to the laboratory for BTEX analysis utilizing USEPA method 8020.

**Receptor Survey :**

Potential receptor- Adjacent apartment building to the east.

**Current Status :**

Non-active retail facility. Shell purchased the property in 1988 from Union Oil Company. The UST system was removed shortly thereafter. No indications that Shell had operated at the site.

**Attachments:**

| | |
|---|---|
| Table 1 | Analytical Results -- Groundwater and Gauging Data |
| Figure 1 | Groundwater Elevation and Analytical Results Map |
| Appendix A | Laboratory Analytical Reports |
| Appendix B | Field Monitoring Report - Ziron Environmental |
| Appendix C | Groundwater Monitoring Program Standard Procedures |



TABLE 1

Former Shell Service Station
2159 North Lewis Avenue
Waukegan, Lake County, Illinois

Analytical Results __ Groundwater

Benzene, Toluene, Ethylbenzene, Total Xylenes (BTEX; EPA Method 602/8020; in ug/l)

| Well Number | Date Sampled | Benzene | Toluene | Ethyl-benzene | Total Xylenes | Total BTEX | Casing Elevation | Depth to Water | GW Elevation | Dissolved Oxygen | Temp. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-4 | Mar-93 | 350 | 11 | 100 | 210 | 671 | 695.9 | NA | NA | NC | NC |
| | Aug-93 | 920 | 88 | 470 | 930 | 2408 | 695.9 | NA | NA | NC | NC |
| | Jun-94 | 150 | 2 | 63 | 75 | 290 | 695.9 | NA | NA | NC | NC |
| | Nov-94 | 2900 | 4 | 66 | 97 | 3067 | 695.9 | 11.3 | 684.6 | NC | NC |
| | Apr-95 | 43 | ND | 16 | 14 | 73 | 695.9 | 11.5 | 684.4 | NC | NC |
| | Nov-95 | 250 | 6 | 120 | 84 | 460 | 695.9 | 11.7 | 684.2 | NC | NC |
| | Mar-96 | 580 | 10 | 270 | 280 | 1140 | 695.9 | 12.53 | 683.37 | 0.28 | 15.2 |
| | Oct-96 | 620 | 12 | 350 | 330 | 1312 | 695.9 | 11.72 | 684.18 | 0.23 | 14.1 |
| | Nov-96 | 89 | 2 | 44 | 43 | 178 | 695.9 | 12.11 | 683.79 | 1.01 | 13.3 |
| | Apr-97 | 2100 | 39 | 1100 | 1300 | 4539 | 695.9 | 10.68 | 685.22 | 0.46 | 10.8 |
| | Aug-97 | 19 | ND | 5 | 4 | 28 | 695.9 | 11.98 | 683.92 | 0.49 | 14 |
| MW-8 | Mar-93 | 38 | ND | 10 | 13 | 61 | 694.6 | 12.12 | 682.48 | 1.8 | 11.8 |
| | Aug-93 | 760 | 20 | 530 | 560 | 1870 | 694.6 | 9.02 | 685.58 | NC | NC |
| | Jun-94 | NP | NP | NP | NP | NP | NP | NP | NP | NP | NP |
| | Nov-94 | NP | NP | NP | NP | NP | NP | NP | NP | NP | NP |
| | Apr-95 | NP | NP | NP | NP | NP | NP | NP | NP | NP | NP |
| | Nov-95 | 7 | ND | ND | ND | 7 | 694.6 | 9.05 | 685.55 | NC | NC |
| | Mar-96 | 4 | ND | ND | ND | 4 | 694.6 | 9.23 | 685.37 | NC | NC |
| | Oct-96 | 2 | 2 | ND | 1 | 5 | 694.6 | 9.32 | 685.28 | 0.34 | 17.8 |
| | Nov-96 | ND | ND | ND | ND | ND | 694.6 | 9.99 | 684.61 | 0.8 | 15.4 |
| | Apr-97 | ND | ND | ND | ND | ND | 694.6 | 8.68 | 685.92 | 1.03 | 10.3 |
| | Aug-97 | 1 | ND | ND | ND | 1 | 694.6 | 9.67 | 684.93 | 0.46 | 18 |
| MW-9 | Mar-93 | 4 | ND | ND | ND | 4 | 694.2 | 10.24 | 683.96 | 0.27 | NS |
| | Aug-93 | 6 | ND | ND | ND | 6 | 694.2 | 9.44 | 684.76 | 0.28 | NS |
| | Jun-94 | 3 | ND | ND | ND | 3 | 694.2 | 9.66 | 684.54 | 5.3 | NS |
| | Nov-94 | ND | ND | ND | ND | ND | 694.2 | 7.17 | 687.03 | NC | 16.7 |
| | Apr-95 | ND | ND | ND | ND | ND | 694.2 | 7.9 | 686.3 | NC | 13.2 |
| | Sep-95 | ND | ND | ND | ND | ND | 694.2 | 8.6 | 685.6 | NC | NC |
| | Dec-95 | ND | ND | ND | ND | ND | 694.2 | 8.83 | 685.37 | 0.4 | 13.2 |
| | Mar-96 | NS | NS | NS | NS | NS | 694.2 | 8.97 | 685.23 | NC | NC |
| | Jun-96 | ND | ND | ND | ND | ND | 694.2 | 7.72 | 686.48 | NC | NC |
| | Sep-96 | NS | NS | NS | NS | NS | 694.2 | 9.34 | 684.86 | 0.53 | 16.7 |
| | Oct-96 | NS | NS | NS | NS | NS | 694.2 | 8.62 | 685.58 | 0.87 | 17.8 |
| | Nov-96 | ND | ND | ND | ND | ND | 694.2 | 9.17 | 685.03 | 0.5 | 16.1 |
| | Apr-97 | ND | ND | ND | ND | ND | 694.2 | 8.2 | 686 | 0.98 | 10.1 |
| | Aug-97 | ND | ND | ND | ND | ND | 694.2 | 8.95 | 685.25 | 0.42 | 17.5 |

TABLE 1

Former Shell Service Station
2159 North Lewis Avenue
Waukegan, Lake County, Illinois

Analytical Results __ Groundwater

Benzene, Toluene, Ethylbenzene, Total Xylenes (BTEX; EPA Method 602/8020; in ug/l)

| Well Number | Date Sampled | Benzene | Toluene | Ethyl-benzene | Total Xylenes | Total BTEX | Casing Elevation | Depth to Water | GW Elevation | Dissolved Oxygen | Temp. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MW-10 | May-94 | 1600 | 63 | 59 | 2000 | 3722 | 695.3 | 9.15 | 686.15 | NC | NC |
| | Mar-95 | 1800 | 33 | 930 | 1900 | 4663 | 695.3 | 9.37 | 685.93 | NC | NC |
| | Jun-95 | 1100 | 18 | 700 | 1200 | 3018 | 695.3 | 10.04 | 685.26 | NC | NC |
| | Sep-95 | 1900 | 55 | 1500 | 4000 | 7455 | 695.3 | 10.4 | 684.9 | 0.34 | 15.4 |
| | Dec-95 | 1600 | 33 | 1000 | 2400 | 5033 | 695.3 | 9.53 | 685.77 | 0.3 | 13.1 |
| | Mar-96 | 1300 | 23 | 730 | 1100 | 3153 | 695.3 | 9.75 | 685.55 | 1.2 | 11.1 |
| | Jun-96 | 1500 | 15 | 910 | 1300 | 3725 | 695.3 | 8.34 | 686.96 | NC | NC |
| | Oct-96 | 1800 | 56 | 1200 | 2100 | 5156 | 695.3 | 8.85 | 686.45 | 0.53 | 17 |
| | Nov-96 | 1200 | 15 | 370 | 630 | 2215 | 695.3 | 10.03 | 685.27 | 0.71 | 14.5 |
| | Apr-97 | 1200 | 180 | 440 | 740 | 2560 | 695.3 | 8.99 | 686.31 | 1.2 | 10.6 |
| | Aug-97 | 2300 | 31 | 1500 | 2700 | 6531 | 695.3 | 9.72 | 685.58 | 0.47 | 18.7 |
| MW-11 | May-94 | ND | ND | ND | ND | ND | 694.51 | 11.15 | 683.36 | NC | NC |
| | Mar-95 | ND | ND | ND | ND | ND | 694.51 | 11.75 | 682.76 | NC | NC |
| | Jun-95 | ND | ND | ND | ND | ND | 694.51 | 11.55 | 682.96 | NC | NC |
| | Sep-95 | ND | ND | ND | ND | ND | 694.51 | 13 | 681.51 | 0.23 | 16.6 |
| | Dec-95 | ND | ND | ND | ND | ND | 694.51 | 11.01 | 683.5 | 0.25 | 13 |
| | Mar-96 | ND | ND | ND | ND | ND | 694.51 | 12.78 | 681.73 | 4.2 | 7.7 |
| | Jun-96 | NS | NS | NS | NS | NS | 694.51 | 9.44 | 685.07 | NC | NC |
| | Oct-96 | ND | ND | ND | ND | ND | 694.51 | 11.28 | 683.23 | 0.67 | 17 |
| | Nov-96 | ND | ND | ND | ND | ND | 694.51 | 12.28 | 682.23 | 0.55 | 14.7 |
| | Apr-97 | ND | ND | ND | ND | ND | 694.51 | 10.13 | 684.38 | 0.9 | 10.5 |
| | Aug-97 | ND | ND | ND | ND | ND | 694.51 | 10.88 | 683.63 | 0.8 | 18.8 |
| MW-12 | May-94 | ND | ND | ND | ND | ND | 695.19 | 9.23 | 685.96 | NS | NS |
| | Mar-95 | ND | ND | ND | ND | ND | 695.19 | 9.62 | 685.57 | NS | NS |
| | Jun-95 | ND | ND | ND | ND | ND | 695.19 | 9.76 | 685.43 | NS | NS |
| | Sep-95 | ND | ND | ND | ND | ND | 695.19 | 10.73 | 684.46 | 0.52 | 17.3 |
| | Dec-95 | ND | ND | ND | ND | ND | 695.19 | 9.73 | 685.46 | 0.6 | 12.8 |
| | Mar-96 | ND | ND | ND | ND | ND | 695.19 | 10.62 | 684.57 | 2.3 | 6.7 |
| | Jun-96 | ND | ND | ND | ND | ND | 695.19 | 7.16 | 688.03 | NC | NC |
| | Oct-96 | ND | ND | ND | ND | ND | 695.19 | 9.71 | 685.48 | 0.24 | 16.7 |
| | Nov-96 | ND | ND | ND | ND | ND | 695.19 | 9.43 | 685.76 | 0.54 | 14.6 |
| | Apr-97 | ND | ND | ND | ND | ND | 695.19 | 8.03 | 687.16 | 0.71 | 11 |
| | Aug-97 | ND | ND | ND | ND | ND | 695.19 | 10.32 | 684.87 | 0.63 | 15.5 |

ND = Not Detected.
NA = Not Available
NP = No Previous Record Located
NS = Not Sampled
NC = Not Collected
ug/l = micrograms per liter

Wells MW-9, MW-10, MW-11 and MW-12 were installed May 5, 1995.
Dissolved Oxygen is recorded in mg/l.
Temperature in degrees Celsius



Figure 1 — Groundwater Elevation & Analytical Results Map, Shell Service Station, 2159 Lewis Avenue, Waukegan, Lake Co., Illinois

**APPENDIX A**



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

## *LABORATORY REPORT*

### *SPL WORKORDER NUMBER(s):* **97-09-049**

*Prepared for:* **SHELL OIL COMPANY**

*Sampled By:* *ZIRON ENVIRONMENTAL*

 *Site:* *2159 LEWIS, WAUKEGAN, IL*

SEP 1 5 1997

 *Project:* *WIC #21282560701*

*Approved by:*

_____
S. L. Grenda, Laboratory Manager

*Date:* ___9/12/97___

_____
Gary R. Byar, Project Manager

*Date:* ___9/11/97___

---

*All results are reported on an as is (wet) basis, except where otherwise indicated.*
*This report may not be reproduced, except in full, without written permission from SPL.*



****SUMMARY REPORT*****

09/10/97

**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Company:     SHELL OIL COMPANY
Site:        2159 LEWIS, WAUKEGAN, IL
Project No:
Project:     WIC #21282560701

**ANALYTICAL DATA**
**NOTE: ND - Not Detected**

| SPL ID<br>MATRIX | CLIENT ID<br>DATE SAMPLED | BENZENE<br>PQL | TOLUENE<br>PQL | ETHYLBENZ.<br>PQL | XYLENE<br>PQL | TPH-IR | TPH-GC | LEAD | MTBE |
|---|---|---|---|---|---|---|---|---|---|
| 9709049-01<br>WATER | MW-12<br>08/29/97 01:30:00 | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | | | | |
| 9709049-02<br>WATER | MW-11<br>08/29/97 01:42:00 | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | | | | |
| 9709049-03<br>WATER | MW-9<br>08/29/97 01:58:00 | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | | | | |
| 9709049-04<br>WATER | MW-8<br>08/29/97 02:12:00 | 1<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | ND<br>1μg/L | | | | |
| 9709049-05<br>WATER | MW-10<br>08/29/97 02:28:00 | 2300<br>13μg/L | 31<br>13μg/L | 1500<br>13μg/L | 2700<br>13μg/L | | | | |
| 9709049-06<br>WATER | MW-4<br>08/29/97 02:45:00 | 19<br>1μg/L | ND<br>1μg/L | 5<br>1μg/L | 4<br>1μg/L | | | | |

BTEX   -   Method 8020A ***



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Certificate of Analysis No. M1-9709049-01

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Jamie Keuper-Chicago N. #242

DATE: 09/10/97

**PROJECT:** WIC #21282560701         **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL    **MATRIX:** WATER
**SAMPLED BY:** ZIRON ENVIRONMENTAL   **DATE SAMPLED:** 08/29/97 01:30:00
**SAMPLE ID:** MW-12                  **DATE RECEIVED:** 09/03/97

ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 1 P | $\mu$g/L |
| TOLUENE | ND | 1 P | $\mu$g/L |
| ETHYLBENZENE | ND | 1 P | $\mu$g/L |
| TOTAL XYLENE | ND | 1 P | $\mu$g/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu$g/L |

| Surrogate | % Recovery |
|---|---|
| 1,4-Difluorobenzene | 103 |
| 4-Bromofluorobenzene | 70 |

Method 8020A ***
Analyzed by: BCM
          Date: 09/05/97

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 18th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance. Soil results reported in dry weight.



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

**Certificate of Analysis No. M1-9709049-02**

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Jamie Keuper-Chicago N. #242

DATE: 09/10/97

**PROJECT:** WIC #21282560701
**SITE:** 2159 LEWIS, WAUKEGAN, IL
**SAMPLED BY:** ZIRON ENVIRONMENTAL
**SAMPLE ID:** MW-11

**PROJECT NO:**
**MATRIX:** WATER
**DATE SAMPLED:** 08/29/97 01:42:00
**DATE RECEIVED:** 09/03/97

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | ND | 1 P | $\mu g/L$ |
| TOLUENE | ND | 1 P | $\mu g/L$ |
| ETHYLBENZENE | ND | 1 P | $\mu g/L$ |
| TOTAL XYLENE | ND | 1 P | $\mu g/L$ |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu g/L$ |

| Surrogate | % Recovery |
|-----------|------------|
| 1,4-Difluorobenzene | 96 |
| 4-Bromofluorobenzene | 56 |

Method 8020A ***
Analyzed by: BCM
        Date: 09/05/97

ND - Not detected.                  (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
      **Ref: Standard Methods for Examination of Water & Wastewater, 18th ed.
      ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance. Soil results reported in dry weight.

**SPL**®

**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Certificate of Analysis No. M1-9709049-03

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Jamie Keuper-Chicago N. #242

DATE: 09/10/97

| | |
|---|---|
| **PROJECT:** WIC #21282560701 | **PROJECT NO:** |
| **SITE:** 2159 LEWIS, WAUKEGAN, IL | **MATRIX:** WATER |
| **SAMPLED BY:** ZIRON ENVIRONMENTAL | **DATE SAMPLED:** 08/29/97 01:58:00 |
| **SAMPLE ID:** MW-9 | **DATE RECEIVED:** 09/03/97 |

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | ND | 1 P | $\mu$g/L |
| TOLUENE | ND | 1 P | $\mu$g/L |
| ETHYLBENZENE | ND | 1 P | $\mu$g/L |
| TOTAL XYLENE | ND | 1 P | $\mu$g/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | ND | | $\mu$g/L |

| Surrogate | % Recovery |
|---|---|
| 1,4-Difluorobenzene | 79 |
| 4-Bromofluorobenzene | 123 |

Method 8020A ***
Analyzed by: CC
    Date: 09/06/97

ND - Not detected.                    (P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
    **Ref: Standard Methods for Examination of Water & Wastewater, 18th ed.
    ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance. Soil results reported in dry weight.



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Certificate of Analysis No. M1-9709049-04

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Jamie Keuper-Chicago N. #242

DATE: 09/10/97

**PROJECT:** WIC #21282560701
**SITE:** 2159 LEWIS, WAUKEGAN, IL
**SAMPLED BY:** ZIRON ENVIRONMENTAL
**SAMPLE ID:** MW-8

**PROJECT NO:**
**MATRIX:** WATER
**DATE SAMPLED:** 08/29/97 02:12:00
**DATE RECEIVED:** 09/03/97

## ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|-----------|---------|-----------------|-------|
| BENZENE | 1 | 1 P | $\mu$g/L |
| TOLUENE | ND | 1 P | $\mu$g/L |
| ETHYLBENZENE | ND | 1 P | $\mu$g/L |
| TOTAL XYLENE | ND | 1 P | $\mu$g/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 1 | | $\mu$g/L |

| Surrogate | % Recovery |
|-----------|------------|
| 1,4-Difluorobenzene | 81 |
| 4-Bromofluorobenzene | 120 |

Method 8020A ***
Analyzed by: BCM
        Date: 09/08/97

(P) - Practical Quantitation Limit    ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
       **Ref: Standard Methods for Examination of Water & Wastewater, 18th ed.
       ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance. Soil results reported in dry weight.



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Certificate of Analysis No. M1-9709049-05

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Jamie Keuper-Chicago N. #242

DATE: 09/10/97

---

**PROJECT:** WIC #21282560701            **PROJECT NO:**
**SITE:** 2159 LEWIS, WAUKEGAN, IL        **MATRIX:** WATER
**SAMPLED BY:** ZIRON ENVIRONMENTAL       **DATE SAMPLED:** 08/29/97 02:28:00
**SAMPLE ID:** MW-10                      **DATE RECEIVED:** 09/03/97

---

### ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 2300 | 13  P | $\mu$g/L |
| TOLUENE | 31 | 13  P | $\mu$g/L |
| ETHYLBENZENE | 1500 | 13  P | $\mu$g/L |
| TOTAL XYLENE | 2700 | 13  P | $\mu$g/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 6531 | | $\mu$g/L |

| Surrogate | % Recovery |
|---|---|
| 1,4-Difluorobenzene | 90 |
| 4-Bromofluorobenzene | 114 |

Method 8020A ***
Analyzed by: BCM
    Date: 09/05/97

---

(P) - Practical Quantitation Limit

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
      **Ref: Standard Methods for Examination of Water & Wastewater, 18th ed.
     ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA guidelines for quality assurance. Soil results reported in dry weight.



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Certificate of Analysis No. M1-9709049-06

SHELL OIL COMPANY
1415 West 22nd Street
Oak Brook, IL 60522-9008
ATTN: Jamie Keuper-Chicago N. #242

DATE: 09/10/97

**PROJECT:** WIC #21282560701
**SITE:** 2159 LEWIS, WAUKEGAN, IL
**SAMPLED BY:** ZIRON ENVIRONMENTAL
**SAMPLE ID:** MW-4

**PROJECT NO:**
**MATRIX:** WATER
**DATE SAMPLED:** 08/29/97 02:45:00
**DATE RECEIVED:** 09/03/97

## ANALYTICAL DATA

| PARAMETER | RESULTS | DETECTION LIMIT | UNITS |
|---|---|---|---|
| BENZENE | 19 | 1 P | $\mu$g/L |
| TOLUENE | ND | 1 P | $\mu$g/L |
| ETHYLBENZENE | 5 | 1 P | $\mu$g/L |
| TOTAL XYLENE | 4 | 1 P | $\mu$g/L |
| TOTAL VOLATILE AROMATIC HYDROCARBONS | 28 | | $\mu$g/L |

| Surrogate | % Recovery |
|---|---|
| 1,4-Difluorobenzene | 97 |
| 4-Bromofluorobenzene | 79 |

Method 8020A ***
Analyzed by: BCM
       Date: 09/05/97

(P) - Practical Quantitation Limit     ND - Not detected.

Notes: *Ref: Methods for Chemical Analysis of Water and Wastes, 1983, EPA
    **Ref: Standard Methods for Examination of Water & Wastewater, 18th ed.
   ***Ref: Test Methods for Evaluating Solid Waste, EPA SW846, 3rd Ed.

**QUALITY ASSURANCE:** These analyses are performed in accordance with EPA
guidelines for quality assurance. Soil results reported in dry weight.



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

# QUALITY CONTROL

# DOCUMENTATION



**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Surrogate Recovery Report
BTEX Analysis - 4-Bromofluorobenzene  (BFB)
               1,4-Difluorobenzene    (DFB)

| SPL ID | CLIENT ID | MATRIX | AMOUNT INJECTED | AMOUNT RECOVERED | % REC. | CONTROL LIMITS | |
|--------|-----------|--------|-----------------|------------------|--------|-------|-----|
| 9709049-01A | MW-12 | Water | 30 $\mu$g/L | 30.9 $\mu$g/L | 103 | 65-116 | DFB |
| 9709049-01A | MW-12 | Water | 30 $\mu$g/L | 21   $\mu$g/L | 70  | 44-153 | BFB |
| 9709049-02A | MW-11 | Water | 30 $\mu$g/L | 28.8 $\mu$g/L | 96  | 65-116 | DFB |
| 9709049-02A | MW-11 | Water | 30 $\mu$g/L | 16.8 $\mu$g/L | 56  | 44-153 | BFB |
| 9709049-03A | MW-9  | Water | 30 $\mu$g/L | 23.7 $\mu$g/L | 79  | 65-116 | DFB |
| 9709049-03A | MW-9  | Water | 30 $\mu$g/L | 36.9 $\mu$g/L | 123 | 44-153 | BFB |
| 9709049-04A | MW-8  | Water | 30 $\mu$g/L | 24.3 $\mu$g/L | 81  | 65-116 | DFB |
| 9709049-04A | MW-8  | Water | 30 $\mu$g/L | 36   $\mu$g/L | 120 | 44-153 | BFB |
| 9709049-05A | MW-10 | Water | 30 $\mu$g/L | 27   $\mu$g/L | 90  | 65-116 | DFB |
| 9709049-05A | MW-10 | Water | 30 $\mu$g/L | 34.2 $\mu$g/L | 114 | 44-153 | BFB |
| 9709049-06A | MW-4  | Water | 30 $\mu$g/L | 29.1 $\mu$g/L | 97  | 65-116 | DFB |
| 9709049-06A | MW-4  | Water | 30 $\mu$g/L | 23.7 $\mu$g/L | 79  | 44-153 | BFB |



** SPL BATCH QUALITY CONTROL REPORT **
METHOD 8020A

**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Matrix:    Water
Units:     µg/L

Batch Id:    3333970905030200

### L A B O R A T O R Y   C O N T R O L   S A M P L E

| S P I K E C O M P O U N D S | Method Blank Result <2> | Spike Added <3> | Blank Result <1> | Spike Recovery % | QC Limits(**) (Mandatory) % Recovery Range | |
|---|---|---|---|---|---|---|
| Benzene | ND | 100 | 110 | 110 | 73 - | 120 |
| Toluene | ND | 100 | 110 | 110 | 71 - | 121 |
| EthylBenzene | ND | 100 | 110 | 110 | 72 - | 120 |
| O Xylene | ND | 100 | 110 | 110 | 70 - | 122 |
| M & P Xylene | ND | 100 | 100 | 100 | 71 - | 122 |

### M A T R I X   S P I K E S

| S P I K E C O M P O U N D S | Sample Results <2> | Spike Added <3> | Matrix Result <1> | Spike Recovery <4> | Matrix Duplicate Result <1> | Spike Recovery <5> | MS/MSD Relative % Difference | QC Limits(***) (Advisory) RPD Max. | Recovery Range | |
|---|---|---|---|---|---|---|---|---|---|---|
| BENZENE | ND | 20 | 20 | 100 | 21 | 105 | 4.88 | 20 | 42 - | 142 |
| TOLUENE | ND | 20 | 19 | 95.0 | 20 | 100 | 5.13 | 20 | 48 - | 141 |
| ETHYLBENZENE | ND | 20 | 19 | 95.0 | 20 | 100 | 5.13 | 20 | 47 - | 136 |
| O XYLENE | ND | 20 | 19 | 95.0 | 20 | 100 | 5.13 | 20 | 43 - | 143 |
| M & P XYLENE | ND | 20 | 18 | 90.0 | 20 | 100 | 10.5 | 20 | 43 - | 140 |

Analyst: BCM
Sequence Date: 09/05/97
SPL ID of sample spiked: 9709073-01A
Sample File ID: 3I05006.TX0
Method Blank File ID:
Blank Spike File ID: 3I05003A.TX0
Matrix Spike File ID: 3I05004.TX0
Matrix Spike Duplicate File ID: 3I05005.TX0

* = Values Outside QC Range.  « = Data outside Method Specification limits.
NC = Not Calculated (Sample exceeds spike by factor of 4 or more)
ND = Not Detected/Below Detection Limit
% Recovery = [( <1> - <2> ) / <3> ] x 100
LCS % Recovery = (<1> / <3>) x 100
Relative Percent Difference = |(<4> - <5> | / [(<4> + <5>) x 0.5] x 100
(**) = Source: Laboratory historical
(***) = Source: SW846

<u>SAMPLES IN BATCH(SPL ID):</u>    9709050-03A  9709076-01A  9709076-02A  9709050-01A
                                    9709049-05A



** SPL BATCH QUALITY CONTROL REPORT **
METHOD 8020A

**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

**Matrix:** Water
**Units:** µg/L

Batch Id:    4444970906040100

## LABORATORY CONTROL SAMPLE

| SPIKE COMPOUNDS | Method Blank Result <2> | Spike Added <3> | Blank Result <1> | Spike Recovery % | QC Limits(**) (Mandatory) % Recovery Range | | |
|---|---|---|---|---|---|---|---|
| Benzene | ND | 100 | 120 | 120 | 73 | - | 120 |
| Toluene | ND | 100 | 120 | 120 | 71 | - | 121 |
| EthylBenzene | ND | 100 | 120 | 120 | 72 | - | 120 |
| O Xylene | ND | 100 | 120 | 120 | 70 | - | 122 |
| M & P Xylene | ND | 100 | 120 | 120 | 71 | - | 122 |

## MATRIX SPIKES

| SPIKE COMPOUNDS | Sample Results <2> | Spike Added <3> | Matrix Spike Result <1> | Matrix Spike Recovery <4> | Matrix Spike Duplicate Result <1> | Matrix Spike Duplicate Recovery <5> | MS/MSD Relative % Difference | QC Limits(***) (Advisory) RPD Max. | Recovery Range | |
|---|---|---|---|---|---|---|---|---|---|---|
| BENZENE | ND | 20 | 25 | 125 | 28 | 140 | 11.3 | 20 | 42 - | 142 |
| TOLUENE | ND | 20 | 25 | 125 | 28 | 140 | 11.3 | 20 | 48 - | 141 |
| ETHYLBENZENE | ND | 20 | 26 | 130 | 28 | 140 * | 7.41 | 20 | 47 - | 136 |
| O XYLENE | ND | 20 | 25 | 125 | 27 | 135 | 7.69 | 20 | 43 - | 143 |
| M & P XYLENE | ND | 20 | 25 | 125 | 28 | 140 | 11.3 | 20 | 43 - | 140 |

Analyst: CC
Sequence Date: 09/06/97
SPL ID of sample spiked: 9709087-09A
Sample File ID: 4I06007.TX0
Method Blank File ID:
Blank Spike File ID: 4I06003.TX0
Matrix Spike File ID: 4I06004.TX0
Matrix Spike Duplicate File ID: 4I06005.TX0

* = Values Outside QC Range.  « = Data outside Method Specification limits.
NC = Not Calculated (Sample exceeds spike by factor of 4 or more)
ND = Not Detected/Below Detection Limit
% Recovery = [( <1> - <2> ) / <3> ] x 100
LCS % Recovery = (<1> / <3>) x 100
Relative Percent Difference = |(<4> - <5> | / [(<4> + <5> ) x 0.5] x 100
(**)  = Source: Laboratory historical
(***) = Source: SW846

SAMPLES IN BATCH(SPL ID):    9709086-01A  9709081-04A  9709087-09A  9709087-08A
9709049-03A  9709059-01A



** SPL BATCH QUALITY CONTROL REPORT **

METHOD 8020A

**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947- 5777
FAX (616) 947- 7455

Batch Id:    4444970908040100

Matrix:    Water
Units:    μg/L

L A B O R A T O R Y   C O N T R O L   S A M P L E

| S P I K E C O M P O U N D S | Method Blank Result <2> | Spike Added <3> | Blank Result <1> | Spike Recovery % | QC Limits(**) (Mandatory) % Recovery Range | |
|---|---|---|---|---|---|---|
| Benzene | ND | 100 | 116 | 116 | 73 - | 120 |
| Toluene | ND | 100 | 115 | 115 | 71 - | 121 |
| EthylBenzene | ND | 100 | 116 | 116 | 72 - | 120 |
| O Xylene | ND | 100 | 110 | 110 | 70 - | 122 |
| M & P Xylene | ND | 100 | 116 | 116 | 71 - | 122 |

M A T R I X   S P I K E S

| S P I K E C O M P O U N D S | Sample Results <2> | Spike Added <3> | Matrix Result <1> | Spike Recovery <4> | Matrix Duplicate Result <1> | Spike Recovery <5> | MS/MSD Relative % Difference | QC Limits(***) (Advisory) RPD Max. | Recovery Range |
|---|---|---|---|---|---|---|---|---|---|
| BENZENE | 1.1 | 20 | 25 | 120 | 29 | 140 | 15.4 | 20 | 42 - 142 |
| TOLUENE | ND | 20 | 25 | 125 | 29 | 145 * | 14.8 | 20 | 48 - 141 |
| ETHYLBENZENE | ND | 20 | 26 | 130 | 29 | 145 * | 10.9 | 20 | 47 - 136 |
| O XYLENE | ND | 20 | 25 | 125 | 28 | 140 | 11.3 | 20 | 43 - 143 |
| M & P XYLENE | ND | 20 | 26 | 130 | 29 | 145 * | 10.9 | 20 | 43 - 140 |

Analyst: BCM

Sequence Date: 09/08/97

SPL ID of sample spiked: 9709049-04A

Sample File ID: 4I08007.TX0

Method Blank File ID:

Blank Spike File ID: 4I08003.TX0

Matrix Spike File ID: 4I08004.TX0

Matrix Spike Duplicate File ID: 4I08005.TX0

* = Values Outside QC Range.  < = Data outside Method Specification limits.

NC = Not Calculated (Sample exceeds spike by factor of 4 or more)

ND = Not Detected/Below Detection Limit

% Recovery = [( <1> - <2> ) / <3> ] x 100

LCS % Recovery = (<1> / <3> ) x 100

Relative Percent Difference = |(<4> - <5> | / [(<4> + <5> ) x 0.5] x 100

(**) = Source: Laboratory historical

(***) = Source: SW846

SAMPLES IN BATCH(SPL ID):    9709102-35A   9709102-36A   9709102-38A   9709102-34A
9709102-32A   9709102-30A   9709102-21A   9709102-22A
9709090-05A   9709049-04A   9709102-28A   9709102-27A
9709102-29A   9709102-23A   9709102-37A



** SPL BATCH QUALITY CONTROL REPORT **
METHOD 8020A

**MICHIGAN LABORATORY**
459 HUGHES DRIVE
TRAVERSE CITY, MICHIGAN 49686
PHONE (616) 947-5777
FAX (616) 947-7455

Matrix:   Water
Units:    µg/L

Batch Id:   5555970905050100

### L A B O R A T O R Y   C O N T R O L   S A M P L E

| S P I K E<br>C O M P O U N D S | Method<br>Blank Result<br><2> | Spike<br>Added<br><3> | Blank<br>Result<br><1> | Spike<br>Recovery<br>% | QC Limits(**)<br>(Mandatory)<br>% Recovery Range | |
|---|---|---|---|---|---|---|
| Benzene | ND | 100 | 89 | 89.0 | 73 - | 120 |
| Toluene | ND | 100 | 87 | 87.0 | 71 - | 121 |
| EthylBenzene | ND | 100 | 85 | 85.0 | 72 - | 120 |
| O Xylene | ND | 100 | 85 | 85.0 | 70 - | 122 |
| M & P Xylene | ND | 100 | 85 | 85.0 | 71 - | 122 |

### M A T R I X   S P I K E S

| S P I K E<br>C O M P O U N D S | Sample<br>Results<br><2> | Spike<br>Added<br><3> | Matrix<br>Result<br><1> | Spike<br>Recovery<br><4> | Matrix<br>Duplicate<br>Result<br><1> | Spike<br>Recovery<br><5> | MS/MSD<br>Relative %<br>Difference | RPD<br>Max. | QC Limits(***)<br>(Advisory)<br>Recovery Range | |
|---|---|---|---|---|---|---|---|---|---|---|
| BENZENE | ND | 20 | 19 | 95.0 | 20 | 100 | 5.13 | 20 | 42 - | 142 |
| TOLUENE | ND | 20 | 17 | 85.0 | 20 | 100 | 16.2 | 20 | 48 - | 141 |
| ETHYLBENZENE | ND | 20 | 18 | 90.0 | 19 | 95.0 | 5.41 | 20 | 47 - | 136 |
| O XYLENE | ND | 20 | 17 | 85.0 | 18 | 90.0 | 5.71 | 20 | 43 - | 143 |
| M & P XYLENE | ND | 20 | 15 | 75.0 | 18 | 90.0 | 18.2 | 20 | 43 - | 140 |

Analyst: BCM
Sequence Date: 09/05/97
SPL ID of sample spiked: 9709066-05A
Sample File ID: 5I04023A.TX0
Method Blank File ID:
Blank Spike File ID: 5I04031A.TX0
Matrix Spike File ID: 5I04028A.TX0
Matrix Spike Duplicate File ID: 5I04029A.TX0

* = Values Outside QC Range.  ◄ = Data outside Method Specification limits.
NC = Not Calculated (Sample exceeds spike by factor of 4 or more)
ND = Not Detected/Below Detection Limit
% Recovery = [( <1> - <2> ) / <3> ] x 100
LCS % Recovery = (<1> / <3>) x 100
Relative Percent Difference = |(<4> - <5> | / [(<4> + <5> ) x 0.5] x 100
(**)  = Source: Laboratory historical
(***) = Source: SW846

SAMPLES IN BATCH(SPL ID):   9709087-09A  9709051-01A  9709049-06A  9709049-01A
9709050-02A  9709049-02A

**SHELL OIL COMPANY**
**RETAIL ENVIRONMENTAL ENGINEERING**

**CHAIN OF CUSTODY RECORD NO. H 20556**

Date: 8-29-97
Page 1 of 1

SITE ADDRESS: 2159 Lewis

WIC #: 212-8265-0101

SITE ADDRESS: Waukegan

CONSULTANT NAME & ADDRESS: Handex 1701 Quincy, Suite 31 Naperville IL 60504

CONSULTANT CONTACT: John Robbins

PHONE 630-527-1666    FAX 630-527-8174

SAMPLED BY: Zion Env.

**CHECK ONE BOX ONLY CT/DT**

QUARTERLY MONITORING ☑ 5461
SITE INVESTIGATION ☐ 5441
SOIL FOR DISPOSAL ☐ 5442
WATER FOR DISPOSAL ☐ 5443
AIR SAMPLER - SYS O-M ☐ 5452
WATER SAMPLE - SYS O-M ☐ 5453
OTHER ☐

**ANALYSIS REQUEST:**
(CHECK APPROPRIATE BOX)

| SAMPLE I.D. | DATE | TIME | COMP | GRAB | H₂O | SOIL | AIR | SLUDGE | OTHER | HCl | HNO₃ | H₂SO₄ | NONE | OTHER | NO. OF CONTAINERS | CONTAINER SIZE | BTEX 602 | 8020 | WITH MTBE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MW 12 | 8-29 | 130 | | ✓ | | | | | ✓ | | | | | | 2 | 40 ✓ | ✓ | | |
| MW 11 | 8-29 | 142 | | ✓ | | | | | ✓ | | | | | | 2 | 40 ✓ | ✓ | | |
| MW 9 | 8-29 | 158 | | ✓ | | | | | ✓ | | | | | | 2 | 40 ✓ | ✓ | | |
| MW 8 | 8-29 | 212 | | ✓ | | | | | ✓ | | | | | | 2 | 40 ✓ | ✓ | | |
| MW 10 | 8-29 | 228 | | ✓ | | | | | ✓ | | | | | | 2 | 40 ✓ | ✓ | | |
| MW 4 | 8-29 | 215 | | ✓ | | | | | ✓ | | | | | | 2 | 40 ✓ | ✓ | | |

BTEX/GAS HYDROCARBONS PID/FID ☐ WITH MTBE

VOL 624/PPL ☐    8240/TAL ☐    NBS (+15) ☐

PNA/PAH 8310 ☐    8100 ☐    610 ☐

SEMI - VOL 625/PPL ☐    8270/TAL ☐    NBS (+25) ☐

TPH/IR 418.1 ☐    SM503 _____ ☐ ____ ☐ _____

TPH/GC 8015 Mod. GAS ☐    8015 Mod DIESEL ☐

TCLP METALS ☐ VOL ☐ SEMI-VOL ☐ PEST ☐ HERB ☐

EP TOX METALS ☐ PESTICIDES ☐    HERBICIDES ☐

REACTIVITY ☐ CORROSIVITY ☐    IGNITABILITY ☐

OTHER

REMARKS

| RELINQUISHED BY: (SIGNATURE) | DATE | TIME | RECEIVED BY: (SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|
| | 9-2-97 | | | 9/3/97 | 1100 |
| RELINQUISHED BY: (SIGNATURE) | DATE | TIME | RECEIVED BY: (SIGNATURE) | DATE | TIME |
| | | | | | |
| RELINQUISHED BY: (SIGNATURE) | DATE | TIME | RECEIVED BY: (SIGNATURE) | DATE | TIME |

BILL NO.:

LABORATORY:

SHELL CONTACT: Dave Keyser    PHONE: 512-5274    FAX:

**TURN AROUND TIME (CHECK ONE)**
7 DAYS ☐    14 DAYS ☐
48 HOURS ☐    OTHER ☐

THE LABORATORY MUST PROVIDE A COPY OF THIS CHAIN OF CUSTODY WITH INVOICE AND RESULTS
DISTRIBUTION: PINK Sampling Coordinator  •  WHITE & YELLOW Accompanies Shipment  •  WHITE Returned with Report

**APPENDIX B**

# MONITORING REPORT

SAMPLING/PURGING PROJECT FOR SERVICE STATIONS

**CLIENT:  SHELL OIL COMPANY**
**DISTRICT: NORTH**
**WIC#:     212-8265-0701**
**ADDRESS: 2159 N. LEWIS**
**CITY/STATE: WAUKEGAN, IL**
**DATE: 8-29-97**

```
ZIRON
P.O. BOX 60  PARK FOREST, IL 60466
(708)481-9100  FAX(708)481-1889
```

PAGE   1   OF  1

| WELL NUMBER | LPH DEPTH | WATER DEPTH | WELL DEPTH | DISSOLVED OXYGEN | TEMP (CELSIUS) | EXTRA NOTES |
|---|---|---|---|---|---|---|
| MW 12 | | 10.32 | 13.40 | .63 | 15.5 | |
| MW 11 | | 10.88 | 14.70 | .80 | 18.8 | |
| MW 9 | | 8.95 | 13.90 | .42 | 17.5 | |
| MW 8 | | 9.67 | 18.95 | .46 | 18.0 | |
| MW 10 | | 9.72 | 14.35 | .47 | 18.1 | |
| MW 4 | | 11.98 | 18.70 | .79 | 14.0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total Gallons — 39.37 | |
| | | | | | | |
| | | | | | | |

SAMPLED/PURGED BY: AR  BF _____ FOR ZIRON ENVIRONMENTAL SERVICES, INC.

# MONITORING REPORT

SAMPLING/PURGING PROJECT FOR SERVICE STATIONS

**CLIENT:** **SHELL OIL COMPANY**
**DISTRICT:** **NORTH**
**WIC#:** **212-8265-0701**
**ADDRESS:** **2159 N. LEWIS**
**CITY/STATE:** **WAUKEGAN, IL**
**PROJECT MGR:** **JOHN ROBBINS**

**ZIRON**

P.O. BOX 68 PARK FOREST, IL 60466
(708)481-9100 FAX(708)481-1669

**DATE:** 8-29-97

WEATHER (CIRCLE AS MANY AS APPLY)
(SUN)   WIND   RAIN   SNOW   CLOUDY   TEMPERATURE (APPROXIMATE): 78°

**PURPOSE OF VISIT:** water Sampling

**SITE:** ACTIVE (INACTIVE)   **TASK(S) COMPLETED?** (YES)   NO

**EXPLANATION OF TASK(S) NOT COMPLETED:** _____

EQUIPMENT USED:
(IP#) (PID#) (FID) (LEL/O2) (KURZ) (SURVEY) (PARTNER SAMP) (DISP. BAILER) (PVC BAILER) (PRODUCT BAILER)
(CARBON) (TRUCK #   ) (VAN) (DO METER) (COND/TEMP/pH METER) (OTHER:                    )

**# OF WELL(S) GAUGED:** 6   **LPH BAILED:** _____   **VOLUME REMOVED:** _____

**SAMPLE(S) COLLECTED?** (YES) NO   **SOURCE OF SAMPLE(S):** monitoring wells

**LABORATORY:** SPL   **ANALYSIS:** _____

**WERE THERE SITE VISITORS?:** none

**NOTES:**

**SAMPLED/PURGED BY:** AR / BF _____ FOR ZIRON ENVIRONMENTAL SERVICES, INC.

# APPENDIX C

WELL SAMPLING PROCEDURE
ZIRON ENVIRONMENTAL SERVICES, INC..

Ziron Environmental Services. Inc.. has a unique and STATE OF THE
ART sampling procedure which will replace the manual mundane
chore of well sampling. This sampling procedure will bring the
sampling chore into the forefront of environmental efficiency.
Actually, our procedure is quite simple. Let us explain.

First off, everything is considered the same except for the way
we remove the water from the well. Here is where Ziron
Environmental Services. Inc.. has stepped forward in the
Environmental Industry.

THE PROCESS:

STEP ONE - WELL GAUGING AND DATA GATHERING...

1.    Determine the order in which to gauge the wells.  This
      is performed from expected best to expected worst water
      quality.

2.    Determine the well size and notate it.

3.    The well is then monitored with an ORS INTERFACE PROBE to
      determine the depth of water, depth of the well and lastly
      hydrocarbon thickness (if present). All data is recorded.

4.    The depth of the well and the amount of water within the
      well make the WATER COLUMN, which along with the size of the
      well, the technician can determine the amount of water to be
      removed from the well. This data and multiplier are taken
      from Table 32 on Diagram 1.0 (enclosed). At this point, the
      Ors probe is decontaminated before and after each well to
      avoid cross contamination.

5.    The above steps are completed at each requested well.

STEP TWO - WELL SPECIFIC PURGING AND PURGING WAND...

1.    The "purging wand" used to purge the well is made of a 9'
      section of 1/2" pvc pipe and two 1/2" ball check valve
      attached on both ends of the wand. The purging wand and
      ball check valves are then attached to a clear hose.

2.    The "purging wand" and valves are decontaminated completely
      before attaching it to a hydraulic pump connected to a 1000
      gallon tank truck.

PURGING PROCESS
PAGE TWO


3.    The hydraulic pump is turned on and the pump creates the
      necessary vortex required to clear the well.  The amount of
      liquid recovered in the process will be the proper amount
      needed for a representative sample.  The liquid (water) as
      it leaves the well passes through the "purging wand" to the
      waiting 1000 gallon tank truck.  (note:  This pump has the
      range of pumping 35 gallons per minute to as slow as a 1/4
      gallon per minute).


4.    However, before reaching the 1000 Gallon Tank Truck the
      water passes through a flowmeter to ensure that the proper
      amount of water is taken from the well (Diagram 1.1 Charts
      the path of the well water).  This liquid amount will
      correspond with the amount estimated to be removed from the
      well.  Again, the necessary computations are listed in
      diagram 1.0 and are determined in step one of the process.


5.    With each well to be purged at a location a new "purging
      wand" will be used.  This will prevent cross contamination
      from one well to the next.  Every well has a specific
      "purging wand" and Viton Ball Check Valves dedicated to it.
      The Viton Ball Check Valves are then decontaminated with
      alconox and distilled water at the end of the location
      visit.  The "purging wand" is discarded after its use.


6.    The purging process is completed from expected best to
      expected worst.


STEP THREE - SAMPLING THE WELL


1.    Minimize the possibility of cross-contamination by:

2.    Sample the monitoring wells in order form expected best to
      expected worst water quality.

3.    Use dedicated sampling (bailer) equipment at each well.

4.    Use clean, new bailing rope for each well sampled.  Wear
      clean, new, disposable sampling gloves at each new sampling
      point.

PURGING PROCESS
PAGE THREE

5.      The sample vials should not contain any entrapped air
        bubbles.  Do not filter samples requiring analysis for
        organics.  Transferring water samples from one container to
        another may cause inaccurate analytical results due to
        volatilization.  Fill bailers gently to prevent aerating
        the water sample.  Allow the bailer to fill near the water
        cable to ensure that compounds less dense than water (eg.,
        BETX) are sampled and detected.

6.      QA/QC  samples--Every sampling event should include at
        least one field blank (to be collected from the bailer used
        during sampling) and at least one field duplicate.

7.      The labels on the water sample bottles should indicate:

        A.   Type of analysis;
        B.   Name of facility;
        C.   Monitoring point identification;
        D.   Name of person collecting the sample;
        E.   Time and date the sample was collected; and
        F.   Note whether a preservative was added or if the sample
             was filtered.

8.      Cool samples to 4 degrees Celsius and ship to the
        laboratory as soon as possible, but within four days.  Voc,
        Betx, and Gro samples must be analyzed within 14 days of
        collection.  DRO samples must be extracted within 7 days of
        collection and must be analyzed within 47 days of
        collection.  Samples not analyzed within the accepted
        holding time may be considered invalid.  Costs related to
        their collection and analysis may not be considered
        eligible for reimbursement.

9.      Be sure to maintain chain of custody records for the
        samples.  Provide these records in reports submitted to the
        MPCA.

STEP FOUR - DISOLVED OXYGEN READINGS & TEMPARTURE READINGS

1.      If requested Ziron Environmental Services, Inc., can
        perform this service.

PURGING PROCESS
PAGE FOUR

The samples and chain of custody were delivered to the
laboratory. Upon arrival at the laboratory, the sample were/are
checked in by the appropriate laboratory personnel and the chain
of custody was signed and transferred to the laboratory.
Laboratory identification numbers are noted on the chain of
custody record. A copy of the chain of custody is turned over to
the laboratory project manager. Upon completion of the
laboratory analysis, the completed chain of custody record is
returned to the Consulting Companies Project Manager with the
analytical results.

COOPER          H.H., Jr., J.D. Bredehoef, and J.S. Papadopulos.
                1967.  Response of a finite diameter well to an
                instantaneous charge of water.  Water Resource
                Research, Vol. 3, pp. 263-269

HVORSLEV        M.N. 1951.  Time log and soil permeability in
                ground water observations.  U.S. Army Corps
                Engineers.  Waterway Exp. Sta. Bull 36, Vicksburg,
                Miss.

PAPADOPULOS     J.S. J.D. Bredehoef, and H.H. Cooper. 1973.  On
                the analysis of slug test data.  Water resources
                Research, Vol. 9, p.p.m 1087-1089

THOMPSON        D.B. 1987. A Microcomputer program for
                interpreting time-log permeability test.  Ground
                Water, Vol. 25, NO. 2, pp. 212-218

077190 5/03 Lake

J & S ENTERPRISES

SEP-07-99 TUE 10:47    IEMA        FAX NO. 2177827774      P. 01/02

RF

## Illinois Emergency Management Agency

### FIELD REPORT

**Incident Number** | 9 | 9 | 2 | 0 | 8 | 9 |

Date: 09 / 07 / 99
Time: 1037
Received by: JLN

Notify: ILLINOIS EMERGENCY MANAGEMENT AGENCY
1 – 800 / 782 – 7860 or 217 / 782 – 7860

1. Caller: SHADDOW MIRKEF
2. Call back phone#: 312/755-9550
3. Caller represents: ENVIRONMENTAL GROUP
4. Type of incident:[ ] Fire [x] Leak or Spill
   [ ] Explosion [ ] Water Involvement
   [ ] Gas or Vapor cloud [ ] Other_____
5. Incident Location:   W0085
   Street____ 2159 LEWIS AVE.
   City____ WAUKEGAN _____ [ ] In [ ] Near
   County____ LAKE
   Milepost_____ [ ] RR [ ] River [ ] Highway
   Sec._____ Twp. _____ Range_____
6. Area Involved: [ ] Highway [ ] Rail [x] Fixed Facility
   [ ] Waterway [ ] Air [ ] Other_____
7. Material (s) Involved:____ GASOLINE

   [ ] Gas [x] Liquid [ ] Semi-Solid [ ] Solid
   [ ] Pesticide [ ] Radioactive
   CAS #:_____
   UN/NA #:_____
   Is this a 302 (a) Extremely Hazardous Substance?
             [ ] Yes [ ] No [ ] Unknown
   Is this a RCRA Hazardous Waste?
             [ ] Yes [ ] No [ ] Unknown
   If Yes, is this a RCRA regulated facility?
             [ ] Yes [ ] No

8. Container: [ ] Truck [ ] RR car [ ] Drum
   [ ] Aboveground tank [x] Pipeline
   [x] Underground tank [x] Other__ PIPES ASSOCIATED WITH
   container size:____ 1-2 inch ____ TANKS
9. Amount released:____ UNK
   Rate of release:_____/ min.
10. Cause of release:____ UNK

11. Estimated spill extent:_____
    [ ] square feet [ ] square yards
12. [ ] Occurred Date:___/___/___ Time:_____
    [x] Discovered Date: 09 / 04/99 Time: PM.

13. Emergency units contacted
    [ ] Fire_____
    [ ] Sheriff_____
    [ ] Police_____
    [ ] ESDA_____
    [ ] Other_____

14. On Scene Contact:____ SHAHNAZ ARSHED
    On Scene Phone#:____ 630/510-1334
15. No. injured:____ NO ____ [ ] Haz-mat related
    Where taken:_____
16. Public health risks and/or precautions taken,
    including # evacuated:_____ NO

17. Assistance needed from State Agencies:
              NO

18. Containment/cleanup actions and plans:
         POSSIBLY #3

19. Weather: [ ] sunny [ ] overcast [ ] night
            [ ] ptly. cldy. [ ] rain [ ] snow
    Temp._____ F wind dir._____ speed ____ mph.

20. Responsible Party: J AND S ENTERPRISES -

    Contact person:____ #14
    Phone #____ 630/510-1334
    Mailing address:____ 1566 DUNDEE RD.
            WHEATON, IL. 60187

    Notifications:____ FAX TO IEPA, SEM, REG 4

    On scene
    [ ] Fire_____
    [ ] Sheriff_____
    [ ] Police_____
    [ ] ESDA_____
    [x] Other____ SUP FROM SEM

OFFICIAL COPY
BUREAU OF LAND DOCUMENT
ILLINOIS E.P.A.

Reviewer JD
Initials
Date 4/24/5

# of Pages 1

08CV2657
AEE
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ



## aea laboratories, inc.

DBA: AMERICAN-ATHENA LABORATORIES

EGSL
351 W. Hubbard St., Suite 710
Chicago, IL 60610-4010
Fax: 312-755-9566
Attn: Shadow

First Lab Number: 010506
Project Name: Waukegan
Project No.:
Sample Matrix: Soil

Sampled: 08/30/99
Received: 08/31/99
Analyzed: 09/02/99
Reported: 09/03/99

ANALYTICAL REPORT

| Lab Number | AE10506 | | |
|---|---|---|---|
| Field ID | E. Wall | | |
| Compound | Result mg/kg dry weight | MDL mg.kg dry weight | Regulatory Limits |
| % Moisture | 20.3% | 0.1 | - |
| BTEX by 8021B | | | |
| Benzene | 1.4 | 0.0566 | 0.03 |
| Toluene | 29.6 | 0.317 | 12 |
| Ethyl Benzene | 17.8 | 0.317 | 13 |
| Meta & Para Xylene | 46.6 | 0.317 | 200 |
| Ortho Xylene | 20.6 | 0.317 | 190 |
| BTEX Prep by 5035 | 08/17/99 | - | - |

| Lab Number | AE10506 | | |
|---|---|---|---|
| Field ID | GP1 | | |
| Compound | Result mg/kg dry weight | MDL mg.kg dry weight | Regulatory Limits |
| % Moisture | 14.0% | 0.1 | - |
| BTEX by 8021B | | | |
| Benzene | 4.1 | 0.058 | 0.03 |
| Toluene | 50.8 | 0.290 | 12 |
| Ethyl Benzene | 27.2 | 0.290 | 13 |
| Meta & Para Xylene | 75.9 | 0.290 | 200 |
| Ortho Xylene | 36.3 | 0.290 | 190 |
| BTEX Prep by 5035 | 08/30/99 | - | - |

Analytes reported on dry weight basis except for Moisture.

AEA Laboratories, Inc.

*Arminta P. Priddy*

Arminta P. Priddy
Laboratory Director

*Benzen which causes cancer. Its IEPA*
*Clean-up objective is 0.0005 mg/Kg*

1

**Attachment B**

*Diver, Jeep & Blazer, L.L.C.*
*environmental law*

Jeffrey R. Diver†
Jeffery D. Jeep*
Michael S. Blazer**
Thomas S. Yu
Tracey A. Dillon
Jane F. Klassen

† **Of Counsel**

* Also admitted in Massachusetts
** Also Admitted in New York

1749 S. Naperville Rd., Suite 102
Wheaton, IL 60187
(630) 681-2530
(630) 690-2812 Fax

Lake County Office:
450 N. Green Bay Road
Waukegan, IL 60085

Jeffery D. Jeep
email: jdjeep@enviroatty.com

Web Site: www.enviroatty.com

April 13, 2005

### *DELIVERY VIA REGISTERED MAIL, RETURN RECEIPT REQUESTED*

To:

J & S Enterprises
187 Timber Oaks Drive
North Aurora, Illinois 60542

J & S Enterprises
1566 Dundee Road
Wheaton, Illinois 60187

Javed Arshed
187 Timber Oaks Drive
North Aurora, Illinois 60542

Javed Arshed
1566 Dundee Road
Wheaton, Illinois 60187

Shahnaz Arshed
187 Timber Oaks Drive
North Aurora, Illinois 60542

Shell Oil Products Company
Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, Il 62703-4261

Shell Oil Company
Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, Il 62703-4261

Equilon Enterprises LLC
d/b/a Shell Oil Products US
Registered Agent
CT Corporation System
208 S LaSalle St
Chicago, Il 60604

Shell Oil Products Company LLC
Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, Il 62703-4261

**Re:**     **Notice of Intent to Sue under RCRA, CERCLA, et al.**

**Our File:**     **0189.24**

**THIS IS TO NOTIFY YOU THAT**:

1.  The undersigned is counsel for, and serves this notice on behalf of:

*Diver, Jeep & Blazer, L.L.C.*
*environmental law*

**April 13, 2005**
**Page 2 of 4**

City of Waukegan
100 N. Martin Luther King Jr. Avenue
Waukegan, Illinois 60085

2. This Notice concerns the property commonly known as 2159 N. Lewis Avenue, Waukegan, Illinois 60087 its improvements, including underground storage tanks, its surface and subsurface soils, sediment, surface water and groundwater, all of which are collectively referred to as the "Subject Property." The Subject Property is more specifically described as including all land identified by parcel index number (PIN) 08-08-401-012-0000 and is depicted on the Town of Waukegan Tax Parcel Map attached as **Attachment A**.

3. J & S Enterprises is the current owner and operator of the Subject Property and has owned the Subject Property since June of 1997.

4. The Subject Property was previously owned by Shell Oil Company, a Delaware Corporation, from June of 1988 to June of 1997. Shell Oil Company formerly owned and operated a petroleum retail operation on the Subject Property. Equilon Enterprises, L.L.C., doing business as Shell Oil Products US, was the owner and operator of four underground storage tanks (USTs) used for the storage of petroleum products, which were removed from the Subject Property in April of 1990. Shell Oil Company, Equilon Enterprises, L.L.C., Shell Oil Products US, Shell Oil Products Company and Shell Oil Products Company, L.L.C., collectively, are referred to hereafter as "Shell". On December 29, 1989, Shell reported a release of petroleum products from the USTs to the Illinois Emergency Management Agency ("IEMA") and the Illinois Environmental Protection Agency ("IEPA"). The release is more specifically identified as IEMA L.U.S.T. Incident Number 892683 and LPC Number 0971905105.

5. Subsequent to purchasing the Subject Property from Shell Oil Company in 1997, J & S Enterprises reported another release of petroleum products at the Subject Property to IEMA and IEPA, more specifically identified as IEMA L.U.S.T. Incident Number 992089 and LPC Number 0971905105.

6. J & S Enterprises and Shell, to whom this Notice is directed, have caused or allowed the release of hazardous substances within the meaning of the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. § 9601, *et seq.*, into the soil of the Subject Property.

7. As a result of such releases, soils at the Subject Property have become contaminated by, or are threatened to be contaminated by, the hazardous substance known as Benzene. This hazardous substance, Benzene, was detected in soil borings collected from the Subject Property in August of 1999 at levels of 1.4(mg/kg) and 4.1(mg/kg). A copy of the soil analysis is attached as **Attachment B**. The extent of Benzene contamination as well as possible

*Diver, Jeep & Blazer, L.L.C.*
*environmental law*

**April 13, 2005**
**Page 3 of 4**

contamination by Toluene, Ethylbenzene, MTBE and other hazardous substances, commonly found in petroleum products, caused by the releases on the Subject Property, including contamination to soil and groundwater on the Subject Property and surrounding properties, have not been fully investigated and/or characterized by J&S Enterprises or Shell.

8.  J & S Enterprises and Shell have contributed or are contributing to the past or present handling, storage or disposal at the Subject Property of substances which are solid waste or hazardous waste, within the meaning of the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. § 6901, et seq.

9.  The presence of an unconfined waste disposal site on the Subject Property, the known reported releases and the resulting contamination of the soil at the Subject Property, create an environmental condition which may present an imminent and substantial endangerment to health or the environment within the meaning of, and in violation of Section 7002 of RCRA, 42 U.S.C. § 6972(a) (1) (B).   The United States Department of Health and Human Services has determined that Benzene is a known human carcinogen.  Long term exposure to Benzene causes harmful effects on bone marrow and can cause a decrease in red blood cells leading to anemia.  It can also cause excessive bleeding and can affect the immune system, increasing the chance for infection.

10. The City of Waukegan has incurred and will continue to incur "necessary response costs" within the meaning of the CERCLA, 42 U.S.C. § 9601, *et seq.*, including, but not limited to, the costs of assessing and evaluating the release or threat of release of hazardous substances at the Subject Property, and the costs in identifying past and present owners and operators of a solid waste disposal facility on the Subject Property.

11. The City of Waukegan intends to file suit against persons to whom this Notice is addressed pursuant to various federal and state statutes, which, among others, may include; Section 7002(a)(1)(B) of RCRA, 42 U.S.C. § 6972(a)(1)(B) and Section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

Date:  April 13, 2005                           THE CITY OF WAUKEGAN

By:_____
                                             One of its Attorneys

*Diver, Jeep & Blazer, L.L.C.*
*environmental law*

**April 13, 2005**
**Page 4 of 4**

Jeffery D. Jeep
Diver, Jeep & Blazer, L.L.C.
1749 S. Naperville Road
Suite 102
Wheaton, IL 60187
(630) 681-2530
Fax (630) 690-2812
jdjeep@enviroatty.com


cc:     **REGISTERED MAIL, RETURN RECEIPT REQUESTED**

     Stephen L. Johnson
     Acting Administrator
     United States Environmental Protection Agency
     1102A
     Ariel Rios Building
     1200 Pennsylvania Avenue, N.W.
     Washington, DC 20460

     Barat Mathur
     Region V Acting Administrator
     United States Environmental Protection Agency
     77 W. Jackson Boulevard
     Chicago, IL 60604

     Attorney General
     United States Department of Justice
     Tenth and Pennsylvania Avenues N.W.
     Washington, DC 20530

     Renee Cipriano
     Director
     Illinois Environmental Protection Agency
     1021 N. Grand Avenue East
     P.O. Box 19276
     Springfield, IL 62794-9276

# Attachment  A

# Town of Waukegan Tax Parcel Map

**Attachment A**

# Attachment  B

# Soil Analysis
# August 1999



**aea laboratories, inc.**

DBA: AMERICAN-ATHENA LABORATORIES

EGSL
351 W. Hubbard St., Suite 710
Chicago, IL 60610-4010
Fax: 312-755-9566
Attn: Shadow

First Lab Number:  010505
Project Name:  Waukegan
Project No.:
Sample Matrix:  Soil

Sampled: 08/30/99
Received: 08/31/99
Analyzed: 09/02/99
Reported: 09/03/99

ANALYTICAL REPORT

| Lab Number | AE10505 | | |
| Field ID | E. Wall | | |
| Compound | Result mg/kg dry weight | MDL mg.kg dry weight | Regulatory Limits |
| % Moisture | 20.3% | 0.1 | - |
| **BTEX by 8021B** | | | |
| Benzene | 1.4 | 0.0566 | 0.03 |
| Toluene | 29.6 | 0.317 | 12 |
| Ethyl Benzene | 17.8 | 0.317 | 13 |
| Meta & Para Xylene | 46.6 | 0.317 | 200 |
| Ortho Xylene | 20.6 | 0.317 | 190 |
| BTEX Prep by 5035 | 08/17/99 | - | - |

| Lab Number | AE10506 | | |
| Field ID | GP1 | | |
| Compound | Result mg/kg dry weight | MDL mg.kg dry weight | Regulatory Limits |
| % Moisture | 14.0% | 0.1 | - |
| **BTEX by 8021B** | | | |
| Benzene | 4.1 | 0.058 | 0.03 |
| Toluene | 50.8 | 0.290 | 12 |
| Ethyl Benzene | 27.2 | 0.290 | 13 |
| Meta & Para Xylene | 75.9 | 0.290 | 200 |
| Ortho Xylene | 36.3 | 0.290 | 190 |
| BTEX Prep by 5035 | 08/30/99 | - | - |

Analytes reported on dry weight basis except for Moisture.

AEA Laboratories, Inc.

*Arminta P. Priddy*

Arminta P. Priddy
Laboratory Director

*Benzen which causes cancer. Its IEPA*
*Clean-up objective is 0.0005 mg/Kg*

1

SEP-03-1999  14:12  FROM  AEA LABORATORIES INC  TO  EGSL  P.02

**Attachment  B**

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_llon Enterprises LLC
_/a Shell Oil Products US
_gistered Agent
_ois Corporation System
_ S. LaSalle Street
_cago, IL 60604

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
4/20/08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

C 7 Cop.

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)

RR 088 992 422 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*The Jeff Diver Group, LLC*
1749 S. Naperville Road
Suite #102
Wheaton, IL 60187

0189.24

B3

**NDER: *COMPLETE THIS SECTION***

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Shell Oil Company
Registered Agent
Illinois Corporation Service Center
801 Adlai Stevenson Drive
Springfield IL 62703

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ⟨signature⟩                              ☐ Agent
                                           ☐ Addressee

B. Received by ( *Printed Name* )          C. Date of Delivery
T Jones                                    4-2

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☒ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)          ☐ Yes

2. Article Number
   (*Transfer from service label*)    RR 088 992 419 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Jeff Diver Group, LLC
1749 S. Naperville Road
Suite #102
Wheaton, IL 60187

0189.24

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ___Jarvis___  ☐ Agent  ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
T Jarvis                              4 2

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

Shell Oil Products Company
Registered Agent
Illinois Corporation Service Center
801 Adlai Stevenson Drive
Springfield IL 62703

3. Service Type
☐ Certified Mail     ☐ Express Mail
☒ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*   RR 088 992 405 US

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



*The Jeff Diver Group, LLC*
**1749 S. Naperville Road**
**Suite #102**
**Wheaton, IL 60187**

RECEIVED
APR 2 5 2005

0189.24

A3

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shahnaz Arshed
187 Timber Oaks Dr
North Aurora IL 60542-3004

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Shahnaz A Arsed_    ☐ Agent
                        ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

Shahnaz Ar...    4-21-03

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☒ No

RECEIVED
APR 22 2005

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)    RR 088 992 396 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*The Jeff Diver Group, LLC*
1749 S. Naperville Road
Suite #102
Wheaton, IL 60187

0189.24

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:

Javed Arshed
187 Timber Oaks Dr
North Aurora IL 60542-3004

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Shahns A Rshd*   ☐ Agent
☒ Addressee

B. Received by ( *Printed Name*)     C. Date of Delivery

*Shahnaz Avshod.*   *4-21-05*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☒ No

RECEIVED

APR 22 2005

3. Service Type
☐ Certified Mail     ☐ Express Mail
☒ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

Article Number
(*Transfer from service label*)   RR 088 992 379 US

'S Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

FOX VALLEY IL 60599
PM
21 APR
2005

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Diver, Jeep & Blazer, L.L.C.*
*environmental law*
1749 South Naperville Road
Suite 102
Wheaton, IL   60187

0189.24

0187+8192

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J & S Enterprises
187 Timber Oaks Dr
North Aurora IL 60542-3004

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Shahnaz A. Arshed*    ☐ Agent  ☒ Addressee

B. Received by (*Printed Name*)     C. Date of Delivery

*Shahnaz Arshed*   4-11-05

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☒ No

RECEIVED
APR 22 2005

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
(*Transfer from service label*)    RR 088 992 351 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Diver, Jeep & Blazer, L.L.C.*
*environmental law*
1749 South Naperville Road
Suite 102
Wheaton, IL   60187

0189.24

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shell Oil Products Company LLC
Registered Agent
Illinois Corporation Service Center
801 Adlai Stevenson Drive
Springfield IL 62703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _T- Jarvy_  ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

T Jarvis  4-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail ☐ Express Mail
   ☒ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
   *(Transfer from service label)*  RR 0889924360 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



*The Jeff Diver Group, LLC*
1749 S. Naperville Road
Suite #102
Wheaton, IL 60187

RECEIVED
APR 2 5 2005

0189.24

83