## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:    08 CV 2657

The City of Waukegan, an Illinois municipal corporation,

v.

Javed Arshed, Shahnaz Arshed, d/b/a J&S Enterprises; Shell Oil Company; Equilon Enterprises LLC, a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants
Shell Oil Company; Equilon Enterprises LLC, a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company

| | |
|---|---|
| NAME (Type or print) <br> Rosa M. Tumialán | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Rosa M. Tumialán | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 10 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 6226267 | TELEPHONE NUMBER <br> (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |