**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 2657 |

The City of Waukegan, an Illinois municipal corporation,

v.

Javed Arshed, Shahnaz Arshed, d/b/a J&S Enterprises; Shell Oil Company; Equilon Enterprises LLC, a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants
Shell Oil Company; Equilon Enterprises LLC, a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company

| |
|---|
| NAME (Type or print) |
| Harry N. Arger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Harry N. Arger |
| FIRM |
| Dykema Gossett PLLC |
| STREET ADDRESS |
| 10 S. Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No. 6198806 | (312) 876-1700 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐