IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, AN ILLINOIS MUNICIPAL CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAVED ARSHED, SHAHNAZ ARSHED D/B/A J&S ENTERPRISES; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC a/k/a SHELL OIL PRODUCTS US; SHELL OIL PRODUCTS COMPANY LLC a/k/a SHELL OIL PRODUCTS COMPANY<br><br>    Defendants. | Case No.    08 CV 2657 |

**AGREED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COME certain Defendants, SHELL OIL COMPANY, SHELL OIL PRODUCTS US and SHELL OIL PRODUCTS COMPANY, incorrectly named as EQUILON ENTERPRISES LLC a/k/a SHELL OIL PRODUCTS US, and SHELL OIL PRODUCTS COMPANY LLC a/k/a SHELL OIL PRODUCTS COMPANY (hereinafter the "Shell Entities") by and through its attorney Rosa M. Tumialán and under Federal Rule of Civil Procedure 6(b) moves this Court for an enlargement of time for the Shell entities to answer or otherwise plead to and including July 2, 2008.  The Shell Entities state the following in support of their motion:

    1.    Plaintiff, the City of Waukegan, filed an amended complaint with this Court on May 9, 2008 naming the Shell Entities as defendants.  [DE 7]

    2.    The Amended Complaint is styled in two counts.  Count I alleges a claim under the Resource Conservation and Recovery Act (RCRA), 42 U.S.C. §6972(a)(1).  Count II sounds in common law public nuisance.

3.  Service on the Shell Entities was affected on or about May 13, 2008. The Shell Entities' responsive pleading is due on or before June 2, 2008.

4.  The allegations in this matter relate to alleged environmental contamination attributed, in part, to the Shell Entities' former operations at a site it no longer owns. The Shell Entities and its counsel are currently investigating the allegations which involve searching historical records. This investigation will take longer than the 20 days provided for a responsive pleading.

5.  The undersigned conferred with plaintiff's counsel, Michael Blazer on May 28, 2008. Mr. Blazer does not object to an enlargement of time for the Shell Entities to file a responsive pleading.

WHEREFORE, for the foregoing reasons, the moving defendants respectfully request that this Court grant an enlargement of time for it to answer or otherwise plead through and including July 2, 2008.

> Respectfully submitted,
>
> By: /Rosa M. Tumialán
> One of the Attorneys for Defendants
> Shell Oil Company; Equilon Enterprises LLC a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company

Harry N. Arger ARDC # 6198806
Rosa M. Tumialán ARDC # 6226267
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312)876-1700