IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, an Illinois municipal corporation,<br><br>Petitioners,<br><br>vs.<br><br>JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company,<br><br>Defendants. | Case No.     08 C 2657<br>Judge         Robert W. Gettleman<br>Magistrate:  Maria Valdez |

**SHELL OIL COMPANY, EQUILON ENTERPRISES LLC, AND SHELL OIL PRODUCTS COMPANY LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

NOW COME certain Defendants, SHELL OIL COMPANY, SHELL OIL PRODUCTS US and SHELL OIL PRODUCTS COMPANY, incorrectly named as EQUILON ENTERPRISES LLC a/k/a SHELL OIL PRODUCTS US, and SHELL OIL PRODUCTS COMPANY LLC a/k/a SHELL OIL PRODUCTS COMPANY (hereinafter the "Shell Entities" or "Shell") by and through one of its attorneys Rosa M. Tumialán and under Fed. R. Civ. P. 12(b)(6), respectfully move this Court to dismiss Counts I and II of The City of Waukegan's ("the City") Amended Complaint.

Count I should be dismissed because it fails to allege facts to support a *prima facie* claim under § 6972(a)(1)(B) of Resource Conservation and Recovery Act ("RCRA") against the Shell Entities. Plaintiff failed to allege that the Shell Entities generated waste and that the Shell Entities contributed to the waste at issue. No imminent danger from waste attributable to the

Shell Entities exists as a result. Further, Plaintiff does not allege that the Shell Entities are in violation of RCRA regulations as they relate to underground storage tanks.

Even if this Court finds that Plaintiff states a cause of action under RCRA, Plaintiff is not entitled to civil penalties. Citizen suits brought under section 7002(a)(1)(B) do not provide for the recovery of civil penalties for alleged violations of Section IX. Even if such penalties were allowed, they would be barred by the statute of limitations.

The Court should also dismiss Count II for two reasons. First, this Court's jurisdiction over the state law claim is based on supplemental jurisdiction and the dismissal of the RCRA count compels dismissal of the state law claim. Second, the City cannot plead that Shell proximately caused the alleged release; therefore, the City cannot state a cause of action for common law nuisance.

The Shell Entities adopt the arguments set out in the Memorandum in Support of Motion to Dismiss filed concurrently herewith.

WHEREFORE, for the foregoing reasons, Defendants Shell Oil Company; Equilon Enterprises LLC, and Shell Oil Products Company LLC, respectfully request that this Court grant its motion and dismiss Counts I and II of Plaintiff's Amended Complaint with prejudice and for such other relief as this Court deems proper.

    Respectfully submitted,

By: /Rosa M. Tumialán
    One of the Attorneys for Defendants
    Shell Oil Company; Equilon Enterprises LLC, Shell
    Oil Products Company LLC

Harry N. Arger ARDC # 6198806
Rosa M. Tumialán ARDC # 6226267
Michelle A. Gale ARDC #6277913
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312)876-1700