IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, AN ILLINOIS MUNICIPAL CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAVED ARSHED, SHAHNAZ ARSHED D/B/A J&S ENTERPRISES; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC a/k/a SHELL OIL PRODUCTS US; SHELL OIL PRODUCTS COMPANY LLC a/k/a SHELL OIL PRODUCTS COMPANY<br><br>    Defendants. | Case No.     08 CV 2657 |

## NOTICE OF MOTION

To:     COUNSEL OF RECORD

    **PLEASE TAKE NOTICE** that on **Tuesday July 8, 2008,** at **9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Robert W. Gettleman** or any judge sitting in his stead in **Room 1703** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present **Certain Defendants Motion to Dismiss.**

Dated: July 2, 2008            SHELL OIL COMPANY, SHELL OIL PRODUCTS US and SHELL OIL PRODUCTS COMPANY, incorrectly named as EQUILON ENTERPRISES LLC a/k/a SHELL OIL PRODUCTS US, and SHELL OIL PRODUCTS COMPANY LLC a/k/a SHELL OIL PRODUCTS COMPANY

                                       *s/ Rosa M. Tumialán*
                                       Harry N. Arger (harger@dykema.com)
                                       Rosa M. Tumialán (rtumialan@dykema.com)
                                       DYKEMA GOSSETT PLLC
                                       10 South Wacker Drive, Suite 2300
                                       Chicago, Illinois 60606
                                       Phone: 312-876-1700
                                       Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 2, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

> Michael S. Blazer  Mblazer@enviroatty.com
> Lance E. Franke   lefranke@enviroatty.com

*s/ Rosa M. Tumialán*