IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, an Illinois municipal corporation, | ) ) ) |
| Petitioners, | ) Case No. 08 C 2657 ) Judge Robert W. Gettleman |
| vs. | ) Magistrate Maria Valdez ) |
| JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company, | ) ) ) |
| Defendants | |

**SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, AND SHELL OIL PRODUCTS LLC'S FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendants SHELL OIL COMPANY, EQUILON ENTERPRISES LLC, incorrectly named as Equilon Enterprises LLC a/k/a Shell Oil Products US and SHELL OIL PRODUCTS COMPANY LLC, incorrectly named as Shell Oil Products Company LLC a/k/a Shell Oil Products Company states the following under Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR 3.2 of the Local General Rules:

The ultimate parent company of Shell Oil Company is Royal Dutch Shell plc. Shell Oil Company is a Delaware corporation with its principal place of business in Houston, Texas. No publicly held company owns 10% or more of Shell Oil Company stock.

Shell Oil Products Company, LLC is a limited liability company with its principal place of business in Houston, Texas. Shell Oil Products Company is the sole member of Shell Oil Products Company LLC.

Equilon Enterprises LLC is a limited liability company with its principal place of business in Houston, Texas. The members of Equilon Enterprises LLC are SOPC Holdings West

and TMR Company. The members of SOPC Holdings West are Shell Oil Company and Shell Oil Products Company LLC, whose members are disclosed above.

July 2, 2008                                       Respectfully submitted,


                                                   By: /Rosa M. Tumialán
                                                        One of the Attorneys for Defendants
                                                        Shell Oil Company, Equilon Enterprises LLC
                                                        and Shell Oil Products LLC

Harry N. Arger ARDC # 6198806
Rosa M. Tumialán ARDC # 6226267
Michelle A. Gale ARDC #6277913
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312)876-1700

## CERTIFICATE OF SERVICE

I hereby certify that on **July 2, 2008,** I electronically filed **Certain Defendants' Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

   Michael S. Blazer  Mblazer@enviroatty.com
   Lance E. Franke    lefranke@enviroatty.com

                                                    s/ Rosa M. Tumialán