# J & S. Enterprises

July 3, 2008

Mr. Lance E. Franke
Jeep & Blazer, LLC
24 North Hillside Avenue Suite A
Hillside IL 60162

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Subject : Response to City of Waukegan Vs (J & S Enterprises, Shell Oil, Equillon Enterprise) Case # 08cv2657

Dear Mr. Franke:    08cv2657

Per our telephone conversation with Mr. Blazer on June 3, 2008 in which I expressed a possible delay to response to the unilateral 20 day time limit set by you to respond to your Law Suit as I was in the process of selecting an Attorney. Apparently, my Attorney and Shell oil's and Equilon's Attorney will have to respond jointly to City of Waukegan complaint # (08CV2657), as you have filed complaint against all parties. .

In your complaint, you have alleged that contaminats have migrated off-site since Shell Oil Product operated the property. Apparently, J & S Enterprise's Environmental Consultant USET have done two extensive subsurface investigations in 2005 and 2006 and found no contaminats have migrated offsite yet. These reports have been submitted to the IEPA together with a Corrective Action Plan (CAP). At present, it is being reviewed by the IEPA. This CAP will be implemented as soon as IEPA approved it. (Anticipated in later part of 2008).

**In order for us (J & S Enterprises and Shell oil Product, and Equillon Enterprise) to respond jointly to your complaint, we need 60-day extension from the date of this letter.**

I hope City of Waukegan would not waste its resident's money on this baseless lawsuit.

Sincerely,

J & S Enterprises

Javed Arshed
President

Cc  Mayor City of Waukegan
    Director of Public Works City of Waukegan
    Michael W. Dobbins, Clerk US District Court Northern District of Illinois.

219-S-DearBorn Chicago

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE CITY OF WAUKEGAN, an Illinois municipal corporation,

V.

JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company

CASE NUMBER: 08cv2657

ASSIGNED JUDGE: Judge Gettleman

DESIGNATED MAGISTRATE JUDGE: Judge Valdez

TO: (Name and address of Defendant)

JAVED ARSHED
187 Timber Oaks Drive
North Aurora, IL
60542-3004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance E. Franke
Jeep & Blazer, LLC
24 N. Hillside Avenue, Suite A
Hillside, IL 60162
(708) 236-0830

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 9, 2008
Date