IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, an Illinois municipal corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAVED ARSHED, SHAHNAZ ARSHED, )<br>d/b/a J & S Enterprises; SHELL OIL )<br>COMPANY; EQUILON ENTERPRISES LLC, )<br>a/k/a Shell Oil Products US; SHELL OIL )<br>PRODUCTS COMPANY LLC a/k/a Shell Oil )<br>Products Company )<br>) | Case No. 08CV2657<br><br>Judge Robert W. Gettleman<br><br>Magistrate Maria Valdez |

**MOTION FOR ORDER OF DEFAULT**

Now comes Plaintiff, the CITY OF WAUKEGAN (the "City" or "Waukegan"), by its attorneys, and for its Motion for the entry of an Order of Default against Defendants, JAVED ARSHED, SHAHNAZ ARSHED (collectively the "Arsheds"), d/b/a J & S Enterprises ("J&S"), states

1. The City filed the instant action on May 9, 2008. The Arsheds were served with Summons and the City's Amended Complaint on the same day. Copies of said Summons, with completed certificates of service, are attached hereto as Exhibit A.

2. To date, the Arsheds and J&S have failed to appear or answer or otherwise plead with respect to this action.

3. Rather, on July 3, 2008, Defendant Javed Arshed mailed correspondence to counsel for the City and to the Clerk of the Northern District (Docket No. 20). A copy of said correspondence is attached hereto as Exhibit B. Said correspondence does not

constitute, and is not a proper substitute for, a proper appearance and response to the Complaint herein.

    WHEREFORE, the City prays as follows:

    A.    For entry of an order of default against Defendants JAVED ARSHED and SHAHNAZ ARSHED, d/b/a J & S Enterprises;

    B.    For such other relief as the Court deems appropriate under the circumstances.

THE CITY OF WAUKEGAN

By:   /s/Michael S. Blazer
      One of its attorneys

Michael S. Blazer (ARDC No. 6183002)
Jeep & Blazer, L.L.C.
24 N. Hillside Ave, Suite A
Hillside, IL 60162
(708) 236-0830
Fax (708) 236-0828
mblazer@enviroatty.com

## VERIFICATION

    Michael S. Blazer, being first duly sworn, deposes and states that he is one of the attorneys for the Plaintiff herein, that he has read the above and foregoing Motion for Order of Default and knows the contents thereof, and the same are true.

_____
Michael S. Blazer

Subscribed and sworn to before me
this 18th day of July, 2008.

_____
Notary Public

Official Seal
Patti S Blazer
Notary Public State of Illinois
My Commission Expires 12/08/2009

## CERTIFICATE OF SERVICE

I, Michael S. Blazer, an attorney for Plaintiff, certify that I have caused the foregoing **Motion for Order of Default** to be served on counsel of record for the parties listed on the attached service list through the court's CM/ECF system which constitutes service under LR 5.9; and on those individuals on the service list not represented by counsel via First Class Mail, postage prepaid, on this 18th day of July, 2008.

                                                s/Michael S. Blazer
                                                Michael S. Blazer

## SERVICE LIST

*City of Waukegan v. Javed Arshed, et al.*, Case No. 08 C 2657

| | |
|---|---|
| Rosa M. Tumialán<br>Michelle A. Gale<br>Harry N. Arger<br>Dykema Gossett Rooks Pitts, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL  60606<br>rtumialan@dykema.com<br>mgale@dykema.com<br>harger@dykema.com<br><br>Counsel for Shell Oil Company; Equilon Enterprises LLC, a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company | Javed Arshed<br>Shahnaz Arshed<br>187 Timber Oaks Drive<br>North Aurora, IL 60542 |

**EXHIBIT A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE CITY OF WAUKEGAN, an Illinois municipal corporation,

V.

JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company

CASE NUMBER: 08cv2657

ASSIGNED JUDGE: Judge Gettleman

DESIGNATED MAGISTRATE JUDGE: Judge Valdez

TO: (Name and address of Defendant)

JAVED ARSHED
187 Timber Oaks Drive
North Aurora, IL
60542-3004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance E. Franke
Jeep & Blazer, LLC
24 N. Hillside Avenue, Suite A
Hillside, IL 60162
(708) 236-0830

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 9, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>May 15, 2008 |
| NAME OF SERVER *(PRINT)*<br>Jerry D. Dover | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 187 Timber Oaks Drive
North Aurora, IL 60542

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 16, 2008       *[signature]*
                  Date                  *Signature of Server*
                                      7 S. Lincoln ST., Ste. 201
                                      Hinsdale, IL 60521

                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE CITY OF WAUKEGAN, an Illinois
municipal corporation,

CASE NUMBER: **08CV2657**

V.

ASSIGNED JUDGE: **JUDGE GETTLEMAN**

JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S
Enterprises; SHELL OIL COMPANY; EQUILON
ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL
PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

SHAHNAZ ARSHED d/b/a J & S Enterprises
187 Timber Oaks Drive
North Aurora, IL
60542-3004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance E. Franke
Jeep & Blazer, LLC
24 N. Hillside Avenue, Suite A
Hillside, IL 60162
(708) 236-0830

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

*Anya Ellis*
--------------------------------
(By) DEPUTY CLERK



May 8, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 15, 2008 |
| NAME OF SERVER *(PRINT)* Jerry D. Dover | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left: ___Javed Arshed /husband___

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___May 16, 2008___
　　　　　　　　Date

Signature of Server
7 S. Lincoln ST., Ste. 201
Hinsdale, IL 60521

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**



# J & S. Enterprises



FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 3, 2008

Mr. Lance E. Franke
Jeep & Blazer, LLC
24 North Hillside Avenue Suite A
Hillside IL 60162

Subject : Response to City of Waukegan Vs (J & S Enterprises, Shell Oil, Equillon Enterprise) Case # 08cv2657

Dear Mr. Franke:   08cv2657

Per our telephone conversation with Mr. Blazer on June 3, 2008 in which I expressed a possible delay to response to the unilateral 20 day time limit set by you to respond to your Law Suit as I was in the process of selecting an Attorney. Apparently, my Attorney and Shell oil's and Equilon's Attorney will have to respond jointly to City of Waukegan complaint # (08CV2657), as you have filed complaint against all parties. .

In your complaint, you have alleged that contaminats have migrated off-site since Shell Oil Product operated the property. Apparently, J & S Enterprise's Environmental Consultant USET have done two extensive subsurface investigations in 2005 and 2006 and found no contaminats have migrated offsite yet. These reports have been submitted to the IEPA together with a Corrective Action Plan (CAP). At present, it is being reviewed by the IEPA. This CAP will be implemented as soon as IEPA approved it. (Anticipated in later part of 2008).

**In order for us (J & S Enterprises and Shell oil Product, and Equillon Enterprise) to respond jointly to your complaint, we need 60-day extension from the date of this letter.**

I hope City of Waukegan would not waste its resident's money on this baseless lawsuit.

Sincerely,
J & S Enterprises

Javed Arshed
President

Cc   Mayor City of Waukegan
     Dir`ector of Public Works City of Waukegan
     Michael W. Dobbins, Clerk US District Court Northern District of Illinois.

07/12/2008 15:13 7092350828 JEEP BLAZER PAGE 01
Case 1:08-cv-02657 Document 21-2 Filed 07/18/2008 Page 8 of 8
Case 1:08-cv-02657 Document 20 Filed 07/14/2008 Page 2 of 2

219-S-DearBorn Chicago

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE CITY OF WAUKEGAN, an Illinois municipal corporation,

V.

JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company

CASE NUMBER: 08cv2657

ASSIGNED JUDGE: Judge Gettleman

DESIGNATED MAGISTRATE JUDGE: Judge Valdez

TO: (Name and address of Defendant)

JAVED ARSHED
187 Timber Oaks Drive
North Aurora, IL
60542-3004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance E. Franke
Jeep & Blazer, LLC
24 N. Hillside Avenue, Suite A
Hillside, IL 60162
(708) 236-0830

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 9, 2008
Date

