### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, an Illinois municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company | Case No. 08 C 2657<br><br>Judge Robert W. Gettleman<br><br>Magistrate Maria Valdez |

## NOTICE OF MOTION

Please take notice that on July 29, 2008 at 9:30 a.m., we shall appear before the Hon. Robert W. Gettleman in Courtroom 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Motion for Order of Default**, at which time and place you may appear.

                          THE CITY OF WAUKEGAN

                          By:   /s/Michael S. Blazer
                                One of its attorneys

Michael S. Blazer (ARDC No. 6183002)
Jeep & Blazer, L.L.C.
24 N. Hillside Ave, Suite A
Hillside, IL 60162
(708) 236-0830
Fax (708) 236-0828
mblazer@enviroatty.com

## CERTIFICATE OF SERVICE

I, Michael S. Blazer, an attorney for Plaintiff, certify that I have caused the foregoing **Notice of Plaintiff's Motion for Default** to be served on counsel of record for the parties listed on the attached service list through the court's CM/ECF system which constitutes service under LR 5.9; and on those individuals on the service list not represented by counsel via First Class Mail, postage prepaid, on this 18th day of July, 2008.

s/Michael S. Blazer
Michael S. Blazer

**SERVICE LIST**

*City of Waukegan v. Javed Arshed, et al.*, Case No. 08 C 2657

| | |
|---|---|
| Rosa M. Tumialán<br>Michelle A. Gale<br>Harry N. Arger<br>Dykema Gossett Rooks Pitts, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL  60606<br>rtumialan@dykema.com<br>mgale@dykema.com<br>harger@dykema.com<br><br>Counsel for Shell Oil Company; Equilon Enterprises LLC, a/k/a Shell Oil Products US; Shell Oil Products Company LLC a/k/a Shell Oil Products Company | Javed Arshed<br>Shahnaz Arshed<br>187 Timber Oaks Drive<br>North Aurora, IL 60542 |