**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

City of Waukegan, The
                    Plaintiff,

v.                                     Case No.: 1:08−cv−02657
                                     Honorable Robert W. Gettleman

Javed Arshed, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

    MINUTE entry before the Honorable Robert W. Gettleman: Motion for entry of default [21] is withdrawn. Motion hearing held on 7/29/2008 regarding motion for entry of default[21]. The Arshed defendants are given to 9/10/2008 to answer or otherwise plead. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.