**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _JAVED ARSHED_
(Please print)

STREET ADDRESS: _187- Timber Oaks Dr._

CITY/STATE/ZIP: _N. Aurora, IL. 60542_

PHONE NUMBER: _630-844-8790_

CASE NUMBER: _08Cv 2657_
(08 cv 2657)

_/s/ Arshed_         _7/29/08_
Signature              Date

FILED
7-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT