MHN

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
7-29-2008
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: SHAHNAZ ARSHED
(Please print)

STREET ADDRESS: 187 Timber Oaks Dr.

CITY/STATE/ZIP: N. Aurora, IL. 60542-

PHONE NUMBER: 630-844-8790

CASE NUMBER: 08 C 2657

_____  7/29/08
Signature                Date