IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CITY OF WAUKEGAN, an Illinois municipal corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 08CV2657 |
| v. ) ) | Judge Robert W. Gettlemen |
| JAVED ARSHED, SHAHNAZ ARSHED, d/b/a J & S Enterprises; SHELL OIL COMPANY; EQUILON ENTERPRISES LLC, a/k/a Shell Oil Products US; SHELL OIL PRODUCTS COMPANY LLC a/k/a Shell Oil Products Company, ) ) ) ) ) ) ) ) | Magistrate Maria Valdez |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Attorney David R. Sweis, Esq., (hereinafter collectively referred to as "Counsel"), respectfully moves this Honorable Court to grant them leave to withdraw as Counsel for all Defendants, stating the following:

1. In November 2008, Defendants Javed Arshed, Shahnaz Arshed and J & S Enterprises ("Arsheds") retained Counsel for this case.

2. Counsel duly completed all work requested by Defendants on Defendants behalf.

3. Counsel obtained a settlement offer from plaintiff and recommended it to the Arsheds. The Arsheds rejected settlement at this juncture.

4. This matter is set for status on March 24, 2009, and Defendants' answer to the complaint is due on March 17, 2009.

5. Defendants have authorized Counsel to withdraw. *See* Attached Exhibit A.

6. Counsel has also accepted a tender, and filed an additional appearance, for Shell Oil Company; Equilon Enterprises, LLC and Shell Oil Products Company, LLC ("Shell Entities") pursuant to an indemnity agreement.

1

7. Counsel gave notice of his withdrawal to the Shell Entities through its counsel Rosa Tumialan.

8. On information and belief, the Arsheds are in the process of retaining new counsel licensed with the Federal Trial Bar.

9. Counsel's withdrawal at this time will not prejudice the Defendants.

WHEREFORE, Attorney David R. Sweis, Esq. respectfully request this Honorable Court to:

a. GRANT their Motion To Withdraw as Counsel for all Defendants; and

b. Allow Twenty-One (21) days for the Arsheds to procure new counsel and for all Defendants to answer the plaintiff's complaint; and

c. To strike the March 24, 2009 status date and reschedule to accommodate new counsel.

Respectfully submitted,

/s/David R. Sweis

_____

David R. Sweis

David R. Sweis, Esq. (#6293914)
900 Jorie Blvd, Suite 150
Oak Brook, Illinois 60523
Tel.(630) 575-8181
Fax.(630) 575-8188

# EXHIBIT A

# DAVID R. SWEIS, ESQ.
900 Jorie, Blvd, Suite 150.
Oak Brook, Illinois 60523
Telephone Number (708) 932-2607
Fax Number (630) 575-8188
sweislaw1383@gmail.com

March 2, 2009

Javed Arshed
Shahnaz Arshed
J & S Enterprises
187 Timber Oaks Drive
North Aurora, IL 60542

RE: Waukegan v. Arshed et al. 08CV02657

Dear Mr. Arshed,

    Please be advised that this letter serves of notice of my intent to withdraw as attorney in the above referenced case number. I have completed the scope of my engagement and now seek your signed authorization to withdraw my appearance as attorney of record.

Regards,

David R. Sweis


Acknowledged and authorized by :

_____
Javed Arshed

_____
Shahnaz Arshed

_____
J & S Enterprises
By: JAVED ARSHED.

## CERTIFICATE OF SERVICE (PERSONALLY)

The undersigned hereby certifies under penalties of perjury as provided by law that he served upon the parties the attached letter giving notice of withdrawal by personal service at 900 Jorie Blvd, Suite 150 Oak Brook, IL 60523 before  4:30 p.m. on **March 2 , 2008**

David R. Sweis, Esq.

## CERTIFICATE OF SERVICE

I, David R. Sweis, an attorney for Defendant, certify that I caused the foregoing **Motion to Withdraw as Counsel** to be served on counsel of record for the parties listed on the attached service list through the court's CM/ECF system on March 5, 2009.

s/David R. Sweis
David R. Sweis

## SERVICE LIST

*City of Waukegan v. Javed Arshed, et al.*, Case No 08CV2657

| | |
|---|---|
| Michael S. Blazer<br>Derek B. Reiman<br>Clayton E. Hutchinson<br>Jeep & Blazer, LLC<br>24 N. Hillside Ave., Suite A<br>Hillside, IL 60162<br>mblazer@enviroatty.com<br>dbrieman@enviroatty.com<br>cehutchinson@enviroatty.com<br><br>Counsel for City of Waukegan | Harry N. Arger<br>Rosa M. Tumialan<br>Michelle A. Gale<br>Dykema<br>10 South Wacker Dr.<br>Chicago, IL 60606<br>harger@dykema.com<br>rtumialan@dykema.com<br>mgale@dykema.com<br><br>Counsel for Shell Oil Company;<br>Equilon Enterprises LLC; Shell<br>Oil Products Company LLC |

1